**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SUMITOMO DAINIPPON PHARMA, CO., LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EMCURE PHARMACEUTICALS LTD., et al.,<br><br>Defendants. | Civil Action No. 15-280 (SRC) (CLW)<br>Civil Action No. 15-281 (SRC) (CLW)<br>Civil Action No. 15-6401 (SRC) (CLW)<br><br>(Consolidated)<br><br>**NOTICE OF MOTION TO EXCLUDE THE DECLARATIONS AND TESTIMONY OF DR. STEPHEN DAVIES**<br><br>Motion Day: September 6, 2016 |

**COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on September 6, 2016, the undersigned counsel for Defendants Emcure Pharmaceuticals Ltd., Heritage Pharma Labs Inc., InvaGen Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd., in the above-captioned consolidated action, shall move before the Honorable Stanley R. Chelser, United States District Judge, at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order in the form annexed hereto excluding the expert testimony of Dr. Stephen Davies and precluding Dr. Davies from testifying on patent claim construction issues pursuant to Rules 4.2 and 4.3 of the Local Patent Rules for the District of New Jersey, and for such other and further relief as the Court deems just.

**PLEASE TAKE FURTHER NOTICE** that Defendants shall rely upon the Declaration of Salvatore Guerriero (w/Exhibits), the supporting Memorandum of Law submitted herewith, and the pleadings previously filed in this action.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is supplied herewith.

| | |
|---|---|
| Dated: August 15, 2016 | s/ Salvatore Guerriero<br>CAESAR RIVISE, PC<br>Salvatore Guerriero<br>Robert S. Silver (*Pro Hac Vice*)<br>Pei-Ru Wey (*Pro Hac Vice*)<br>1635 Market Street<br>12th Floor - Seven Penn Center<br>Philadelphia, PA  19103-2212<br><br>*Attorneys for Defendant*<br>*InvaGen Pharmaceuticals, Inc.* |
| /s/ Michael E. Patunas<br>PATUNAS LAW LLC<br>Michael E. Patunas<br>24 Commerce Street, Suite 606<br>Newark, NJ 07102<br><br>Of Counsel:<br>GOODWIN PROCTER LLP<br>Ira J. Levy<br>Cynthia Lambert Hardman<br>Brian J. Prew<br>Linnea P. Cipriano<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NJ 10018<br><br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.* | s/ David C. Kistler<br>BLANK ROME LLP<br>Stephen M. Orlofsky<br>David C. Kistler<br>New Jersey Resident Partners<br>301 Carnegie Center, 3rd Floor<br>Princeton, New Jersey  08540<br><br>Jay P. Lessler<br>Christopher K. Hu (*Pro Hac Vice*)<br>BLANK ROME LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174-0208<br><br>*Attorneys for Defendants*<br>*Emcure Pharmaceuticals, Ltd.*<br>*and Heritage Pharma Labs Inc.* |