| | | |
|---|---|---|
| **BLANK ROME LLP** | **CAESAR RIVISE, PC** | **PATUNAS TARANTINO LLC** |
| Stephen M. Orlofsky | Salvatore Guerriero | Michael E. Patunas |
| David C. Kistler | Robert S. Silver (*Pro Hac Vice*) | Mayra V. Tarantino |
| New Jersey Resident Partners | Pei-Ru Wey (*Pro Hac Vice*) | 24 Commerce St., Suite 606 |
| 301 Carnegie Center, 3rd Fl. | 1635 Market Street | Newark, NJ 07102 |
| Princeton, NJ 08540 | 12th Floor - Seven Penn Ctr. | mpatunas@patunaslaw.com |
| Orlofsky@BlankRome.com | Philadelphia, PA 19103-2212 | mtarantino@patunaslaw.com |
| Kistler@BlankRome.com | sal@crbcp.com | |

*Attorneys for Defendants Emcure Pharmaceuticals, Ltd. and Heritage Pharma Labs Inc. (formerly known as Emcure Pharmaceuticals USA, Inc.)*

*Attorneys for Defendant InvaGen Pharmaceuticals, Inc.*

*Of Counsel*:
**GOODWIN PROCTER LLP**
Ira J. Levy
Cynthia Lambert Hardman
Linnea P. Cipriano
The New York Times Building
620 Eighth Avenue
New York, NY 10018

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SUMITOMO DAINIPPON PHARMA CO., LTD. and SUNOVION PHARMACEUTICALS, INC., | Civil Action No. 15-280 (SRC) (CLW) <br> Civil Action No. 15-281 (SRC) (CLW) <br> Civil Action No. 15-6401 (SRC) (CLW) <br> (Consolidated) |
| Plaintiffs, | |
| v. | |
| | *Filed Electronically* |
| EMCURE PHARMACEUTICALS USA, INC. and EMCURE PHARMACEUTICALS LTD., | ***SUPPLEMENTAL DECLARATION OF STEVEN WORTH BALDWIN, PH.D.*** |
| Defendants. | |

I, Steven Worth Baldwin, Ph.D., declare and state as follows:

  1.  A summary of my academic and professional background is provided in my earlier declaration dated June 15, 2016.

## I. THE DESCRIPTION OF FORMULA (I) IN THE '372 PATENT EMBRACES AT LEAST A BILLION COMPOUNDS, INCLUDING CHIRAL AND ACHIRAL COMPOUNDS

  2.  The '372 patent describes a genus of compounds of formula (I) at col. 3, lines 3-44.

> Accordingly, an object of the present invention is to provide an imide compound of the formula:
>
> $$Z-D-N\underset{\diagup\diagdown}{\overset{\diagdown\diagup}{\phantom{XX}}}G-Ar \qquad (I)$$
>
> wherein
> Z is a group of the formula:
>
> $$R^1\diagdown\underset{R^2\diagup}{\phantom{X}}\overset{(CH_2)_n-\overset{O}{\overset{\|}{C}}}{\phantom{X}}\diagdown\underset{B\diagup}{N-}$$
> $$\phantom{XXXX}R^3\phantom{XX}R^4$$
>
> in which B is a carbonyl group or a sulfonyl group R$^1$, R$^2$, R$^3$ and R$^4$ are each a hydrogen atom or a lower alkyl group, or R$^1$ and R$^2$ or R$^1$ and R$^3$ may be combined together to make a non-aromatic hydrocarbon ring or R$^1$ and R$^3$ may be combined together to make an aromatic ring, said non-aromatic hydrocarbon ring being optionally bridged with a lower alkylene group or an oxygen atom therein and said aromatic hydrocarbon ring, said non-aromatic hydrocarbon ring and said lower alkylene group being each optionally substituted with at least one lower alkyl, and n is an integer of 0 or 1;

> D is a group of the formula:
>
> $$-(CH_2)_p-A-(CH_2)_q-$$
>
> in which A is a non-aromatic hydrocarbon ring optionally bridged with a lower alkylene group or an oxygen atom, said non-aromatic hydrocarbon ring and said lower alkylene group being each optionally substituted with at least one lower alkyl, and p and q are each an integer of 0, 1 or 2; and
>
> Ar is an aromatic group, a heterocyclic aromatic group, a benzoyl group, a phenoxy group or a phenylthio group and G is >N–, >CH– or >COH– or Ar is a biphenylmethylidene group and G is >C=, all of the above groups being each optionally substituted with at least one of lower alkyl, lower alkoxy and halogen; and its acid addition salts.

3.  Because each variable (such as $R^1$, $R^2$, $R^3$, $R^4$, n, p, q, B, D, G, and Ar) has several possibilities, the number of compounds having unique substituents can be calculated by multiplying the number of possibilities for each substituent and excluding any degeneracies.[1] For purposes of illustrating the sheer size of this genus, I have looked at a subset of compounds of formula (I) where (i) B is sulfonyl, (ii) $R^1$ and $R^3$ are combined together to form a non-aromatic hydrocarbon ring having 7 carbon atoms, which is substituted at each ring atom with a single lower alkyl group having no more than 4 carbon atoms, (iii) variable A is either a non-aromatic hydrocarbon ring which is not bridged, or one of the 30 specified bridged non-aromatic hydrocarbon rings in the specification (col. 3, line 65, to col. 4, line 16), and (iv) Ar is only one of the specifically described groups in the specification (col. 3, lines 39-40, and col. 4, lines 24-43).

---

[1] Degeneracies can occur, for example, when two substituents attached to the same atom (such as $R^1$ and $R^2$) are the same.

Below formula (I) is broken down to three sections Z, D and X. The total number of compounds encompassed by formula (I) can be estimated by multiplying the number for each of sections Z, D and X.

$$Z-D-N\underset{}{\bigcirc}G-Ar \qquad (I)$$

$$\left[\begin{array}{c}(CH_2)n \\ R^1 \\ R^2 \\ R^3 \ R^4 \end{array} \overset{O}{\underset{B'}{\bigvee}} N-\right] \left[-(CH_2)_p-A-(CH_2)_q-\right]\left[N\underset{}{\bigcirc}G-Ar\right]$$

| **Z** | **D** | **X** |
|---|---|---|
| >5 million | 315 | 32,400 |

Below is an estimate of the number of compounds encompassed by the genus.

| Section Z Variable | Chemical Group(s) or Numbers | Estimated number of possibilities |
|---|---|---|
| B | Sulfonyl | 1 |
| n | 0 or 1 | 2 |
| $R^1$ and $R^3$ | For purposes of this illustration, I have assumed $R^1$ and $R^3$ together form a non-aromatic hydrocarbon ring having 7 carbon atoms, which is optionally substituted with at least one lower alkyl group having no more than 4 carbon atoms.<br><br>The non-aromatic ring has five available carbon ring atoms, each of which can have up to two substituents. For purposes of this calculation, I have assumed there is only one non-hydrogen substituent at each ring atom. Accordingly, there are 5 possible positions for substitution on the ring. (The two other ring atoms are attached to the remainder of the Z group.)<br><br>Each position can be substituted with a lower alkyl, such as a $C_1$-$C_4$ alkyl. There are 8 possible $C_1$-$C_4$ alkyl groups (i.e., methyl, ethyl, n-propyl, iso-propyl, n-butyl, sec- | 32,768 |

| Section Z Variable | Chemical Group(s) or Numbers | Estimated number of possibilities |
|---|---|---|
| | butyl, iso-butyl, and tert-butyl). Because there are 5 possible positions and 8 possible substituents at each position, there are $8^5$ possible substitution patterns. | |
| $R^2$ | $R^2$ can be any of 9 possibilities (hydrogen or alkyl). | 9 |
| $R^4$ | $R^4$ can be any of 9 possibilities (hydrogen or alkyl). | 9 |
| Subtotal for the Z Section | | > 5 million |

| Section D Variable | Chemical Group(s) or Numbers | Estimated number of possibilities |
|---|---|---|
| p | 0, 1, or 2 | 3 |
| q | 0, 1, or 2 | 3 |
| A | Variable A can be a non-aromatic hydrocarbon ring having at most 7 carbon atoms (i.e., 3-, 4-, 5-, 6- or 7- carbons) (i.e., 5 possibilities). Variable A can also be such a ring with an alkylene bridge having not more than 3 carbon atoms or an oxygen bridge. The specification describes 30 such bridged groups at col. 3, line 65, to col. 4, line 16. Therefore, there are at least 35 possibilities for variable A. | 35 |
| Subtotal for the D Section | | 315 |

| Section X Variable | Chemical Group(s) or Numbers | Estimated number of possibilities |
|---|---|---|
| G | >N–, >CH–, or >COH– | 3 |
| Ar | Ar can be an aromatic group, a heterocyclic aromatic group, a benzoyl group, a phenoxy group, or a | 10,800 |

| Section X Variable | Chemical Group(s) or Numbers | Estimated number of possibilities |
|---|---|---|
| | phenylthio group, all of which can be optionally substituted with at least one of lower alkyl, lower alkoxy, and halogen.<br><br>For purposes of this analysis, I have assumed that the only aromatic and heterocyclic aromatic groups are those explicitly disclosed in the specification at col. 4, lines 24-43, i.e., two aromatic groups (phenyl and napthyl), eight monocyclic heterocyclic aromatic groups (col. 4, lines 32-35), and fourteen bicyclic heterocyclic aromatic groups (col. 4, lines 39-42). This would result in a total of 27 possible Ar groups, not taking into account their possible substitution.<br><br>I have also assumed that each of these 27 Ar groups has two substituents selected from $C_1$-$C_4$ lower alkyl, $C_1$-$C_4$ lower alkoxy, and halogen. There are 8 possible $C_1$-$C_4$ lower alkyls, 8 possible $C_1$-$C_4$ lower alkoxy, and 4 possible halogens.[2] Accordingly, there are 20 possible substituents. I have also assumed that the substitution pattern would not allow any duplicative counting of the number of the substituted Ar groups.<br><br>The total number of possible Ar groups having two substituents would therefore be 27*20*20 or 10,800. | |
| Subtotal for the X Section | | 32,400 |

4. The estimated total number of compounds encompassed by formula (I) is the product of the numbers of sections Z, D and X: 5 million * 315 * 32,400. Suffice it to say that the total number is greater than 1 billion.

5. The generic formula (I) encompasses both chiral compounds, such as Compound 104, and achiral (i.e., non-chiral) compounds (e.g., where B is C(O), n is 1, $R^1$-$R^4$ are hydrogen,

---

[2] At col. 3, lines 55-56, the specification states that the halogen can be chlorine, bromine, iodine, or fluorine.

-7-

p is 1, q is 1, A is a cyclopentyl or cyclohexyl group attached to $-(CH_2)_p-$ and $-(CH_2)_q-$ at the 1- and 1- positions (*see* col. 4, lines 20-23), G is N, and Ar is phenyl).

*      *      *

I hereby declare under penalty of perjury that all statements made herein are of my own knowledge and are true.

DATED: August 15, 2016

_____
Steven Worth Baldwin, Ph.D.