Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700

*Attorneys for Plaintiffs*
*Sumitomo Dainippon Pharma Co., Ltd.*
*and Sunovion Pharmaceuticals Inc.*

OF COUNSEL:

Joseph M. O'Malley, Jr.
Preston K. Ratliff II
Bruce M. Wexler
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUMITOMO DAINIPPON PHARMA CO., LTD. and SUNOVION PHARMACEUTICALS INC., | Civil Action No. 15-280 (SRC) (CLW) Civil Action No. 15-281 (SRC) (CLW) Civil Action No. 15-6401 (SRC) (CLW) (Consolidated) |
| Plaintiffs, | |
| v. | |
| EMCURE PHARMACEUTICALS LIMITED, *et al.*, | |
| Defendants. | |

## DECLARATION OF PRESTON K. RATLIFF II IN SUPPORT OF
## SUNOVION'S RESPONDING CLAIM CONSTRUCTION BRIEF

I, Preston K. Ratliff II, am a Partner at the law firm of Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, counsel for Plaintiffs Sumitomo Dainippon Pharma Co., Ltd. and Sunovion Pharmaceuticals Inc. (collectively, "Sunovion") in this matter.  I make this declaration in support of Sunovion's Responding Claim Construction Brief.

1. Attached as Exhibit 10 is a true and correct copy of excerpts from the transcript of the July 14, 2016 deposition of Dr. Steven W. Baldwin.

2. Attached as Exhibit 11 is a true and correct copy of excerpts from the transcript of the July 21, 2016 deposition of Dr. Stephen G. Davies.

3. Attached as Exhibit 12 is a true and correct copy of U.S. Patent No. 4,681,893, as provided to Dr. Steven W. Baldwin in his July 14, 2016 deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Dated   8/16/16

Preston K. Ratliff II

- 2 -

# EXHIBIT 10

STEVEN WORTH BALDWIN - 07/14/2016

```
 1  UNITED STATES DISTRICT COURT

 2  DISTRICT OF NEW JERSEY

 3  ---------------------------------------X

 4  SUMITOMO DAINIPPON PHARMA CO., LTD.

 5  and SUNOVION PHARMACEUTICALS, INC.,

 6          Plaintiffs,

 7

 8          v.

 9

10  EMCURE PHARMACEUTICALS USA, INC.

11  and EMCURE PHARMACEUTICALS LTD.,

12          Defendants.

13  ---------------------------------------X

14

15                  July 14, 2016

16                  9:02 a.m.

17

18  Videotaped Deposition of STEVEN WORTH BALDWIN,

19  pursuant to notice, at the offices of Blank

20  Rome LLP, 405 Lexington Avenue, New York, New

21  York, before Mark Richman, a Certified

22  Shorthand Reporter, Registered Professional

23  Reporter and Notary Public within and for the

24  State of New York.

25
```

STEVEN WORTH BALDWIN - 07/14/2016          Pages 2..5

---

Page 2

```
1   A P P E A R A N C E S:
2   PAUL HASTINGS LLP
3   Attorneys for Plaintiffs
4        200 Park Avenue
5        New York, NY 10166
6
7   BY:    PRESTON K. RATLIFF II, ESQ.
8          LEO C. DESESSO, ESQ.
9          prestonratliff@paulhastings.com
10         leodesesso@paulhastings.com
11
12  BLANK ROME LLP
13  Attorneys for Defendants Emcure
14  Pharmaceuticals, Ltd. and Heritage Pharma Labs
15  Inc. (Formerly known as Emcure PHarmaceuticals
16  USA, Inc.)
17         The Chrysler Building
18         405 Lexington Avenue
19         New York, NY 10174-0208
20
21  BY:    CHRISTOPHER K. HU, ESQ.
22         chu@blankrome.com
23
24
25
```

Page 4

```
1   A P P E A R A N C E S  (Cont'd):
2   GOODWIN PROCTER LLP
3   Attorneys for Defendant Teva Pharmaceutical
4        The New York Times Building
5        620 Eighth Avenue
6        New York, NY 10018
7
8   BY:    BRIAN J. PREW, ESQ.
9          bprew@goodwinlaw.com
10
11  ALSO PRESENT:
12  MICHAEL P. McCRANE, Ph.D,
13  Paul Hastings
14  Michael Drenkalo, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1   A P P E A R A N C E S  (Cont'd):
2   BLANK ROME LLP
3   Attorneys for Defendants Emcure
4   Pharmaceuticals, Ltd. and Heritage Pharma Labs
5   Inc. (Formerly known as Emcure PHarmaceuticals
6   USA, Inc.)
7        301 Carnegie Center, 3rd Floor
8        Princeton, NJ 08540
9
10  BY:    DAVID C. KISTLER, ESQ.
11         kistler@blankrome.com
12
13  CAESAR RIVISE, PC
14  Attorneys for Defendant InvaGen
15  Pharmaceuticals, Inc.
16         1635 Market Street, 12th Floor
17         Philadelphia, PA 19103-2212
18
19  BY:    SALVATORE GUERRIERO,* ESQ.
20         (Pro Hac Vice*)
21         sal@crbcp.com
22
23
24
25
```

Page 5

| | E X H I B I T S | PAGE | LINE |
|---|---|---|---|
| | DESCRIPTION | | |
| | (Whereupon Baldwin Exhibit 1 was marked for identification, curriculum vitae of Steven Worth Baldwin, Ph.D.) | 13 | 21 |
| | (Whereupon Baldwin Exhibit 2 was marked for identification, handwritten drawing of the witness.) | 34 | 8 |
| | (Whereupon Baldwin Exhibit 3 was marked for identification, copy of U.S. Patent Number 5,532,372.) | 41 | 8 |
| | (Whereupon Baldwin Exhibit 4 was marked for identification, Declaration of Steven Worth Baldwin, PH.D.) | 74 | 10 |
| | (Whereupon Baldwin Exhibit 5 was marked for identification, Bates stamp LATUDA-00000849 through 852.) | 82 | 24 |
| | (Whereupon Baldwin Exhibit 6 was marked for identification, Bates stamp LATUDA-00000970 through 972.) | 84 | 13 |
| | (Whereupon Baldwin Exhibit 7 was marked for identification, letter on letterhead of Florek & Endres PLLC, paragraph 4 notice letter.) | 106 | 14 |
| | (Whereupon Baldwin Exhibit 8 was marked for identification, paragraph 4 certification notice letter provided to plaintiffs by Teva.) | 132 | 10 |
| | (Whereupon Baldwin Exhibit 9 was marked for identification, single page containing structure.) | 177 | 17 |

STEVEN WORTH BALDWIN - 07/14/2016        Pages 6..9

Page 6

1  (Whereupon Baldwin Exhibit        180    24
   10 was marked for
2  identification, document
   depicting a structure.)
3  (Whereupon Baldwin Exhibit        183    3
   11 was marked for
4  identification, copy of U.S.
   Patent 4,681,893.)
5  (Whereupon Baldwin Exhibit        241    7
   12 was marked for
6  identification, copy of the
   declaration of Dr. Steven G.
7  Davies.)
   (Whereupon Baldwin Exhibit        250    3
8  13 was marked for
   identification, Opening
9  brief in support of the
   plaintiff's claim
10 construction in this
   litigation.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1          STEVEN WORTH BALDWIN
2          THE VIDEOGRAPHER:  Now recording
3  and on the record.  My name is Michael
4  Drenkalo, certified legal video
5  specialist for DTI.  Today's date is
6  July 14, 2016, time is 9:02 a.m.
7          We are at the offices of Blank
8  Rome LLP, 405 Lexington Avenue, New
9  York, New York to take the video
10 deposition of Professor Steven Baldwin
11 in the matter of Sumitomo Dainippon
12 Pharma Co. Ltd. And Sunovion
13 Pharmaceuticals Inc. versus Emcure
14 Pharmaceuticals USA, Inc. and Emcure
15 Pharmaceuticals Ltd., United States
16 District Court District of New Jersey.
17         If counsel will please introduce
18 themselves for the record.
19         MR. RATLIFF:  Preston Ratliff,
20 with the Paul Hastings law firm in New
21 York, on behalf of the plaintiffs, and
22 here with me today are Leo DeSesso and
23 Mike McCrane, also with the Paul
24 Hastings law firm.  And also here with
25 me today is Michelle Flores from

Page 8

1          STEVEN WORTH BALDWIN
2  Sunovion.
3          MR. HU:  Chris Hu and David
4  Kistler, from Blank Rome, for Emcure.
5          MR. PREW:  Brian Prew from
6  Goodwin Procter on behalf of Teva.
7          MR. GUERRIERO:  Salvatore
8  Guerriero of Caesar Rivise on behalf
9  of defendant InvaGen Pharmaceuticals
10 Inc.
11         THE VIDEOGRAPHER:  Our court
12 reporter today is Mark Richman of DTI
13 who will now swear in the witness.
14         STEVEN WORTH BALDWIN, Having
15 been called as a witness, having
16 been first duly sworn by the Notary
17 Public (Mark Richman), was examined
18 and testified as follows:
19 EXAMINATION BY MR. RATLIFF:
20    Q.    Good morning, sir.
21    A.    Good morning.
22    Q.    Please state your full name
23 for the record.
24    A.    Steven Worth Baldwin.
25    Q.    Please state your residence

Page 9

1          STEVEN WORTH BALDWIN
2  address for the record.
3     A.    5209 Piney Hollow Court,
4  Durham, North Carolina.
5     Q.    How are you feeling today?
6     A.    Fine.
7     Q.    Is there any reason you cannot
8  give truthful and accurate testimony
9  today?
10    A.    No, there's no reason.
11    Q.    And you've had your deposition
12 taken before, correct?
13    A.    Yes, I have.
14    Q.    You've had it taken many times
15 before, correct?
16    A.    Yeah, many is a relative word,
17 but something over between 20 and 30
18 would be my best guess over a 20-year
19 period.
20    Q.    You consider that many,
21 correct?
22    A.    Yeah, that's fine.
23    Q.    Now, one of your professional
24 activities is being a scientific
25 consultant for several major intellectual

STEVEN WORTH BALDWIN - 07/14/2016      Pages 34..37

Page 34

1              STEVEN WORTH BALDWIN
2       A.    Yea. I believe that's right
3   but I'm not...
4            MR. RATLIFF:  So let's do
5       this.  I'd like the court reporter
6       to mark this as Baldwin Exhibit
7       Number 2.
8            (Whereupon Baldwin Exhibit 2
9       was marked for identification,
10      handwritten drawing of the
11      witness.)
12      Q.    And, professor, I'll hand this
13  back to you.  I just want to make some
14  clarifications on it.  Professor Baldwin,
15  if you could just put a 1 to the left of
16  the structure.
17      A.    And --
18      Q.    Just put a 1.
19      A.    One, Roman?
20      Q.    Numeral.
21      A.    Arabic?
22      Q.    Whatever you prefer.  Great.
23  Okay.  Now --
24            MR. HU:  Excuse me, is that a
25      label that you're just identifying

Page 35

1              STEVEN WORTH BALDWIN
2       this as 1 on some kind of list?
3            MR. RATLIFF:  We'll we're not
4       in the list yet.
5            MR. HU:  Well I'd like to know
6       just what the 1 is for, that's all,
7       for clarification here?
8            MR. RATLIFF:  Well, listen --
9            MR. HU:  I mean you're having
10      him write things.  Can you tell us
11      what it is?
12            MR. RATLIFF:  Listen.  Listen,
13      and you'll get it.
14      Q.    So, Professor Baldwin, are
15  there various substructures that are
16  found in lurasidone?
17      A.    I'm not quite sure what you
18  mean.
19      Q.    Have you ever used the term
20  molecular substructure?
21      A.    I mean it's a term that is
22  used to talk about a particular region
23  within a larger molecule.  But I mean I
24  could describe, you know, probably 15
25  substructures.  So I'm not quite sure at

Page 36

1              STEVEN WORTH BALDWIN
2   what level you're, you're, you know,
3   you're discussing.
4       Q.    Okay.  So that, so that we're
5   clear, could you describe lurasidone in
6   15 substructures?
7       A.    Well, you know, I'm not, I'm
8   not sure.  I mean there isn't a precise
9   number of substructures to this.  It
10  depends on how, you know, how much you
11  want to drill down.
12      Q.    Okay.  So there's no set
13  definition as to how many substructures
14  are in the molecule lurasidone?
15      A.    That's right.  As I look at
16  this, I clearly see either three or four
17  areas in the molecule that one could talk
18  about as being substructures
19  conveniently, but there's others.
20  There's additional ones.  Each of those
21  substructures has substructures
22  associated with it.
23      Q.    Fair enough.  Fair enough.
24  And to the right of the structure, can
25  you just write the word lurasidone so

Page 37

1              STEVEN WORTH BALDWIN
2   that we understand what it is?
3       A.    Well, again, you know, I do
4   have a question here.  I'm not a hundred
5   percent sure.  And so what I don't want
6   to the do is write lurasidone and then
7   have you come back and, you know, attack
8   me for having exactly the wrong
9   stereochemistry at that point.
10      Q.    No one is trying to attack
11  you.  If you want, you can write attempt
12  at drawing or depicting lurasidone if you
13  want.  I'm just trying to separate that
14  from what we do next.  Great.
15            And is there a reason that
16  you're having difficulty recalling the
17  stereochemistry with respect to the
18  cyclohexyl lurasidone?
19      A.    Well, I mean what I know is
20  that relative to this six membered ring
21  here, one group is up, one group is down
22  so they're trans.  I know.  And I
23  probably should have checked this and I
24  just can't remember right now if it was
25  -- if it's this way, that is the left

STEVEN WORTH BALDWIN - 07/14/2016      Pages 46..49

Page 46

1            STEVEN WORTH BALDWIN
2    racemic mixture?
3         A.    Well, I mean again there's
4    several ways that one could do that.
5         Q.    Okay.
6         A.    But typically what one would
7    do would be to pick one of these two
8    structures and draw that structure.
9         Q.    Okay.
10        A.    Okay.  And then if there was
11   no indication that that structure was a
12   single enantiomer, the assumption would
13   be that it represented a racemic mixture
14   of the two compounds.
15        Q.    Okay.  But you can, you can
16   pick either one to represent a racemic
17   mixture, correct?
18        A.    Yes, that's correct.
19        Q.    Okay.  And is it your view
20   that if a single structure is depicted,
21   it always represents a racemic mixture?
22        A.    I mean that's -- I mean that's
23   -- by -- I'm going to use the word
24   convention.  I'm not, I'm not suggesting
25   that that's adopted by, you know, a

Page 47

1    scientific body.  But the convention is
2    that the structure, standalone structure
3    is meant to represent a racemic version
4    of that material, unless there's an
5    indication that is, you know, you could
6    imagine several indications, like plus or
7    minus small d small l, given the
8    configurations of the carbons in question
9    right there.  That would mean that it was
10   a single enantiomer.
11            And it's, the issue is that
12   it's just, it's a convenience issue to
13   save one the time of drawing two
14   structures.
15        Q.    In your response you mention
16   the words standalone structure.  What do
17   you mean by standalone structure?
18        A.    Yes, could I hear, may I hear
19   what I said?
20            (The requested portion of the
21        record was read.)
22        A.    Okay.  Now, by standalone
23   structure what I meant was that the
24   structure with no additional information

Page 48

1            STEVEN WORTH BALDWIN
2    provided that would suggest that it was a
3    single enantiomer.  Then the assumption
4    is that it's not a single enantiomer and
5    that is in fact it's a racemic mixture
6    with only one of the enantiomers being
7    shown.
8         Q.    When you -- when you read the
9    '372 patent, did you come across any
10   standalone structure?
11        A.    Of anything?
12        Q.    Of anything.
13        A.    Well there's, yes, there's
14   structures, you know, throughout the
15   patent that are, that are, that are
16   standalone structures.
17        Q.    Okay.  So I guess I'm trying
18   to understand a little bit more about
19   what you mean by a standalone structure.
20   Would the information that's contained in
21   the patent specification of the '372,
22   would that be -- would you exclude that
23   from being information that relates to
24   the structure?
25        A.    No.  Again, I think I, I think

Page 49

1    I understand the question.
2         Q.    Okay.
3            MR. HU:  Well if you don't,
4        Professor Baldwin, just say so.
5            MR. RATLIFF:  He's an expert.
6        He's done this many times.
7            MR. HU:  Well, I know.
8            MR. RATLIFF:  He knows --
9            MR. HU:  He said he doesn't
10       understand.
11           MR. RATLIFF:  You don't have
12       to coach the witness.
13           MR. HU:  I'm not coaching him.
14       I'm just suggesting if he expresses
15       concern.
16           MR. RATLIFF:  Suggesting is
17       coaching.  Come on now.
18           MR. HU:  Ask a better
19       question.
20        A.    Now I've lost my train of
21   thought so can we try that again?
22        Q.    Okay.
23           MR. RATLIFF:  You really
24       shouldn't interrupt.  That just

STEVEN WORTH BALDWIN - 07/14/2016      Pages 50..53

Page 50

STEVEN WORTH BALDWIN

1
2    wastes your witness's time.
3         MR. HU:  That's an objection.
4         MR. RATLIFF:  You really
5    shouldn't do that.
6         MR. HU:  We've been very
7    patient, come on.
8         Q.   Okay.  So and let's try to set
9    aside what, your counsel's, your
10   counsel's interruptions and let's just
11   focus because we were in a good place.
12        I'm trying to understand what
13   you mean by standalone structure.  Let's
14   take, for example, Claim 14 of the '372
15   patent.  Does that contain in your view a
16   standalone structure?
17        A.   Yes, it does.
18        Q.   Now, are there words that are
19   in the claim that's associated with the
20   structure?
21        A.   There are.  I would, you know,
22   I'd like -- can I open, may I open up?
23        Q.   Absolutely.
24        A.   Yes, there are words.
25        Q.   Even though there are words in

Page 51

STEVEN WORTH BALDWIN

1
2    Claim 14 in addition to the structure,
3    you still would consider Claim 14 to
4    contain a standalone structure?
5         A.   Well, by standalone I mean a
6    structure that has no additional
7    stereochemical designation associated
8    with it.  And so there's no -- these
9    words don't contain any stereochemical
10   information.
11        And so this is a standalone
12   structure from the stereochemical point
13   of view which is what we're talking about
14   here.
15        Q.   Did you examine the '372
16   patent specification to determine whether
17   or not there was additional
18   stereochemical designation associated
19   with the structure in Claim 14?
20        A.   Yes, I did.
21        Q.   And what was the result of
22   your examination?
23        A.   Well, virtually the same
24   structure shows up earlier, although the
25   earlier structure specifically shows it

Page 52

STEVEN WORTH BALDWIN

1
2    as a hydrochloride salt.  But just
3    looking at the organic part of this,
4    virtually the same structure shows up at
5    the bottom of column 30 in the patent.
6         Q.   Okay.  Not the same structure,
7    a different structure shows up?
8         A.   Well, just a minute.  I mean
9    it's the same structure except for the
10   HCL and of course the Compound 101
11   designation below it right there.  In
12   other words, this structure, the organic
13   part of the compound at the bottom of
14   column 30, which is indicated as 101, is
15   probably superimposable on this one right
16   here.  I mean I haven't tried to do it.
17   But every stereochemical center is the
18   same, is identical.
19        Q.   My question is a little bit
20   different.
21        A.   Okay.
22        Q.   My question is whether or not
23   the structure that you found in the
24   patent specification was the same as the
25   structure in Claim 14.  So are they the

Page 53

STEVEN WORTH BALDWIN

1
2    same or are they different?
3         A.   Well, again, they're different
4    in that there's an HCL salt here.
5    There's not an HCL salt over in the
6    claim.
7         Q.   Thank you.
8         A.   But the organic chemistry part
9    is the same.
10        Q.   And I don't know what's meant
11   by the organic chemistry part.  But my
12   question is not about the organic
13   chemistry, it's about the entire
14   structure and I think I have -- well I
15   know I have the answer, thanks.
16        A.   Well, may I ask by your
17   question were you asking about the salt,
18   the acid addition salt portion of it?
19        Q.   I can try it again.  And I
20   think it's pretty clear, straight
21   forward.  Is the structure that you found
22   in the '372 patent, the entire structure,
23   identical to the structure that's in
24   Claim 14, yes or no?
25        MR. HU:  Objection, he

STEVEN WORTH BALDWIN - 07/14/2016      Pages 54..57

Page 54
STEVEN WORTH BALDWIN
1   STEVEN WORTH BALDWIN
2   answered.  That's been asked and
3   answered twice.
4        A.    It's not a yes or no question.
5   This specifically shows an HCL molecule
6   with the free base part.  The structure
7   in Claim 14 doesn't, although it mentions
8   acid addition salts.  So I don't know
9   whether that's the -- you know, the
10  business end of this molecule, that is
11  the organic carbon containing part of the
12  molecule right there is identical to the
13  carbon containing part of the molecule in
14  Claim 14.
15       Q.    So you don't know if the
16  structures that are depicted in Claim 14
17  and in the specification are the same or
18  different?
19            MR. HU:  Objection.
20       A.    Doesn't --
21            MR. HU:  It's asked and
22  answered.  You've asked him that
23  three times, he's answered it three
24  times and you're mischaracterizing
25  his testimony now.

Page 55
1   STEVEN WORTH BALDWIN
2            MR. RATLIFF:  Can you stop
3   interrupting.
4            MR. HU:  I can object.  Calm
5   down.
6            MR. RATLIFF:  That's not an
7   objection.  You are interrupting.
8   It's not.
9        A.    They're the same structure.
10       Q.    They're the same?
11       A.    They're the same structure.
12       Q.    Okay.  So let's -- you have
13  your copy of the Baldwin Exhibit Number 3
14  which is the '372 patent.  Will you
15  please circle the structure that you
16  believe is identical to the structure in
17  Claim 14.  Let me see that.  Okay.
18            I noticed when you circled the
19  structure you did not include the HCL
20  that's a part of the structure on the
21  page that includes column 29 and 30; is
22  that correct?
23       A.    The HCL is not circled, yes,
24  that's correct.
25       Q.    Okay.  Do you not consider the

Page 56
1   STEVEN WORTH BALDWIN
2   HCL to be part of the structure for
3   Compound Number 101?
4        A.    The HCL is part of the
5   structure of, of Compound 101, yes.
6        Q.    Okay.
7        A.    But the, the carbon containing
8   part of molecule 101 that I've circled is
9   the same as the, as the compound that
10  shows up in Claim 14.
11       Q.    Okay.  Is there any compound,
12  by number, that's identical to the
13  structure in Claim 14?
14       A.    So is there any numbered
15  compound in here that is identical to
16  claim --
17       Q.    Let me try it this the way.
18  So with respect to Compound Number 101,
19  when you circled it, you excluded the
20  HCL.  But you understand that Compound
21  Number 101, in your view, includes the
22  HCL, correct?
23       A.    Yes.
24       Q.    Okay.
25       A.    That's right.

Page 57
1   STEVEN WORTH BALDWIN
2        Q.    So that compound, its
3   structure as depicted on the columns
4   bridging 29 and 30, is that identical to
5   the structure that's depicted in Claim 14
6   of the '372 patent?
7        A.    Well, again I think, I think
8   I've been through this.  The circled part
9   --
10       Q.    I'm not referring to -- let me
11  be very clear.  I'm not referring to the
12  circled part because the circled part is
13  not in your view the entirety of Compound
14  101.  Okay, so that's established.  I'm
15  not talking about the circled part.
16            MR. HU:  Objection, ask him a
17  question.  Let's not have an
18  argument.  Ask him a question.
19       Q.    I'm focusing, I'm focusing, in
20  particular, on the entire structure that
21  includes the HCL as you understand it.
22  Okay?
23       A.    Mm-hmm.  Yes.
24       Q.    Is that entire structure
25  identical to the structure that you see

STEVEN WORTH BALDWIN - 07/14/2016       Pages 58..61

Page 58

STEVEN WORTH BALDWIN
1
2  in compound -- strike that.
3         Is that entire structure
4  identical to the structure you see in
5  Claim 14 of the '372 patent?
6     A.    No, it is not identical.
7     Q.    Okay.
8     A.    The structure shown,
9  specifically shown in Claim 14 is the
10 free base of the -- of Compound 101 in
11 column 30.
12    Q.    All right.
13         MR. RATLIFF:  We've been going
14     for about an hour, let's take a
15     break.
16         THE VIDEOGRAPHER:  Standby.
17     Time is now 10:01 a.m., off the
18     record.
19         (A recess was had.)
20         THE VIDEOGRAPHER:  Time is now
21     10:15 a.m., back on the record.
22    Q.    Great, welcome back.
23 Professor, during the break did you
24 discuss this case at all?
25    A.    No.

Page 59

STEVEN WORTH BALDWIN
1
2     Q.    Did you discuss any of my
3  questions?
4     A.    No.
5     Q.    When you're consulting for
6  litigation, do you make it a point to
7  conduct a careful analysis?
8     A.    That's, I mean that's -- I
9  mean that's, that's a difficult, you
10 know, it's a difficult question.  I mean
11 I'm very careful with what I'm asked to
12 do and to do a thorough job with the job
13 that I'm tasked with.  But I -- that's
14 enough, yes.
15    Q.    Okay.  For this particular
16 case did you act with care in providing
17 your opinions and analysis?
18    A.    Yes, within the, again, with
19 what I was asked to do.
20    Q.    Okay.  What were you asked to
21 do?
22    A.    Okay.  I was asked to give my
23 opinion about Claim 14 and the '372
24 patent and, you know, any other documents
25 that, that would have been, would be

Page 60

STEVEN WORTH BALDWIN
1
2  provided to me.
3     Q.    Specifically, what opinion
4  were you asked to give with respect to
5  Claim 14 of the '372 patent?
6     A.    Well, the, you know, we had an
7  initial conversation and the question was
8  what in my view, what did Claim 14 mean?
9  And, you know, it was -- and I can't
10 remember if specifically they asked but,
11 you know, is it, one, an enantiomer, is
12 it a racemic mixture.  In other words,
13 relating to the, the questions were
14 relating to the stereochemistry as
15 depicted in that structure.
16    Q.    Did they give you choices as
17 to what Claim 14 could possibly mean?
18    A.    Not, again I'm not quite sure.
19 Again, looking at the structure, there's,
20 there's, you know, a limited number of
21 possibilities.  It's either a racemic
22 mixture or a single, you know,
23 realistically, or a single enantiomer.
24    Q.    In your view there's no other
25 possibilities as to what Claim 14 could

Page 61

STEVEN WORTH BALDWIN
1
2  mean?
3     A.    I mean -- okay.  So people,
4  you know, it's certainly possible to have
5  something other than a hundred/zero
6  situation or a 50/50 situation.  I mean
7  that is a possibility.  But that's not
8  something that you typically can, would
9  ferret out or expect to be able to
10 interpret, you know, just based on those
11 structures without looking at any, you
12 know, any textual material.
13    Q.    And what do you mean by not
14 being a zero to --
15    A.    Hundred.
16    Q.    -- hundred situation or a 50
17 to 50 situation?
18    A.    Well, I mean the normal -- you
19 know, the two real extremes are that it
20 is one and only one enantiomer or that it
21 is a 50/50 mixture, that is an
22 enantiomeric of a racemic mixture, you
23 know, of the compounds.  And those are
24 the normal extremes that people would
25 encounter.

STEVEN WORTH BALDWIN - 07/14/2016       Pages 82..85

Page 82

                STEVEN WORTH BALDWIN
1
2    again.  Did you see within the file
3    history of the '372 patent any indication
4    that the applicants had identified
5    lurasidone hydrochloride, or Compound
6    105, as being covered by Claim 14?
7         A.    Right now I don't remember, to
8    tell you the truth.  I just don't recall.
9         Q.    Okay.  And if you, and if you
10   did, do you think if you did see
11   something that gave an indication, you
12   would have spoken about that in your
13   declaration?
14        A.    It, you know, it depends on,
15   it would depend on what it said and what
16   the context was.
17        Q.    Are you finished?
18        A.    Yes.
19        Q.    Okay.
20        MR. RATLIFF:  I'd like the
21   court reporter to mark a multipage
22   document as Baldwin Exhibit Number
23   5.
24        (Whereupon Baldwin Exhibit 5
25   was marked for identification,

Page 83

1                STEVEN WORTH BALDWIN
2    Bates stamp LATUDA-00000849 through
3    852.)
4         Q.    Dr. Baldwin, do you recognize
5    Baldwin Exhibit Number 5?
6         A.    This is, yes, this was part of
7    the file history.
8         Q.    Okay.  So this was, this was
9    one of the documents that you reviewed
10   prior to submitting your declaration
11   concerning claim construction, correct?
12        A.    I'm not -- I certainly
13   scrolled through it.  I'm not sure that
14   I, that I read it carefully beforehand.
15   This thing is dated much later than the,
16   when the, the PTO was reviewing this
17   thing.
18        Q.    Okay.  And -- sorry.  My
19   question wasn't about you reading it
20   carefully.
21        A.    Right.  Well I saw this then.
22   For sure.
23        Q.    That's all.
24        A.    Yes.
25        Q.    You saw this document?

Page 84

1                STEVEN WORTH BALDWIN
2         A.    Yes.
3         Q.    Prior to submitting your
4    declaration?
5         A.    I certainly did see this
6    document, yes, before I submitted the
7    declaration.
8         Q.    Thank you.
9         MR. RATLIFF:  I'd like the
10   court reporter to mark a multipage
11   document as Baldwin Exhibit Number
12   6.
13        (Whereupon Baldwin Exhibit 6
14   was marked for identification,
15   Bates stamp LATUDA-00000970 through
16   972.)
17        Q.    Professor, do you recognize
18   Baldwin Exhibit Number 6?
19        A.    Yes, I've seen this.
20        Q.    Okay.
21        A.    As it is again contained
22   within the file history.
23        Q.    Okay.  So you saw this prior
24   to submitting your declaration concerning
25   claim construction of Claim 14?

Page 85

1                STEVEN WORTH BALDWIN
2         A.    Yes.  Again, I saw this, yes.
3         Q.    Now if you could turn back to
4    Baldwin Exhibit Number 5.  Do you recall
5    when you saw it, if you understood its
6    contents?
7         A.    I mean when I, when I looked
8    at it it seemed to me to be was just an
9    extension past the normal patent
10   expiration date because of, and I'm not
11   sure it says it here, but I, I think I --
12   I can't remember.  But in any event,
13   because it had taken so long for this
14   thing to have FDA approval.
15        Q.    Okay.
16        A.    Hard to get FDA approval.
17        Q.    Okay.
18        A.    So that was my understanding.
19        Q.    Okay.  And if you could turn
20   to page 3 of Baldwin Exhibit Number 5.
21        A.    Okay.
22        Q.    Turning your attention to
23   paragraph 9, where it reads "The patent
24   claims the active ingredient in the
25   approved product LATUDA® (lurasidone

STEVEN WORTH BALDWIN - 07/14/2016      Pages 86..89

Page 86

STEVEN WORTH BALDWIN
1
2    hydrochloride) in at least claims 1, 2,
3    5, 6, 8(6), 9(6), 10, 11, 12, 13, and
4    14." Do you see that, sir?
5        A.    I see that, yes.
6        Q.    And turning your attention to
7    where it goes on to say "In particular,
8    Claim 14 reads on the approved product as
9    follows:"  Do you see that that?
10       A.    Yes.
11       Q.    Now as you read paragraph 9,
12   do you understand it to be at least the
13   applicant's view that Claim 14 covers the
14   active ingredient lurasidone
15   hydrochloride?
16             MR. HU:  Objection to the form
17       of the question.
18       A.    Yes, the applicant's view as
19   of -- and what is the date of this, the
20   date of the document?  It looks like
21   December 2010.  So as of 2010, that's
22   what it appears to be, yes.
23       Q.    And do you know whether or not
24   the applicant's had a different view
25   prior to 2010?

Page 87

1             STEVEN WORTH BALDWIN
2        A.    You know, I don't know.
3        Q.    That's all I was asking, if
4    you know.
5        A.    Yes, right.
6        Q.    And if you could turn your
7    attention to Baldwin Exhibit Number 6,
8    please.
9        A.    Okay.
10       Q.    When you saw this document,
11   that's a copy of a communication from the
12   U.S. Patent Office, did you understand
13   its contents?
14       A.    I mean as I looked at this, it
15   was a response to the application for the
16   extension and the granting of a five-year
17   extension, yes.
18       Q.    Okay.
19       A.    And I understood that then.
20       Q.    Okay.
21       A.    Okay.
22       Q.    And did you understand then
23   that when the U.S. Patent Office granted
24   the request for an extension, the U.S.
25   Patent Office said "A determination has

Page 88

1             STEVEN WORTH BALDWIN
2    been made that U.S. Patent Number
3    5,532,372, which claims the human drug
4    product LATUDA® (lurasidone
5    hydrochloride), is eligible for patent
6    term extension under 35 USC Section 156"?
7        A.    I see that, yes.
8        Q.    And did you see that when you
9    first read the document prior to
10   submitting your declaration?
11       A.    Yes, I had seen this, yes.
12       Q.    And did you understand what
13   that had meant when you first read this
14   document?
15       A.    Well I mean at, at the first
16   level it means that five years is added
17   to the, you know, to the patent
18   extension.  I, other than that, I'm not
19   sure what you mean.
20       Q.    Okay.  Did you know whether or
21   not if the patent office had actually
22   made a determination that the claims of
23   the '372 patent, as set out by the
24   applicants in Baldwin Exhibit Number 5,
25   covered lurasidone hydrochloride?

Page 89

1             STEVEN WORTH BALDWIN
2        A.    That the claims.  I mean, I
3    mean I, I don't think, I don't dispute
4    that at least some of the claims cover
5    lurasidone hydrochloride.  I mean so I'm
6    not quite sure where, where we are.
7        Q.    Right.  So where we are is
8    this.  In Baldwin Exhibit Number 5 you
9    understood prior to submitting your
10   declaration that the applicants, at least
11   in their view, said that Claim 14 covered
12   lurasidone hydrochloride, and so my
13   question to you is when you saw Baldwin
14   Exhibit Number 6, did you understand that
15   the patent office had made a
16   determination as to whether or not the
17   claims, as set out by the applicants,
18   covered lurasidone hydrochloride?
19             MR. HU:  I'll object to the
20       form of the nonquestion that was
21       the first part of that statement.
22       Q.    Did you understand, sir?
23       A.    I mean what I -- I don't have
24   any idea whether or not, for instance,
25   this first paragraph in exhibit 6 means

STEVEN WORTH BALDWIN - 07/14/2016      Pages 90..93

Page 90

STEVEN WORTH BALDWIN
1
2  that they have gone through and evaluated
3  the claims at that level.
4      Q.    Okay.
5      A.    At this point.
6      Q.    Okay.  And when you first read
7  it prior to submitting your declaration,
8  did you think to ask counsel whether or
9  not the U.S. Patent Office had actually
10 made a determination as to whether or not
11 the claims, as identified by the
12 applicants, covered lurasidone
13 hydrochloride?
14     A.    So that the --
15     Q.    Did you think to ask counsel?
16 If you didn't know, if you don't know
17 now, my question to you is at the time
18 that you first read it and prior to
19 submitting your declaration to the court,
20 did you think to ask counsel whether or
21 not the U.S. Patent Office had in fact
22 made such a determination?
23     A.    I mean I know I did not ask,
24 okay.
25     Q.    Now turning to Baldwin Exhibit

Page 91

STEVEN WORTH BALDWIN
1
2  Number 4 which is your declaration.
3  Looking again at page 3, paragraph 6.
4      A.    Okay.
5      Q.    In paragraph 6 you identify
6  documents in which your declaration is
7  based, correct?
8      A.    In paragraph 6?  Well, yes,
9  the patent file history and then the
10 references that I cite.
11     Q.    Correct.  Now the patent is
12 intrinsic evidence, correct?
13     A.    Intrinsic evidence, yes.
14     Q.    The '372 patent file history
15 is intrinsic evidence, correct?
16     A.    That's correct.
17     Q.    But you don't cite any
18 specific portion of the '372 patent file
19 history, correct?
20     A.    I do not, no.
21     Q.    Okay.  And the references you
22 cite herein, let's take a look at them.
23 The first one I understand is your CV,
24 correct?
25     A.    Correct.

Page 92

STEVEN WORTH BALDWIN
1
2      Q.    And that doesn't bear upon the
3  construction of Claim 14, correct?
4      A.    It certainly doesn't.
5      Q.    And the second exhibit is the
6  372 patent, correct?
7      A.    Yes, it is.
8      Q.    And that's intrinsic evidence
9  as we've already established?
10     A.    Yes.
11     Q.    And then the next several
12 references, exhibits 3 through 14, those
13 are all extrinsic sources, correct?
14     A.    That's correct.
15     Q.    And where did exhibits 3 to
16 14, where do they come from?
17     A.    You mean -- I mean I'm trying
18 to figure out what you mean.  Clearly
19 they come from journal articles.
20     Q.    Okay.
21     A.    Okay.
22     Q.    How did you find them?
23     A.    In fact --
24     Q.    If you did in fact find them?
25 I guess I'm assuming that.  Let me try

Page 93

STEVEN WORTH BALDWIN
1
2  this again.  I'll try to make it easy for
3  you.
4          Were any of the references of
5  exhibits 3 through 14 presented to you?
6      A.    Yes.  So the, the way that
7  this operated is that we were talking
8  about enantiomers of drugs and how their
9  biological activities can be different.
10 I identified several examples, these
11 being among those examples.  And but I
12 did not provide references.  Counsel then
13 went and found references for the
14 compounds that I had identified.
15     Q.    Okay.  So there are a couple
16 of pronouns in there and I just want to
17 make sure I understand what the pronouns
18 mean.  We, who is the we?
19     A.    So we is myself and attorneys
20 to whom I was -- Blank Rome attorneys to
21 whom I was --
22     MR. HU:  Let me stop you
23     there, Professor Baldwin.  I'm
24     giving you a lot of slack on the
25     process and I'll let it continue a

STEVEN WORTH BALDWIN - 07/14/2016    Pages 118..121

Page 118

1              STEVEN WORTH BALDWIN
2        A.   Which?  Again, which, which
3   case are you, are you -- I mean I --
4        Q.   Do you know, do you know if
5   you provided --
6        A.   I mean I have worked, yes, in
7   -- on cases that were, you know, part of
8   a New Jersey District Court.  I'm not
9   aware of all the district, different
10  districts in, you know, in New Jersey,
11  so.
12       Q.   Okay.  I'm just asking.  I
13  think I have the answer.  That's okay.
14  You would agree that in your opinion
15  extrinsic evidence is in general less
16  reliable than the patent and its
17  prosecution history in determining how to
18  read claim terms, correct?
19       A.   I mean I'm aware that that's
20  the legal standard, yes.  I mean I have
21  no, I don't disagree with that.
22       Q.   Okay, I just want to be sure
23  we're clear because I'm not asking if
24  you're aware it's a legal standard.  I'm
25  asking about your opinion, your opinion

Page 119

1              STEVEN WORTH BALDWIN
2   in particular.  So let me try my question
3   again.  Is it correct that in your
4   opinion extrinsic evidence is, in
5   general, less reliable than the patent
6   and its prosecution history in
7   determining how to read claim terms?
8              MR. HU:  I'll object to that
9         whole part that was the wind-up to
10        what ended up being the question.
11       A.   You said in general, right?
12  And in general, I believe that's true,
13  that's, that's fine.  I can't say that,
14  that there aren't, there isn't extrinsic
15  evidence that sometimes might be
16  particularly valuable.  But in general, I
17  believe that that's a fair statement.
18       Q.   Now for this particular
19  litigation, did you think about weighing
20  the intrinsic and extrinsic evidence that
21  you relied upon differently?
22       A.   And by this particular -- so
23  we were talking just a second ago about
24  other litigations and now this
25  litigation.  We're talking about the

Page 120

1              STEVEN WORTH BALDWIN
2   LATUDA® litigation right now when you
3   said this litigation; is that right?
4        Q.   That's right.
5        A.   Okay.  I mean, I mean I, I
6   think inherently I would -- I used the
7   '372 patent as the, as the primary
8   source.  And that I come to -- came to,
9   you know, some conclusions that I then
10  tried to substantiate with references
11  that happened to be, you know, extrinsic
12  evidence.  The external references don't
13  bear directly.  In other words, the
14  structures are not the same, the
15  compounds are not the same, but the way
16  of rendering the structures is the same.
17              And so I think to answer your
18  question, I don't disagree that, in
19  general, the patent is more important
20  than, you know, than the references, so.
21       Q.   And my question is a little
22  different.  So my question is for this
23  particular case, did you think about
24  weighing the intrinsic and extrinsic
25  evidence differently?

Page 121

1              STEVEN WORTH BALDWIN
2              MR. PREW:  Objection, form.
3              MR. HU:  Thank you.
4        A.   I mean the only time that that
5   would be important is if, as I understand
6   it, is if the extrinsic evidence and the
7   intrinsic evidence suggested different
8   conclusions and then you have to decide
9   which one is more important.  But I find,
10  I found them all to be supportive of the
11  same general conclusion.  And so I don't
12  know that I actually put a weighting
13  factor on any of them.
14       Q.   So for this particular case
15  you didn't put a weighting factor on the
16  intrinsic evidence or the extrinsic
17  evidence?
18              MR. HU:  Objection, asked and
19        answered.
20       A.   I mean I did say that I viewed
21  the patent as being the most important
22  piece of the document.  So there is
23  inherently a weighting factor in that.
24       Q.   Can you -- did you -- did
25  you put a weight and factor on the

STEVEN WORTH BALDWIN - 07/14/2016    Pages 130..133

Page 130

1           STEVEN WORTH BALDWIN
2        A.    Okay.  Just in general terms.
3    I mean most of this, of this type of work
4    that I do, not all of it but most of it
5    happens to be ANDA related and I'm aware
6    of paragraph 4 certifications and things
7    like that.  I don't know details, legal
8    details of them but I'm aware of what
9    they are.
10       Q.    And what's your general
11   understanding as to what a paragraph 4
12   notice letter contains?
13       A.    Again, this is my
14   understanding but it's a, you know, a
15   letter informing the branded drug that
16   they intend to market a generic version
17   thereof and that they either, that they
18   don't infringe for particular reasons or
19   that they do infringe and they intend to,
20   you know, fight, they don't believe the
21   patent is valid or something like that,
22   sort of the, the basis for how things are
23   going to move forward.
24       Q.    Okay.
25       A.    Again, that's just a general

Page 131

1           STEVEN WORTH BALDWIN
2    impression and...
3        Q.    Right, right.  And in your
4    work for patent litigations, you worked
5    on behalf of innovative or ethical
6    companies as well as on behalf of generic
7    drug manufacturers, correct?
8        A.    That's correct, yes.
9        Q.    And are these paragraph 4
10   notice letters, are there serious
11   statements involved?
12           MR. HU:  Objection to the form
13       of the question.
14       A.    I mean my guess is, I mean
15   they're, yes, they're serious.  They're
16   legal documents and they're, yes,
17   they're, they're serious.
18       Q.    And they could potentially
19   lead to litigation, correct?
20       A.    That I don't know.
21       Q.    Oh.
22       A.    But, you know, I'll, I'll
23   accept your, your statement that they
24   could be.
25       Q.    Got it.  Have you ever viewed

Page 132

1           STEVEN WORTH BALDWIN
2    any notice letters in this case, other
3    than the one that I provided to you and
4    you only took a look at it for just a few
5    minutes?
6        A.    In this case?
7        Q.    Correct.
8        A.    The answer is no.
9        Q.    Okay.
10           (Whereupon Baldwin Exhibit 8
11       was marked for identification,
12       paragraph 4 certification notice
13       letter provided to plaintiffs by
14       Teva.)
15       Q.    I've had the court reporter
16   mark as Baldwin Exhibit Number 8 a
17   multipage document that I'd like for you
18   to review.
19           MR. RATLIFF:  And I just
20       notice that at a break what we'll
21       do, we'll go through the exhibits,
22       counsel, and just indicate Dr.
23       Baldwin's name.  Because right now
24       the labels just say exhibit 7.  So
25       just to avoid the confusion.

Page 133

1           STEVEN WORTH BALDWIN
2           MR. HU:  Could I make a
3       suggestion?  I think it would be a
4       lot cleaner on the record and safer
5       if you were to give a little
6       bibliographic information about
7       what the exhibit is when you mark
8       it or when you first raise it if
9       you've premarked it, just saying
10       exhibit 8, I think it would be
11       easier if you told us what it was.
12       Okay, thanks.
13           MR. RATLIFF:  Thanks for the
14       suggestion, but that's not my
15       practice.
16           MR. HU:  I think it's clearer.
17       Okay.
18       Q.    Sir, have you seen this
19   document before?
20       A.    No, I have not.
21       Q.    So I can represent to you that
22   Baldwin Exhibit Number 8 is a paragraph 4
23   certification notice letter that was
24   provided to plaintiffs by Teva, one of
25   the companies who you're now engaged with

STEVEN WORTH BALDWIN - 07/14/2016    Pages 134..137

Page 134

1        STEVEN WORTH BALDWIN
2   for this litigation.
3        A.    Okay.
4        Q.    And, sir, if you could turn
5   your attention to page 20 of this
6   document.
7        A.    There don't seem to be page
8   numbers.
9        Q.    If you look towards the top of
10  the document I believe there may be page
11  numbers.
12       A.    I see.  No -- yes, I got it.
13  I'm sorry.  Well, no, there -- page 3
14  follows page 8.
15       Q.    Let's see if I can help you.
16  Okay, so I just put a tape flag, an
17  orange tape flag on the document for page
18  20 and maybe what I'll ask you to do,
19  I'll hand it to you with page 20 open, if
20  you could just put a star, an asterisk on
21  that page and then just put your name
22  next to the star so it will be clear for
23  the record.
24            MR. HU:  This is solely for
25       identification purposes?

Page 135

1        STEVEN WORTH BALDWIN
2            MR. RATLIFF:  Correct.
3            MR. HU:  Thank you.
4        A.    Anywhere in particular?  Up by
5   the flag?  I mean --
6        Q.    Anywhere of your choosing.
7   And just put your, put your name so it's
8   just indicated that this is the page 20
9   we're referring to.
10       A.    You want me to write page 20?
11       Q.    No, that's fine.  Thank you.
12       A.    Mm-hmm.
13       Q.    So when you, when you read
14  plaintiff's brief concerning claim
15  construction --
16       A.    Okay.
17       Q.    -- did you understand that
18  plaintiffs have asserted that each of the
19  defendants have already agreed that Claim
20  14 includes lurasidone?
21            MR. HU:  Objection to the form
22       of the question.
23       A.    I mean I, in that document, in
24  the document I read, I saw statements to
25  that effect, yes.

Page 136

1            STEVEN WORTH BALDWIN
2        Q.    Okay.
3        A.    Yes.
4        Q.    And after seeing that, did you
5   review documents that plaintiffs were
6   citing to concerning plaintiffs'
7   assertion that defendants have already
8   conceded that Claim 14 covers lurasidone?
9            MR. HU:  Objection to the form
10       of the question.
11       A.    I reviewed no other documents,
12  no.
13       Q.    You weren't curious to see
14  what was the basis for plaintiffs'
15  statements in that regard?
16       A.    I mean I did ask is this a
17  document I should be reading and they
18  said you don't need to.
19       Q.    And did you ask why you don't
20  need to read those documents?
21       A.    No.  I didn't because I
22  assumed there's a strategy.  I mean I
23  don't, I just didn't worry about it.
24       Q.    Right.  Got it.  Okay.  So
25  turning your attention to this page 20,

Page 137

1            STEVEN WORTH BALDWIN
2   looking at the second paragraph, the
3   first line that reads "Claim 14 of the
4   '372 patent is the narrowest claim that
5   covers lurasidone," do you see that?
6        A.    I see that.
7            MR. HU:  Objection.  Mr.
8       Ratliff, are you going to ask him
9       about a document that he's never
10      seen before and ask him to give,
11      formulate opinions today based on a
12      document, multipage document that
13      he's never seen before, is that,
14      because I think that's
15      inappropriate?
16            MR. RATLIFF:  Okay.  Glad you
17      think that.
18       Q.    All right.  So and you've
19  never seen, seen this page before, sir?
20       A.    No, I've never seen this page.
21       Q.    And based upon your reading of
22  that sentence, do you believe it to be a
23  statement that Claim 14 of the '372
24  patent actually covers lurasidone?
25            MR. HU:  Objection.  This is

STEVEN WORTH BALDWIN - 07/14/2016    Pages 138..141

Page 138
STEVEN WORTH BALDWIN
1
2    very unfair.  Professor Baldwin is
3    not here to formulate opinions on a
4    document he's never seen before on
5    a statement taken in isolation.
6        A.    And I, I mean I'd feel -- I
7    mean in reality this is a legal opinion
8    right here.  And I'm not capable of
9    forming a, you know, a legal opinion.
10   And so I mean I just don't have the
11   training.
12       Q.    Right.  Oh, and sir I'm not
13   asking you for a legal opinion.  I want
14   just your understanding as a scientist as
15   to what this statement means?
16            MR. HU:  Professor Baldwin,
17        please read the whole document if
18        you need to to have the context.
19        I'm not going to let him answer it
20        in the abstract like this.  This is
21        not appropriate.
22            MR. RATLIFF:  On what basis?
23            MR. HU:  It's not appropriate
24        to examine on a document he's never
25        seen before.

Page 139
STEVEN WORTH BALDWIN
1
2            MR. RATLIFF:  Not appropriate
3        is not in the rules.
4            MR. HU:  It's definite beyond
5        the scope of his report which is
6        where I was going.  He's never seen
7        it.  Not part of his report.
8        That's the point.
9            MR. RATLIFF:  Okay.
10       Q.    So Professor Baldwin, again
11   just asking for your view, as a
12   scientist, of this one incidence that
13   reads "Claim 14 of the '372 patent is the
14   narrowest claim that covers lurasidone
15   and is addressed first for that reason."
16   When you read that, as a scientist, is it
17   your understanding that someone believes
18   lurasidone is covered by Claim 14?
19            MR. HU:  I have the same
20        objections and same cautions for
21        Professor Baldwin.  If he needs
22        time to read the whole document, he
23        should take it.
24       A.    Again, I don't -- I mean I
25   see, I read, I see what it says.  And,

Page 140
STEVEN WORTH BALDWIN
1
2    you know, my problem is first just
3    looking at it this way I don't agree.  I
4    don't agree with the statement.  And so
5    I'm not quite sure what you want me to
6    do.
7        Q.    Right.
8        A.    Do you want me to say that
9    I've read this and that I agree with it?
10       Q.    No, not at all.  So let me try
11   it again because I thought I was clear.
12   I understand your opinion, it's in your
13   declaration and we've talked about it.
14       A.    Sure.
15            MR. HU:  Objection again to
16        the wind up.  Ask a question
17        please.
18       Q.    So I understand your opinion.
19   So my question is very different.  It's
20   looking at this sentence that I just
21   read, the one sentence, in your view as a
22   scientist does it appear to you that at
23   least the author of this document
24   believes that lurasidone is covered by
25   Claim 14?

Page 141
STEVEN WORTH BALDWIN
1
2            MR. HU:  Objection to form of
3        the question and object to asking
4        him to give opinions based on one
5        sentence in a document he's never
6        seen before.
7        A.    Yeah, and I mean I know that's
8    what it says.  I don't agree, again I
9    don't agree with it and I think I would
10   have to read the entire thing to put it
11   into context.  And I'm, you know, I can
12   do that.  But I don't know why -- I mean
13   I just don't understand why the, why the
14   sentence is there, you know, what it's
15   there for.  I'm not prepared to answer
16   your question.
17       Q.    Right.  But as you read it, it
18   appears that someone is saying that
19   lurasidone is covered by Claim 14, right?
20            MR. HU:  Objection to the form
21        of the question.
22       A.    I mean that's, that's what it
23   says.  I mean, for instance, I'm not
24   quite, you know, hundred percent sure
25   what covers means, you know, as well.  I

STEVEN WORTH BALDWIN - 07/14/2016   Pages 142..145

Page 142

STEVEN WORTH BALDWIN

1   mean that's, that's a legal term with
2   lots of nuances and everything else, I'm
3   not prepared to, you no, I'm not prepared
4   to deal with that.
5        Q.    Right, right.  And do you
6   recall me asking you earlier if Claim 14
7   covered lurasidone, and you, do you
8   recall ever having trouble with that
9   question?
10       A.    Before?
11            MR. HU:  Objection to the form
12       of the question.
13       A.    Before?  I said Claim 14 did
14   not cover lurasidone.
15       Q.    Okay.  So you do understand
16   what the word cover means?
17       A.    Yeah, and I suspect that at
18   that time I probably interpreted covers
19   as includes or whatever.  Here this is a
20   legal term and I didn't write it and I'm,
21   I don't know quite what to say here other
22   than, other than I'm happy to read the
23   whole, the whole thing.  I'm not sure
24   that I'd be able to answer the question

Page 143

STEVEN WORTH BALDWIN

1   then.  But I'm happy to do it.
2        Q.    Okay.  So what we'll do, we're
3   going to have -- we will keep going.  We
4   will have a lunch break and feel free to
5   read it over lunch and then I'll ask you
6   the question again after lunch.
7            All right.  So let's take a
8   look at Baldwin Exhibit Number 7.  This
9   is the notice letter from Emcure that we
10   talked about earlier.
11       A.    Yes.
12       Q.    Turning to page 17, and again
13   the numbers are very faint so maybe I
14   can, I can help you out if you hand that
15   to me, sir.
16       A.    No, I've got it.  I can see
17   your numbers on this one.
18       Q.    Okay.  And they're not my
19   numbers, they're actually Emcure's
20   numbers, just for clarification.
21       A.    Okay, I think I'm there.
22       Q.    And -- well before I ask you
23   the question.  No, let me just ask the
24   question.

Page 144

STEVEN WORTH BALDWIN

1        So turning your attention to
2   the section 3 entitled Differences
3   between the Prior Art and the Claimed
4   Subject Matter, do you see that?
5        A.    Yes.
6        Q.    Okay.  And do you see the
7   second sentence beginning "More
8   specifically,"?
9        A.    Yes.
10       Q.    Would you please read that to
11   yourself and let me know when you're
12   finished.
13       A.    I think I've read it, yes.
14       Q.    Okay.  And in your reading of
15   this sentence beginning "More
16   specifically," is it your understanding
17   from a scientific perspective, not a
18   legal perspective, that the author of
19   this document is saying that lurasidone
20   is covered by Claim 14 of the '372
21   patent?
22            MR. HU:  I have the same
23       objections.  It's not -- it's
24       outside the scope of his

Page 145

STEVEN WORTH BALDWIN

1   declaration and you're asking him
2   to give opinions on the spot on a
3   document that he's never seen and
4   compounding that, it's a one
5   specific sentence out of context,
6   out of a -- in a very lengthy
7   document.
8        A.    This is --
9            MR. RATLIFF:  You're speaking
10       objections are noted.
11       A.    "More specifically compound 1
12   of the '117"... okay, the '117 patent.
13   What I can say, I'm not -- okay.  Please
14   ask -- could you ask your question again.
15       Q.    Sure.
16       A.    So.
17       Q.    In reading that sentence, do
18   you understand, from a scientific
19   perspective, that the author is saying
20   that the compound of Claim 14 includes
21   lurasidone?
22       A.    No, I don't.  I don't, I don't
23   see that at all.  Okay.  I mean compound
24   1, first of all, there's -- oh, I'm

STEVEN WORTH BALDWIN - 07/14/2016    Pages 146..149

Page 146

STEVEN WORTH BALDWIN

1  looking at the structures here.  Yeah, I
2  -- more specifically, compound 1 of the
3  '117 patent contains... oh, I see what
4  you're saying.
5          MR. HU:  Before you answer
6      that, Professor Baldwin, I have the
7      same objections as to the previous
8      question.
9      A.   So, yeah, I see the -- okay.
10 So these structures are different but
11 they have common, some common structural
12 features and the point is that you're
13 asking is that Claim 14, they've
14 identified as including lurasidone.
15     Q.    That's right.
16     A.    That's what it says, yes.
17     Q.    Okay.  Sir, if we could turn
18 to Baldwin Exhibit Number 4, which is a
19 copy of your declaration.
20     A.    Okay.
21     Q.    Turning to page 11 of your
22 declaration, and in particular looking at
23 paragraph 27.
24     A.    Okay.

Page 147

STEVEN WORTH BALDWIN

1      Q.    Are you there, sir?
2      A.    Yes, I am.
3      Q.    Now in paragraph 27 are you
4  essentially making the point that a
5  racemate is commonly represented by
6  depicting one of its constituents
7  enantiomers?
8          MR. HU:  Objection to the form
9      of the question.
10     A.    I mean that's, yeah, that --
11 well, I'm pointing out that, that this
12 author, Maitland, Maitland Jones, you
13 know, says, says that.  That when you're
14 writing, when one writes chemical
15 structures, that racemate is assumed
16 unless there's an indication that it's
17 not racemate.
18     Q.    Would you agree that the
19 depiction of one enantiomer does not
20 always represent a racemate?
21     A.    Yeah, when it's, when there's
22 a clear indication that a, that a
23 depiction isn't a racemate then it isn't.
24 I mean if one says, you know, as I said

Page 148

STEVEN WORTH BALDWIN

1  before, identifies this as the
2  (+)-enantiomer or the (-)-enantiomer or
3  the compound with a particular
4  configuration, RR versus SS, something
5  like that, then the assumption is that it
6  is a racemate.  So if there's not an
7  indication, then that has, that's the
8  starting point, that's your, that's your,
9  you know, that's your reference point.
10     Q.    What was my question?
11     A.    We should ask the reporter.
12     Q.    Do you remember?
13     A.    Yes, the --
14         MR. HU:  Objection, you're
15     harassing the witness.  Ask the
16     question.
17     Q.    Do you remember my question?
18 I just want to be sure I'm not wasting
19 your time, and getting responses to the
20 questions I actually asked.  Let me try
21 it again.
22         MR. HU:  Thank you.
23     Q.    Would you agree that a
24 depiction of one enantiomer does not

Page 149

STEVEN WORTH BALDWIN

1  always represent a racemate?
2          MR. HU:  Objection.  That was
3      asked and answered.
4      A.    And I said, I would agree that
5  that's the case if there's an indication
6  to that effect.
7      Q.    Okay.  So you agree that the
8  depiction of one enantiomer does not
9  always represent a racemate?
10         MR. PREW:  Objection,
11     mischaracterizes his testimony.
12         MR. RATLIFF:  And your
13     speaking objections too?  Come on,
14     counsel, please.
15     A.    With, with -- under the
16 conditions that I said, yes, I agree.
17     Q.    Okay, okay.  For a patent
18 claim, do you agree that a depiction of
19 one enantiomer could represent the
20 individual enantiomers, as well as equal
21 and unequal mixtures of the enantiomers?
22         MR. HU:  Objection to the
23     form.  What are we talking about?
24     Are we talking about -- what patent

STEVEN WORTH BALDWIN - 07/14/2016    Pages 150..153

Page 150

1                STEVEN WORTH BALDWIN
2      are we talking about?
3          A.    If there's language in the
4   patent that actually specifies that,
5   then, yes, I agree.  If there's not, then
6   my original opinion holds.
7          Q.    Got it.  Okay.  Now looking at
8   paragraph 27, one of the first -- well in
9   paragraph 27 the first document you cite
10  is an excerpt from Jones, do you see
11  that?
12         A.    Yes.
13         Q.    Is this a -- is this one of
14  the documents that you found yourself?
15         A.    Yes.
16         Q.    Okay.  And you agree that this
17  document is intrinsic evidence?
18         A.    Intrinsic evidence?
19         Q.    Sorry, maybe I said it wrong.
20  You believe that this document is
21  extrinsic evidence?
22         A.    Yes, I do.
23         Q.    And you agree that this
24  document was also not available to the
25  person of ordinary skill in the art at

Page 151

1                STEVEN WORTH BALDWIN
2   the time the July 5th, 1991 '372
3   application was filed?
4          A.    Yes.  I mean this was
5   published later.
6          Q.    Right.
7          A.    But it certainly represents
8   the way people had been looking at this,
9   you know, drawing these structures for
10  long before 1997.
11         Q.    It's not prior art this
12  document, '327, this patent, right?
13         MR. HU:  Are you asking him
14         for a legal opinion as to the legal
15         status of this document?
16         Q.    Sir, exhibit number 7 is not
17  prior art, to your knowledge, to the '372
18  patent, correct?
19         MR. HU:  Objection to the
20         form.
21         A.    Yes.  I mean I pointed out
22  that this is a 1997 article, that the
23  patent we're talking early '90's for the,
24  for the patent.
25         Q.    And the second reference that

Page 152

1                STEVEN WORTH BALDWIN
2   you cite, exhibit number 8, that's also
3   an extrinsic source, correct?
4          A.    That's correct.
5          Q.    And that document was also not
6   available to the person of ordinary skill
7   in the art at the time of the July 5th,
8   1991 '372 patent application, correct?
9          A.    That's correct.
10         Q.    When you attached exhibit 7 to
11  your report, did you check it carefully?
12         A.    I'm not sure what you mean.  I
13  mean I pulled the book off my shelf.  I
14  read this section.  I thought that it was
15  relevant.  So I'm not sure what you mean
16  by checked it carefully.
17         Q.    When you pulled the book, did
18  you confirm that it was actually the
19  second edition of the book as opposed to
20  some other edition?
21         A.    Oh.  Okay so let me go back.
22  Did I say -- what paragraph am I dealing
23  with here?
24         Q.    Paragraph 27.
25         A.    That's right, thank you very

Page 153

1                STEVEN WORTH BALDWIN
2   much.
3          Q.    You're welcome.
4          A.    Okay, you said, I'm sorry, you
5   said second edition?  Which one are we
6   talking, are we talking -- this is the
7   Jones?
8          Q.    Right.  So talking about the
9   Jones.
10         A.    Okay.
11         Q.    So the question is, you have a
12  copy of Jones on your shelf in your
13  office; is that correct?
14         A.    Yes.
15         Q.    When you pulled Jones and
16  decide to include it in your declaration,
17  did you check to see in fact whether or
18  not your Jones was the second edition or
19  some other edition?
20         A.    And, you know, I'm sure I did.
21  If there's a typo there, then I didn't
22  pick it up, pick up on it so I'm not
23  sure.
24         Q.    Okay.
25         A.    I mean I copied the, you know,

STEVEN WORTH BALDWIN - 07/14/2016    Pages 154..157

Page 154

1         STEVEN WORTH BALDWIN
2    the relevant early, you know, cover pages
3    in there that list the edition and if
4    that -- if I made a mistake, it's my
5    apologies.
6         Q.    Okay.
7         A.    So I don't know whether I did
8    or not because if I don't have the cover
9    page in here to look at.
10        Q.    And you didn't provide that
11   cover page to us in your declaration,
12   correct?
13        A.    I provided the cover page to
14   my, you know, to the attorneys and I
15   didn't actually prepare the exhibits
16   myself.
17        Q.    Okay.
18        A.    To send.
19        Q.    Okay.  At any rate, the text
20   that you include from Jones, whether it's
21   a second edition or some other edition,
22   that would have not been something that a
23   POSA, in 1991, would have read because it
24   didn't exist, correct?
25        A.    It didn't exist in 1991.  But

Page 155

1         STEVEN WORTH BALDWIN
2    there's nothing new here.  This is the
3    way people operated in 1991 and well
4    before that.
5         Q.    And that's not my question.
6         A.    I know, I understand.
7         Q.    A POSA would not have read
8    this text in 1991, correct?
9         A.    A POSA would not have read
10   this text because it was still multiple
11   years in advance, so.
12        Q.    Understood.  So now looking at
13   this second reference, Vollhardt?
14        A.    Vollhardt, yes.
15        Q.    Do you also have a copy of
16   Vollhardt on your shelf?
17        A.    Yes, I do.
18        Q.    Do you have multiple copies of
19   Vollhardt on your shelf?
20        A.    I have multiple copies, ie.,
21   not copies of the same edition, but
22   multiple editions.
23        Q.    Right.  Do you know if there
24   were prior editions of Vollhardt prior to
25   the 2010 edition that you referred to in

Page 156

1         STEVEN WORTH BALDWIN
2    your declaration?
3         A.    I know, I mean I know that
4    there were.
5         Q.    And do you know if any
6    editions of Vollhardt existed prior to
7    July 5, 1991, which is the '372 patent
8    application date that you refer to in
9    your declaration?
10        A.    Yes, so there's two authors
11   on, for this book, it's Vollhardt and
12   Schore, Neil Schore and there were
13   several earlier, and I suspect that one
14   of the early editions went, you know, was
15   published before 1991.  And then there
16   was a single author book by Vollhardt
17   prior to that where he was again the only
18   author.  And those editions go back, I
19   think they go back into the early to mid
20   '80's.  I don't remember exactly when
21   edition 1 came out.
22        Q.    And this language that you
23   cite from Vollhardt and Schore in
24   paragraph 27 of your declaration, do you
25   know if that language was included in any

Page 157

1         STEVEN WORTH BALDWIN
2    of the prior editions of Vollhardt and
3    Schore?
4         A.    So I, I didn't have access
5    personally to all of the early editions.
6    I did check a couple of others and this
7    language was not included.
8         Q.    Okay.  And is it your
9    understanding that prior to July 5, 1991
10   the language that you cite from Vollhardt
11   and Schore was not included in the
12   earlier editions?
13        A.    Yes, again, I haven't checked
14   every edition but the editions that I
15   checked, the answer is it was not
16   included.
17        Q.    Is it correct that as of July
18   5, 1991 the language that you cite from
19   Vollhardt and Schore, the 6th edition,
20   from 2010, some nearly 20 years later
21   than the July 5, 1991 application, was
22   not available to the person of ordinary
23   skill in the art?
24             MR. HU:  Excuse me, could I
25        hear that question back.

STEVEN WORTH BALDWIN - 07/14/2016    Pages 158..161

Page 158

```
1              STEVEN WORTH BALDWIN
2          (The requested portion of the
3     record was read.)
4          MR. HU:  Thank you.
5          A.   Yes, that specific language
6     was not available.  The ideas were widely
7     in practice.
8          Q.   And when we look at the
9     specific language that you cite from
10    Vollhardt and Schore, it refers to the
11    writing of a chemical equation when
12    racemates are involved; is that correct?
13         A.   That's correct, yes.
14         Q.   Claim 14 of the '372 patent,
15    does it recite a chemical equation?
16         A.   No, it does not.  It recites a
17    specific structure.
18         Q.   Now turning to paragraph 28 of
19    your declaration.  Do you have that, sir?
20         A.   Yes, I do.
21         Q.   In paragraph 28 you list 5
22    other documents that are extrinsic
23    sources to the '372 patent; is that
24    correct?
25         A.   That's correct.
```

Page 159

```
1              STEVEN WORTH BALDWIN
2          Q.   And essentially your point
3     here is that these publications use an
4     enantiomer to indicate a racemate?
5          A.   That's correct.
6          MR. HU:  Mr. Ratliff, while
7          there's a pause, what are your
8          intention about a lunch break?  I
9          don't know if Professor Baldwin is
10         getting hungry but it is almost
11         12:30.  Can we just discuss that
12         briefly to see what the schedule is
13         for the rest of the day?
14         MR. RATLIFF:  Sure.
15         Q.   Professor Baldwin it's your
16    day so it's up to you whenever you want
17    to take lunch.
18         MR. HU:  I guess in part it
19         depends on how much, how long you
20         want to go because he may want to
21         just keep going.  I don't know.
22         I'm not speaking for him.
23         Q.   Unless you want to have a very
24    late lunch, then I suggest that you take
25    lunch sooner than later.  I'm not
```

Page 160

```
1              STEVEN WORTH BALDWIN
2     finishing before -- any time soon.
3          A.   Yes, I mean I'm not going to
4     faint dead away at any point in the near
5     future.
6          Q.   Okay.
7          A.   But I would at some point like
8     lunch.
9          Q.   Yes, me too.
10         A.   So.
11         Q.   Okay.  So just let us know and
12    I'll let you know.  I do have it on the
13    top of my mind.  I'm sensitive of the
14    time.
15         A.   May I -- I think I might want
16    to clarify something in the, you know,
17    the question and answer that you just
18    did.  Can we go back and talk about the
19    structure?  Remember you talked about the
20    structure and a structure representing a
21    racemic mixture versus an enantiomer and
22    I want to make sure I didn't misspeak.
23         Q.   Well you're going to be given
24    an opportunity to take a look at the
25    transcript.
```

Page 161

```
1              STEVEN WORTH BALDWIN
2          MR. HU:  Let's do it now.
3          That's not fair.  He wants to
4          clarify an answer he gave.  Please
5          read it back.  That's not fair.
6          MR. RATLIFF:  Please read what
7          back?
8          MR. HU:  He asked for a
9          question and answer to be read
10         back.  That's only fair.
11         MR. RATLIFF:  Do you know what
12         question, counsel?
13         MR. HU:  No.  But Professor
14         Baldwin has just asked.
15         Q.   Do you know what question, Mr.
16    -- Dr. Baldwin?
17         A.   You asked --
18         Q.   Is it professor or doctor?
19         A.   Yes.
20         MR. HU:  Both, but.
21         A.   You know, you asked a question
22    about relating to the fact that -- the
23    Vollhardt textbook talked about writing
24    structures as part of chemical reactions.
25    But that the structure -- that Claim 14
```

STEVEN WORTH BALDWIN - 07/14/2016    Pages 182..185

Page 182

STEVEN WORTH BALDWIN

1   STEVEN WORTH BALDWIN
2   instructions to determine whether or not
3   your preference of calling it a racemic
4   mixture is correct?
5       A.   Well, first of all, is this
6   showing up as, for instance, in a patent
7   claim?  I mean --
8       Q.   Yes.
9       A.   If it's part of a patent, then
10  I would certainly go to the
11  specification.
12      Q.   Okay.
13      A.   If it's part of a journal
14  article, I would read the journal
15  article.  I mean my assumption would be
16  racemic.  And then I would read the
17  journal article to see where it came from
18  and see if in fact it was actually, you
19  know, a single enantiomer.
20      Q.   Okay.
21      A.   But, you know, the initial
22  assignment would be as a racemic mixture.
23           MR. RATLIFF:  I'd like the
24      court reporter to mark as Baldwin
25      Exhibit Number 11 a multipage

Page 183

1           STEVEN WORTH BALDWIN
2       document.
3           (Whereupon Baldwin Exhibit 11
4       was marked for identification, copy
5       of U.S. Patent 4,681,893.)
6       Q.   Professor Baldwin, I just
7   handed you exhibit number 11 which I can
8   represent is a copy of U.S. Patent
9   4,681,893.  And if you could turn your
10  attention to column 16 of this patent.
11          MR. HU:  You know, I'm going
12      to object to this.  This isn't in
13      his, in his declaration as far as I
14      know.  And we've spent a lot of
15      time giving you a lot of latitude
16      on subjects that have nothing to do
17      with the declaration.  We've been
18      really very patient.  And you're
19      certainly entitled to explore
20      everything about his declaration.
21      But to give him documents he hasn't
22      seen and ask him all kinds of
23      questions about things that he's
24      looking at for the first time is
25      really not appropriate.  Are you

Page 184

1           STEVEN WORTH BALDWIN
2   going to be doing this a lot?
3   Because I'm seriously considering
4   stopping this.  So can you answer
5   the question?
6           MR. RATLIFF:  I'm not being
7       deposed today.  I don't answer your
8       questions.
9           MR. HU:  This is just an
10      inquiry between counsel about the
11      scope of the deposition.  It's
12      perfectly appropriate.
13          MR. RATLIFF:  I'm asking
14      questions that are appropriate.
15      Q.   Professor Baldwin --
16          MR. HU:  All right, let's see
17      where this goes.
18          MR. RATLIFF:  Please.
19          MR. HU:  I think you are
20      really pushing.  You're way past
21      the boundaries of what's
22      appropriate.
23      Q.   Professor Baldwin, if you
24  could turn to columns 15 and 16.  I think
25  you're there.

Page 185

1           STEVEN WORTH BALDWIN
2       A.   I'm there.
3       Q.   I'd like you to turn your
4   attention to claim 1.  And you should see
5   within claim 1 a structure depicted.  Do
6   you see that?
7       A.   Yes, I do.
8       Q.   And that's the same structure
9   that I provided you in Baldwin Exhibit
10  Number 10.
11      A.   Yes, it is.
12      Q.   And could you review claim 1
13  and anything else in the patent that you
14  wish and let me know whether or not you
15  think the structure depicted in claim 1
16  represents a series of molecules that are
17  racemic mixtures, or represents an
18  enantiomer, or represents something else?
19          MR. HU:  Really?  Are you
20      really asking him to read this
21      patent that he's never seen now to
22      give an opinion on this, when it's
23      not in his declaration?
24          Professor Baldwin, why don't
25      you read the whole thing, please,

Page 186
```
1              STEVEN WORTH BALDWIN
2    before you answer this.
3         I tell you this.  I'll give
4    you this one.  You can ask this.
5    But after this, I think we may
6    instruct him not to answer these.
7    This is, this is so far beyond
8    what's in the declaration.
9         Q.    Go ahead and read it, sir.
10        A.    Yes, I mean this is --
11        Q.    Let me ask you the question
12   first.  Do you need to read the
13   specification to answer my question?
14        A.    Well, again, it's going to be
15   -- by the way, is this something relevant
16   that I need to worry about, this ex-parte
17   examination thing?  I mean is that -- I
18   mean you included it.  I just want to
19   know if this is something I have to be
20   concerned about.
21        Q.    I included it for completeness
22   because it's part of the patent.
23             MR. HU:  Professor Baldwin,
24        read everything.
25        Q.    So the question pending --
```

Page 187
```
1              STEVEN WORTH BALDWIN
2             MR. HU:  I'm going to make a
3        suggestion.  It's a long document.
4        Professor Baldwin, would you feel
5        more comfortable going to a room by
6        yourself?  We'll sit here and wait
7        for you to come back so you don't
8        sit here with everybody watching
9        you.
10        Q.    Before you're there, the
11   question is first, do you feel that you
12   need to read the patent specification to
13   answer my question as to whether or not
14   the structure depicted in claim 1 of this
15   patent represents a series of racemic
16   mixtures, a series of enantiomers, or
17   something else?
18        A.    I mean as I look at the
19   structure, my -- I would -- and again in
20   the upper, very upper right there, is
21   that something there that I -- is that an
22   I?  That's not anything like a plus or a
23   minus or anything like that, is it?  You
24   see in the very upper right portion of
25   the column, you see a little line.  I
```

Page 188
```
1              STEVEN WORTH BALDWIN
2    don't know what that is.
3         Q.    I see it.  I don't know what
4    it is either.
5         A.    Or an l.  So if that were a
6    small l I would say this is probably a
7    single enantiomer.
8         Q.    Okay.
9         A.    If that is not anything
10   significant, then I would say my initial
11   reaction, my reaction would be that this
12   is a racemic mixture.
13        Q.    Okay.  And do you believe that
14   it's possible, and I recognize that you
15   haven't read the patent specification,
16   but do you believe it's possible that the
17   structure depicted in claim 1 could
18   actually be representative of racemic
19   mixtures, enantiomers, as well as unequal
20   and equal mixtures of the enantiomers?
21        A.    I mean if there's -- if there
22   then is language to that effect, then
23   yes.  But in the absence of that kind of
24   designation, the answer is no.  I mean
25   just quickly I notice that claim 5 in
```

Page 189
```
1              STEVEN WORTH BALDWIN
2    fact is racemic materials, you know, as I
3    look at this.
4         And I haven't gotten any
5    further so I don't seem to see any
6    suggestion, just on the top, off the top
7    of my head here, I don't see any
8    suggestion that it's a -- that
9    non-racemic materials are included in the
10   claims.  But without taking time, I'm not
11   going to hang my hat on that.
12             MR. HU:  Do you want him to
13        read it?
14        A.    I mean as I look at the
15   compounds, I mean I know these things
16   are, they look like they're probably, you
17   know, anti-cholesterol drugs would be my
18   best guess.  And I know that those drugs
19   are single enantiomers.  And so but
20   there's no information that I see here to
21   that effect, so.
22        Q.    When you say see here, what
23   are you referring to?
24        A.    Well I'm looking at claim 1.
25   I look at claim 1 here and I see what I
```

STEVEN WORTH BALDWIN - 07/14/2016     Pages 190..193

Page 190
STEVEN WORTH BALDWIN

1    STEVEN WORTH BALDWIN
2    would say is a racemic mixture.  There's
3    relative stereochemistry, you know, shown
4    between the two stereogenic atoms and so
5    the hydroxyl and that parole side chain
6    are trans to one another but they could
7    be trans this way or trans that way
8    according to this structure.
9         Q.    And so to confirm whether or
10   not the structure depicted in claim 1 is
11   actually representative of racemic
12   mixtures or something else, you would
13   have to consult the patent specification;
14   is that your testimony?
15        A.    Well, I mean I certainly also,
16   I'd also look at the rest of the claims
17   and then see if, you know, this is an
18   independent claim, if there were
19   dependent claims that said a structure
20   according to claim 1 in which the
21   material is the, you know,
22   (+)-enantiomer, something like that.  And
23   then also the text part of the
24   specification.
25        Q.    Right.  And from your

Page 191
STEVEN WORTH BALDWIN

1    STEVEN WORTH BALDWIN
2    perspective, is the structure depicted in
3    claim 1 -- let me try this again.
4              From your perspective is the
5    question that -- strike that.
6              From your perspective, the
7    structure that's depicted in claim 1, are
8    you considering whether or not it could
9    be a racemic mixture, or an enantiomer,
10   or are you considering the possibility
11   that it could be representative of all of
12   those things, meaning specifically the
13   individual enantiomers, as well as equal
14   and unequal mixtures of enantiomers?
15             MR. PREW:  Objection, form.
16        A.    I mean let me -- it is
17   certainly possible for this.  And again,
18   we're looking at a large collection of
19   molecules, but let's just zero in on one
20   representative one.  It certainly is
21   possible for that to exist as a racemic
22   mixture or for it to exist as either an
23   enantiomer.  And it's possible that it
24   would -- it could exist as a mixture but
25   non-racemic of those two compounds.  But

Page 192
STEVEN WORTH BALDWIN

1    STEVEN WORTH BALDWIN
2    the starting point, looking at this, with
3    no additional guidance, is that this is a
4    racemic mixture.
5         Q.    Is it possible that the
6    structure can actually represent the
7    individual enantiomers, as well as equal
8    and unequal mixtures of those
9    enantiomers, all of those things, is that
10   possible?
11        A.    Yes.  If there's specific
12   language to that effect, then the answer
13   is yes.
14        Q.    If you could turn your
15   attention to column number 3 of Baldwin
16   Exhibit Number 11.
17        A.    Okay.
18        Q.    And, sir, if you could please
19   read to yourself the first two paragraphs
20   of the detailed description.
21        A.    Okay.
22        Q.    And let me know when you're
23   finished.
24             MR. HU:  Professor Baldwin, if
25        you need any, to look at anything

Page 193
STEVEN WORTH BALDWIN

1    STEVEN WORTH BALDWIN
2    else to answer his question feel
3    free to do so.  You're not limited
4    to only the portions that are
5    pointed to.
6              Again, he hasn't seen this
7    document.  It's not in his report.
8         A.    And I haven't heard a question
9    yet, so.
10        Q.    Excuse me, Professor Baldwin,
11   you haven't heard what?
12        A.    I said you asked me to read
13   these and so I don't know what the
14   question is going to be, right, so that's
15   all I was saying.
16        Q.    Okay.
17        A.    Yeah.  Okay, the first two
18   paragraphs and I'd say there's a little
19   bit of ambiguity in this paragraph, so.
20        Q.    Which paragraph are you
21   referring to?
22        A.    Well in the second paragraph
23   that you asked me to read, they talk
24   about R-cis and S-cis, et cetera.
25   They're not -- the R and the S are

Page 194

STEVEN WORTH BALDWIN

1
2  associated with the stereogenic atoms and
3  they're not saying which stereogenic atom
4  they're talking about, what the reference
5  point is.  And so I'm a little unclear.
6      Q.   Anything else?
7      A.   Unless they're both -- and I'd
8  have to do the -- I'd have to do the --
9  only the trans -- wait a minute, R-cis,
10 R-trans and S-trans.  And again, it may
11 be possible that -- I don't think so.  I
12 don't know.  I don't see -- okay, so I
13 read it but I'd say there is some
14 ambiguity in that, in that paragraph.
15     Q.   And the ambiguity as to what?
16     A.   Well, there's a stereochemical
17 descriptor, S versus R, and there's like
18 -- it says, for instance, in line 50,
19 this asymmetry gives rise to four
20 possible isomers, two of which are the
21 R-cis and S-cis-isomers, but we don't, we
22 don't know which is the R-carbon and
23 which is the S-carbon.  And so I'm not
24 quite, I just don't know, you know, I
25 don't know what the reference point is

Page 195

STEVEN WORTH BALDWIN

1
2  here unless there's something that came
3  earlier which I don't know.
4      Q.   Fair enough.  Do you think
5  anything in the second paragraph that you
6  read provides you information as to
7  whether or not the structure in claim 1
8  would encompass racemic mixtures, as well
9  as individual enantiomers, as well as
10 unequal mixtures of the enantiomers?
11          MR. HU:  Objection to the
12     form.
13          MR. PREW:  Objection.
14          MR. HU:  I'm also objecting to
15     the fact you're not giving him a
16     chance to read the whole thing.
17     He's bent over backwards to be
18     cooperative.  I think you should
19     give him a chance to read the whole
20     thing.
21          MR. RATLIFF:  I'm not sure
22     what deposition you're at.  I
23     didn't tell him he can't look at
24     anything.
25     A.   I suspect that in that second

Page 196

STEVEN WORTH BALDWIN

1
2  paragraph that -- of two which are the
3  R-trans and S-trans-isomers.  And I guess
4  I have to ask another question.  Is this
5  reference structure up here at the
6  top or are we talking -- I mean because
7  this is a different structure that's over
8  on claim 1.
9      Q.   Right.
10     A.   So --
11     Q.   And I'm referring to the
12 structure that's in claim 1.
13     A.   I mean the language here, so
14 the R-trans is going to be -- okay,
15 they've restricted the, or the
16 conversation to R-trans and
17 S-trans-isomers.  My -- it would appear
18 that those two are enantiomers.  And it
19 doesn't say whether they're going to use
20 one versus the other or a racemic mixture
21 there, okay.
22     Q.   Does it say the other
23 possibility, that it could be both an
24 enantiomers, racemic mixtures, as well as
25 unequal mixtures of the enantiomers?

Page 197

STEVEN WORTH BALDWIN

1
2      A.   It doesn't --
3          MR. PREW:  Objection to the
4     form.  You can read the document,
5     Dr. Baldwin, if you need to answer
6     the question.  He's pointing you to
7     two paragraphs.  It's a long
8     document.
9      A.   I think I better go through it
10 a bit more because, you know, I -- this
11 doesn't -- this identifies those two
12 enantiomers.  It doesn't say anything
13 about whether only one, only the other,
14 50/50 mixture, non-50/50 mixtures.  It
15 just says those are the compounds they
16 are interested in.
17     Q.   And that's all I'm asking for,
18 your understanding.
19     A.   I mean just based on that.
20     Q.   Correct, just based on that.
21 Just based upon that, to you it doesn't
22 provide any information as to whether or
23 not the structure in claim 1 was intended
24 to cover racemic mixtures, individual
25 enantiomers, either in their equal or

STEVEN WORTH BALDWIN - 07/14/2016   Pages 198..201

Page 198

STEVEN WORTH BALDWIN

1  unequal parts, correct?
2          MR. PREW:  Same objections.
3      A.   Yes, there's no instruction
4  there at all.  So again, what this --
5  what one would have to do looking at, at
6  claim 1 is that absent specific
7  instruction, the starting point is that
8  this is a racemic mixture.
9      Q.   Right.  And that second
10 **paragraph that you read is, in your view,**
11 **irrelevant to that question as to whether**
12 **or not the structure in compound 1 would**
13 **encompass racemic mixtures as well as**
14 **individual enantiomers in their equal and**
15 **unequal parts?**
16         MR. HU:  Objection, that
17         mischaracterizes his testimony.
18         You're taking one paragraph in
19         isolation and then
20         mischaracterizing what he said.
21     A.   In my -- claims generally
22 build on one another and you start off
23 with the general and you get more
24 specific.  This is in claim 1 and this is

Page 199

STEVEN WORTH BALDWIN

1  the general situation.  And I would say
2  you start off with a normal
3  interpretation of that, which is that
4  it's a racemic mixture.
5          It doesn't mean that if there
6  is, you know, further indication
7  somewhere else that in fact we're going
8  to deal with single enantiomers or that
9  we're going to deal with two to one
10 mixtures, I mean that's a possibility.
11 But as drawn, this structure, the
12 starting point is that this is a racemic
13 mixture until there's instructions to the
14 contrary.
15     Q.   Okay.  And I think I
16 **understand your position on that.  So my**
17 **question is a little bit different.  It's**
18 **whether if the second paragraph, in your**
19 **view, provides any further instruction,**
20 **information, enlightenment, knowledge as**
21 **to whether or not the structure in claim**
22 **1 was intended to cover racemic mixtures**
23 **as well as individual enantiomers in**
24 **their equal and unequal parts?**

Page 200

STEVEN WORTH BALDWIN

1          MR. HU:  I have the same
2          objections as before, taking one
3          thing out of context without giving
4          him the opportunity to look at the
5          whole patent.
6          MR. RATLIFF:  I'll remember
7          the speaking objection there.
8      A.   I mean I think I've answered
9  this to the best, to the best of my
10 ability.  I think it's clear that they
11 are going to be interested in at least
12 individual enantiomers.  But I don't
13 believe that claim 1 identifies that this
14 is, these are individual enantiomers.
15     Q.   And do you believe that that
16 **second paragraph provides any instruction**
17 **or information as to whether or not claim**
18 **1 encompasses individual enantiomers?**
19     A.   No, I don't believe, I don't
20 believe it does.
21     Q.   **Okay.**
22     A.   Okay?
23     Q.   **Thank you.  So if you could**
24 **turn to your declaration which is Baldwin**

Page 201

STEVEN WORTH BALDWIN

1  **Exhibit Number 4.  And turning to**
2  **paragraph 29.**
3      A.   Okay.
4      Q.   **And in this paragraph you**
5  **refer to a document that was published in**
6  **July of 2011; is that correct?**
7      A.   Yes, I do.
8      Q.   **Is this a document that you**
9  **found in your search for information that**
10 **was relevant to the case, or is it a**
11 **document that was provided to you for**
12 **your consideration?**
13     A.   It was provided to me.
14     Q.   **And based upon reviewing the**
15 **document you feel that it's appropriate**
16 **to rely upon it to provide your opinion**
17 **as to the proper interpretation of Claim**
18 **14?**
19         MR. PREW:  Objection, form.
20     A.   I would say that it is, that
21 the way the information is presented in
22 this 993 document, you know, is
23 consistent with the way I have described
24 what structures mean, that is racemic

STEVEN WORTH BALDWIN - 07/14/2016    Pages 222..225

Page 222
STEVEN WORTH BALDWIN
1
2    opinion and your opinion only, do you
3    consider Compound 101 a single compound
4    or not at single compound?
5         MR. HU:  Objection, it's been
6         asked and answered.
7         A.    I mean there is no question
8    but that it, there is a mixture, equal
9    molar mixture of two enantiomers that
10   behaves as if it's a single compound.
11        Q.    Did you do any experimental
12   work to follow the synthesis process for
13   Compound 101, as described in '372
14   patent, to confirm whether or not that
15   compound is actually a racemic mixture as
16   you believe?
17        A.    No, I did no experimental
18   work.
19        Q.    In paragraph 38 of your
20   declaration, you explain that compounds
21   102, 103, 104 and 105 of the '372 patent
22   are set forth in the specification of
23   that patent; is that correct?
24        A.    You said the preparation of
25   those compounds?  The preparation is

Page 223
STEVEN WORTH BALDWIN
1
2    described --
3         Q.    Let me try my question again.
4    In paragraph 38 of your declaration you
5    explain that compounds of 102, 103, 104
6    and 105 are described in the '372 patent
7    specification?
8         A.    Yes.
9         Q.    Are they set forth as examples
10   or exemplary compounds of the invention?
11        A.    Well, you know, it's called,
12   yes, example 1 B, example 1 C, example 1
13   D and example 1 E for those four
14   materials.
15        Q.    And are those four materials
16   in the examples described as referred
17   embodiments of the invention?
18        A.    Specifically as preferred
19   embodiments?  I mean the fact that they
20   show up as examples means, probably
21   suggests that they are compounds that
22   they want you to take particular notice
23   of.  I would say that they are preferred
24   embodiments, yes.
25        Q.    And would you say that they're

Page 224
STEVEN WORTH BALDWIN
1
2    also compounds that the inventors
3    intended to cover in their claims?
4         MR. PREW:  Objection, form.
5         MR. HU:  That calls for
6         speculation.
7         A.    I mean again, I have no idea
8    what they, you know, what they intended
9    to do, so.  I just don't know.
10        Q.    In reading the patent
11   application -- strike that.
12        In reading the patent
13   specification, you didn't gain any
14   understanding as to what the inventors
15   intended to include as part of their
16   invention?
17        A.    Well I mean I know what they
18   were, you know, what they were looking
19   for.  They were looking for effective
20   antipsychotic drugs that had a side
21   effect profile that was favorable.  So
22   they were trying to identify compounds
23   that did that.
24        Q.    And did you read the '372
25   patent specification carefully?

Page 225
STEVEN WORTH BALDWIN
1
2         A.    Yes.
3         Q.    And when you read it, did you
4    come to any understanding as to what the
5    inventors said their invention involved,
6    specifically with respect to enantiomers?
7         A.    I don't recall any specific
8    language about enantiomers.
9         Q.    Do you recall any specific
10   language, when you carefully read the
11   '372 patent, as to whether the invention
12   involved isomers and mixtures of isomers?
13        A.    I mean I'm not quite sure.  I
14   mean certainly at the very beginning,
15   ie., for instance, column 4, they, they
16   talk about, you know, in terms of
17   stereoisomers, they do like in line 51
18   can have stereo and optical isomers and
19   things like that.  So that's certainly
20   there, you know, as it refers to this
21   huge collection of compounds defined
22   above it right there.  So I mean they
23   talk about that.
24        Now in specific case are you,
25   are you talking?

STEVEN WORTH BALDWIN - 07/14/2016    Pages 238..241

Page 238

STEVEN WORTH BALDWIN

2    A.    No, none.
3    Q.    Now if you could turn your
4 attention to your declaration, which I
5 believe you have in front of you, and in
6 particular looking at paragraph 43.  Do
7 you have that, sir?
8    A.    Yes, I do.
9    Q.    And in paragraph 30 -- strike
10 that.  In paragraph 43 you state that
11 defendants proposed construction of the
12 claim term, the imide compound of the
13 formula, and you have a structure
14 depicted at the top of 17 is consistent
15 with how a person of ordinary skill would
16 construe the phrase in the context of the
17 '372 patent, and its file history?
18    A.    Yes.
19    Q.    And I notice when you make
20 that statement you leave out the
21 extrinsic sources that you relied upon in
22 your declaration, correct?
23    A.    I'm not sure, what do you mean
24 that I left --
25    Q.    Sure, sure.  So when we look

Page 239

STEVEN WORTH BALDWIN

2 at paragraph 43, the last sentence, you
3 say based upon your personal knowledge,
4 education and experience, that a person
5 of ordinary skill in the art would
6 construe the phrase consistent with the
7 defendants' proposed construction in the
8 context of the '372 patent, and its file
9 history?
10    A.    Yes.
11    Q.    And I just want to be sure
12 we're clear.  When you render the opinion
13 that defendants' proposed construction is
14 consistent with yours, are you relying
15 upon the extrinsic sources that you cite
16 in your report, or not?
17    A.    Yes, they're consistent.  Yes,
18 it's a consistent picture.
19    Q.    So you are in fact --
20    A.    Yes.
21    Q.    -- relying upon --
22    A.    Yes.
23    Q.    -- extrinsic sources?
24    A.    Yes.
25    Q.    Do you agree that you cite

Page 240

STEVEN WORTH BALDWIN

2 more extrinsic sources in support of your
3 proposed construction than -- strike
4 that.
5         Do you agree that you cite
6 more extrinsic sources --
7         MR. HU:  Objection.
8    Q.    -- for your proposed
9 construction -- a
10         MR. HU:  Objection to form.
11    Q.    -- as opposed to intrinsic
12 sources?
13    A.    Yes, there's a limited number
14 of intrinsic sources so I do, yes.
15    Q.    And is it correct that the
16 only claim term that you plan to render
17 opinion with respect to is provided in
18 paragraph 43 of your declaration?
19    A.    In 43, yes, that's the only
20 one I was asked to consider, yes.
21    Q.    Okay.  And that's the only one
22 you expect to provide testimony to the
23 court regarding, correct?
24    A.    I haven't heard -- I haven't
25 been asked to consider any other claim

Page 241

STEVEN WORTH BALDWIN

2 terms so I would assume so.  I don't know
3 if anything will happen after this, but.
4         MR. RATLIFF:  I'd like the
5         court to mark as Baldwin Exhibit
6         Number 12 a multipage document.
7         (Whereupon Baldwin Exhibit 12
8         was marked for identification, copy
9         of the declaration of Dr. Steven G.
10         Davies.)
11    Q.    Professor Baldwin, the court
12 reporter has just handed you Baldwin
13 Exhibit Number 12 which is a copy of the
14 declaration of Dr. Steven G. Davies.
15    A.    Yes.
16    Q.    Can you please just take a
17 look at this and let me know if you've
18 seen Dr. Davies' declaration before?
19    A.    Yes, I have.
20    Q.    When did you see it?
21    A.    Well, not long after I
22 submitted my declaration so I don't know
23 the exact date but it's within the last
24 month is probably when I saw it.
25    Q.    Okay.  And are you planning to

STEVEN WORTH BALDWIN - 07/14/2016    Pages 242..245

Page 242

STEVEN WORTH BALDWIN

1  STEVEN WORTH BALDWIN
2  provide any formal response to Dr.
3  Davies' declaration in the form of a
4  rebuttal declaration?
5      A.    I'm not aware of any plans to
6  do that, no.
7      Q.    Okay.  When you -- did you
8  examine Dr. Davies' declaration
9  carefully?
10     A.    Yes, I read it quite
11 carefully, yes.
12     Q.    When you read Dr. Davies'
13 declaration, did you find any aspects of
14 it in which you have disagreement?
15     A.    I mean, you know, his, his
16 conclusion is, is that Claim 14 covers
17 racemic mixtures, individual enantiomers
18 and basically any mixture thereof.  And,
19 you know, I don't agree with that.  So I
20 mean without going through it again, I
21 mean it's been a while since I read it, I
22 can't, I can't, you know, I don't want to
23 say there's no other place I disagree,
24 but that's his bottom line which is
25 clearly not consistent with my bottom

Page 243

STEVEN WORTH BALDWIN

1  STEVEN WORTH BALDWIN
2  line, so.
3      Q.    Okay.  And so you have the
4  declaration in front of you.  Can you
5  point me to other places that you have a
6  disagreement with Dr. Davies' opinions?
7      A.    Just give me a sec here.
8      Q.    Sure.
9      A.    I mean I, you know, it's hard,
10 but that's certainly the big one where we
11 disagree on, you know, the reason that
12 we're here.  You know in his paragraph
13 44, for instance, he says that he doesn't
14 believe that the cited, that the provided
15 references provide any information that
16 would impact a person of ordinary skills
17 understanding of Claim 14.
18         And I would say that if, you
19 know, the person of ordinary skill was
20 looking at a particular structure and
21 saying that it was an enantiomer, he
22 would find those, most, many of those
23 references being consistent with that
24 structure.  But I, I don't know what else
25 to say here.  I mean do you have a

Page 244

STEVEN WORTH BALDWIN

1  STEVEN WORTH BALDWIN
2  particular place that you'd like to, like
3  me to --
4      Q.    In your last opinion that you
5  just provided me, or last response, are
6  you familiar with the references cited by
7  the defendants in exhibit E -- sorry,
8  strike that.  Are you familiar with the
9  references cited by the defendants in
10 exhibit A of the joint claim construction
11 and prehearing statement?
12     A.    Oh, wait a minute, I may have
13 mis- -- yeah, I may have misspoken.  I
14 don't know actually.  I don't know that I
15 am, to tell you the truth.  I just --
16 it's getting late.
17     Q.    Okay.  And as you were
18 responding to my question previously, you
19 were thinking about the extrinsic sources
20 that were cited in your declaration?
21     A.    Yes, and of course he hadn't
22 seen my declaration, so that's right.
23     Q.    Right.  And we've already
24 established that some of the extrinsic
25 sources that you cite in your declaration

Page 245

STEVEN WORTH BALDWIN

1  STEVEN WORTH BALDWIN
2  hadn't even existed as of the time of
3  July 5, 1991 for the person of ordinary
4  skill in the art?
5      A.    That's correct.
6      Q.    To even review?
7      A.    That's correct.
8      Q.    So I don't know, I don't have
9  anything specific.  But, you know, I have
10 the opportunity to ask you questions here
11 today and so if you do have any other
12 disagreements with Dr. Davies opinions, I
13 kindly ask for you to let me know.  And
14 we can go through it, you know, paragraph
15 by paragraph if you want.  This is just,
16 this is just the opportunity that I have
17 and I have to ask.
18     A.    No, I mean the big deal is, is
19 that, you know, we disagree on what Claim
20 14 says.  So I disagree with his
21 interpretation.  I'm sure he disagrees
22 with my interpretation.  But, you know, I
23 don't see anything -- lurasidone.  I mean
24 a lot of this is, you know, is
25 descriptive and I off the top, just

STEVEN WORTH BALDWIN - 07/14/2016    Pages 246..249

Page 246

STEVEN WORTH BALDWIN

1    looking at this right now, I don't have
2    any additional disagreements with him
3    that I can see.  It doesn't mean that
4    they aren't there.  I just don't see
5    them.  I'm not holding anything back.
6
7         Q.    Okay.
8         A.    Okay.
9         Q.    And that's fair.  I just have
10   to ask the question because we can't be
11   in a situation where you show up at court
12   and you say, ah-ha, paragraph 55.
13        A.    Gotcha.
14        Q.    Right, that's all.  Maybe if
15   there's nothing that jumps out to you --
16        A.    Yeah.
17        Q.    -- when you read it or sitting
18   here today, if that's the case just let
19   me know?
20        A.    There's nothing right now
21   that, that I see.  Now of course I've
22   made notes on it and things like that
23   which I don't have here.
24        Q.    Okay.
25        A.    And, you know, that could

Page 247

STEVEN WORTH BALDWIN

1    refresh my memory.  But I don't see any
2    going through here.  I'm not trying to be
3    cute or coy.  I simply don't see anything
4    other than the major disagreement that we
5    have.
6
7         Q.    The big picture?
8         A.    That's correct.
9         Q.    The ultimate interpretation of
10   the claim?
11        A.    That's correct.
12        Q.    And when you first reviewed
13   Dr. Davies' declaration and then you made
14   your notes, did -- was there something
15   that, anything that stuck out in your
16   mind as, ah-ha, this is a big
17   disagreement or was it really just
18   ultimate disagreement as to what the
19   proper interpretation of the claim was?
20        A.    It's, you know, it's the
21   latter.  His declaration to a large
22   extent is descriptive and basically
23   describes what's in the patent and then
24   comes to a conclusion.
25        Q.    Okay.

Page 248

STEVEN WORTH BALDWIN

1
2         A.    And I disagree with his
3    conclusion.
4         Q.    Okay.
5         A.    Okay?
6         Q.    Okay.  And did you make a lot
7    of notes?
8         A.    No, these are more like put
9    lines next to something to remind me to
10   read that again, you know, at some point
11   or I thought this was interesting.  I
12   didn't make, you know, handwritten.  I
13   didn't write words.
14        Q.    You didn't write he's wrong,
15   how could he possibly do that, say that?
16        A.    For the following reason, no,
17   I didn't.
18        Q.    Okay, fair enough.  Just want
19   to be sure.
20              Do you know of Dr. Davies?
21        A.    I'm aware, yes, I'm aware of
22   Dr. Davies.  I've heard, I've heard of
23   him.  I have just, you know, just
24   scientific reputation.
25        Q.    And have you met Dr. Davies?

Page 249

STEVEN WORTH BALDWIN

1
2         A.    I don't believe so.  It's
3    possible at some conferences or something
4    like that, but I don't recall, you know,
5    having met him.
6         Q.    And when you say that you're
7    aware of Dr. Davies by scientific
8    reputation, what do you mean?
9         A.    Well we publish, you know,
10   similar work, synthetic organic
11   chemistry.  We make single enantiomers,
12   et cetera.  So I've read some of his
13   papers.  You know, just, just -- he's a,
14   you know, he's a member of the community
15   that I, that I move in and so it's
16   reasonable that, and Oxford is a
17   reputable place and I have other, I've
18   had other friends.  I had a postdoc at
19   Oxford recently, so.
20        Q.    Would you say that Dr. Davies
21   has a good reputation in the field?
22        A.    Yes.  Oh, yes.
23        MR. RATLIFF:  I'd like the
24   court reporter to mark a multipage
25   document as Baldwin Exhibit Number

STEVEN WORTH BALDWIN - 07/14/2016    Pages 250..253

Page 250

STEVEN WORTH BALDWIN

1
2       13.
3            (Whereupon Baldwin Exhibit 13
4       was marked for identification,
5       Opening brief in support of the
6       plaintiff's claim construction in
7       this litigation.)
8       Q.    Professor Baldwin, have you
9   seen Baldwin exhibit 13 before?
10      A.    Yes, I have.
11      Q.    Was this document provided to
12  you by counsel?
13      A.    Yes, it was.
14      Q.    And I can represent to you
15  it's a copy of the opening brief in
16  support of the plaintiffs' claim
17  construction in this litigation.
18      A.    Just a minute.
19      Q.    I'm representing it to you.
20  You can disagree with it, that's fine.
21      A.    No, no.  I've seen this, yes.
22      Q.    And similar to Dr. -- similar
23  to when you reviewed Dr. Davies'
24  declaration, did you also make
25  handwritten notes on this document,

Page 251

STEVEN WORTH BALDWIN

1
2   Baldwin Exhibit Number 13?
3       A.    Probably not.  I'm not sure.
4   I was more interested in, not interested
5   in, but it was more relevant, Dr. Davies.
6   I mean I read this because it's, it's --
7   that's my job.  I didn't make any serious
8   notes.  I may have put a note or a
9   question mark or something like that
10  somewhere, but.
11      Q.    But nothing like that's wrong,
12  how could they possibly say that?
13      A.    No.
14      Q.    When you read -- strike that.
15  When you read Baldwin Exhibit Number 13,
16  does anything come to mind as you having
17  a major disagreement what was said in
18  Baldwin Exhibit Number 13?
19      A.    Well of course some of this I
20  hadn't, I hadn't seen before.  I hadn't
21  seen paragraph 4 certifications that they
22  talk about in here, you know, that kind
23  of thing.  And I'd say the -- once again
24  they come to a conclusion about what
25  Claim 14 means that's at odds with my

Page 252

STEVEN WORTH BALDWIN

1
2   conclusion, and that's the, that's the
3   big, you know, the big deal, the big
4   point.
5       Q.    When you read Baldwin Exhibit
6   Number 13, were there any other
7   disagreements that come to mind sitting
8   here today or when you reviewed it that
9   you had with its content?
10      A.    And again when I'm reading
11  this I'm reading it from a scientific
12  point of view.  So there's a lot of legal
13  comments in here that I don't have the
14  expertise to comment on.  But I'd say
15  that, you know, that scientifically it's,
16  the issue is just the bottom line at the
17  end.
18      Q.    Okay.  Is it your
19  understanding that construing a patent
20  claim involves a legal analysis?
21      A.    Well it's, you know, I -- I
22  mean a patent is a legal document so the
23  claims are legal documents and so I think
24  there's certain, to a certain extent, the
25  answer is yes.  But there's also science

Page 253

STEVEN WORTH BALDWIN

1
2   built into at least some of the, some of
3   the claims and so I'd say it's a
4   combination, you know, of the two.
5       Q.    Okay.  And when you think
6   about the claim construction process, do
7   you give a weight to the legal aspects of
8   the process versus the so-called
9   scientific aspects of the process?
10          MR. PREW:  Objection to form.
11      A.    I mean my -- that's impossible
12  for me to do.  I mean I know the science.
13  I'm an expert in the science.  I'm barely
14  conversant in the legal side.  And so I
15  look at it from the point of view of the
16  science and I, and I provide my opinions.
17  And my feeling is that it's up to the
18  attorneys to filter that through, you
19  know, the legal filter that puts these
20  things into their right legal context,
21  and so I'm looking at it from a
22  scientific point of view.
23      Q.    Okay.  And when you engage in
24  the claim construction process, do you
25  ever review cases, court decisions?

EXHIBIT 11

**Page 1**

1

2  UNITED STATES DISTRICT COURT
   DISTRICT OF NEW JERSEY
3  ----------------------------------------X
   SUMITOMO DAINIPPON PHARMA CO., LTD. And
4  SUNOVION PHARMACEUTICALS INC.,

5                            PLAINTIFF,

6
        -against-   Civil Action No:
7                   15-280
                    Civil Action No:
8                   15-281
                    Civil Action No:
9                   15-6401

10 EMCURE PHARMACEUTICALS USA, INC. and EMCURE
   PHARMACEUTICALS LTD.,
11
                            DEFENDANTS.
12 ----------------------------------------X

13

14          DATE: July 21, 2016

15          TIME: 9:10 A.M.

16

17       VIDEOTAPED DEPOSITION of the Nonparty

18  witness, PROFESSOR STEPHEN G. DAVIES, taken

19  by the Defendants, pursuant to a Notice and

20  to the Federal Rules of Civil Procedure,

21  held at the offices of Paul Hastings LLP,

22  200 Park Avenue, New York, New York 10166,

23  before Norah Colton, CM, a Notary Public of

24  the State of New York.

25

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com
1

---

**Page 3**

1
2           A P P E A R A N C E S :
3
4           CAESAR RIVISE
            Attorneys for the Defendant
5           INVAGEN PHARMACEUTICALS, INC.
            7 Penn Center - 12th Floor
6           1635 Market Street
            Philadelphia, Pennsylvania 19103-2212
7           BY: SALVATORE GUERRIERO, ESQ.
               -and-
8             PEI-RU WEY, PHARM.D. ESQ.
            File #: N/A
9
10
11          GOODWIN PROCTER LLP
            Attorneys for the Defendant
12          TEVA PHARMACEUTICALS USA, INC. And TEVA
            PHARMACEUTICAL INDUSTRIES, LTD.
13          The New York Times Building
            620 Eighth Avenue
14          New York, New York 10018
            BY: CYNTHIA LAMBERT HARDMAN, ESQ.
15          File #: N/A
16
            ALEJANDRO LAZARE, Legal Videographer
17
18                    *     *     *
19
20
21
22
23
24
25
DIAMOND REPORTING  (718) 624-7200  info@diamondreporting.com
3

---

**Page 2**

1
2           A P P E A R A N C E S :
3
4           PAUL HASTINGS LLP
            Attorneys for the Plaintiffs
5           SUMITOMO DAINIPPON PHARMA CO., LTD. and
            SUNOVION PHARMACEUTICALS, INC.
6           200 Park Avenue
            New York, New York 10166
7           BY: PRESTON K. RATLIFF II, ESQ.
               -and-
8             IMTIAZ YAKUB, Ph.D., ESQ.
            75 East 55th Street
9           New York, New York 10022
            Imtiazyakub@paulhastings.com
10
11          SUNOVION PHARMACEUTICALS INC.
            84 Waterford Drive
12          Malborough, Massachusetts 01752
            BY: MICHELLE A. FLORES, ESQ.
13
            FRANK HWANG, Summer Associate,
14          Paul Hastings LLP
15
16          BLANK ROME LLP
            Attorneys for the Defendants
17          EMCURE PHARMACEUTICALS, LTD. and HERITAGE
            PHARMA LABS INC. (Formerly known as
18          Emcure Pharmaceuticals USA, Inc.)
            The Chrysler Building
19          405 Lexington Avenue
            New York, New York 10174-0208
20          BY: CHRISTOPHER K. HU, ESQ.
               -and-
21            JAY P. LESSER, ESQ.
            File #: N/A
22
23
24          (Continued on next page.)
25
DIAMOND REPORTING  (718) 624-7200  info@diamondreporting.com
2

---

**Page 4**

1
2           F E D E R A L   S T I P U L A T I O N S
3
4
5       IT IS HEREBY STIPULATED AND AGREED by and

6   between the counsel for the respective

7   parties herein that the sealing, filing and

8   certification of the within deposition be

9   waived; that the original of the deposition

10  may be signed and sworn to by the witness

11  before anyone authorized to administer an

12  oath, with the same effect as if signed

13  before a Judge of the Court: that an

14  unsigned copy of the deposition may be used

15  with the same force and effect as if signed

16  by the witness, 30 days after service of

17  the original & 1 copy of same upon counsel

18  for the witness.

19

20      IT IS FURTHER STIPULATED AND AGREED that

21  all objections except as to form, are

22  reserved to the time of trial.

23

24                  *   *   *   *

25
DIAMOND REPORTING  (718) 624-7200  info@diamondreporting.com
4

5

S. G. DAVIES

2  THE VIDEOGRAPHER:  This is tape
3  1.  We are now on the record. The
4  time is 9:10 A.M. Today is Thursday,
5  July 21, 2016. This is the opening of
6  the deposition of Stephen Davies in
7  the matter of Sumitomo Dainippon
8  Pharma Co., Ltd., et al. versus
9  Emcure Pharmaceuticals USA, Inc., et
10  al.
11  This deposition is being held
12  at the offices of Paul Hastings, LLP
13  located at 200 Park Avenue, New York,
14  New York.
15  The Court Reporter is Norah
16  Colton with Diamond Reporting & Legal
17  Video.  I am the legal videographer,
18  Alejandro Lazare, also with Diamond
19  Reporting & Legal Video.
20  Will Counsel please introduce
21  themselves and state whom they
22  represent.
23  MR. RATLIFF:  Preston Ratliff
24  from the Paul Hastings law firm in
25  New York on behalf of the Plaintiffs

5

7

S. G. DAVIES

2  witness.
3  S T E P H E N  G.  D A V I E S, called as a
4  witness, having been first duly sworn by a
5  Notary Public of the State of New York, was
6  examined and testified as follows:
7  EXAMINATION BY
8  MR. HU:
9  **Q.**  Good morning.
10  **A.  Good morning.**
11  **Q.**  What is your preferred form of
12  address? Doctor, Professor, Mr.?
13  **A.  It doesn't matter to me.**
14  **Doctor, if you wish.**
15  **Q.**  All right.  Thank you. Could
16  you state your full name, please?
17  **A.  Steven Graham Davies.**
18  **Q.**  And where do you reside?
19  **A.  Seven Apsley Road, Oxford, U.K.**
20  **Q.**  And what is your present
21  profession?
22  **A.  I am the Waynflete Professor of**
23  **Organic Chemistry in the University of**
24  **Oxford in the United kingdom.**
25  **Q.**  Do you have any other

7

6

S. G. DAVIES

2  and also on behalf of the witness.
3  And here with me today is Imtiaz
4  Yakub also from the Paul Hastings law
5  firm.  We also have Michelle Flores
6  from Sunovion.  And I'll let a summer
7  associate of the parties involved
8  introduce himself.
9  MR. HWANG:  I'm Frank Hwang.
10  I'm a summer associate here at Paul
11  Hastings. I go to currently -- I
12  currently go to Michigan Law School.
13  MR. HU:  Thanks. Chris Hu,
14  Blank Rome, for Defendant Emcure, and
15  with me is Jay Lessler, also from
16  Blank Rome.
17  MR. GUERRIERO:  Salvatore
18  Guerriero and Pei-Ru Wey of Cesar
19  Rivise on behalf of InvaGen
20  Pharmaceuticals.
21  MS. HARDMAN: Cynthia Hardman of
22  Goodman Proctor for the Teva
23  Defendants.
24  THE VIDEOGRAPHER: Will the
25  Court Reporter please swear in the

6

8

S. G. DAVIES

2  professional responsibilities in addition
3  to being a professor at Oxford?
4  **A.  I have many other**
5  **responsibilities.**
6  **Q.**  Can you identify those, please?
7  **A.  I am the director of a number**
8  **of companies.  I'm an editor of a chemistry**
9  **journal.  That's all that comes to mind at**
10  **the moment.**
11  **Q.**  Thank you.  What are -- what's
12  the nature of the business of the companies
13  of which you're a director?  Just
14  generally.
15  **A.  They're to -- they're to do**
16  **with the drug discovery and medicinal**
17  **chemistry in general.  I also have a**
18  **publishing company, and I have a personal**
19  **company, consulting company.**
20  **Q.**  Are you here today through the
21  personal consulting company?
22  **A.  I don't understand what you**
23  **mean by "through the personal**
24  **consulting" --**
25  **Q.**  We'll get to that. When were

8

33

S. G. DAVIES

1
2    **Q.**   In paragraph 43 of your
3 Declaration you said that, and I will
4 quote, "I have reviewed the prosecution
5 file history of the 372 Patent and am not
6 aware of any statements that would have
7 been inconsistent with a person of ordinary
8 skill, understanding of Claim 14 as I have
9 discussed above."
10        Do you stand by that statement
11 today?
12    **A.   I believe so, yes.**
13        MR. HU:  Okay. I don't have any
14 more questions.
15        InvaGen and Teva?
16        MS. LAMBERT HARDMAN:  No.
17        MR. GUERRIERO:  No further
18 questions.
19        MR. RATLIFF:  Alright.  Let's
20 take a break?
21        THE VIDEOGRAPHER:  We are now
22 off the record.  The time is 9:56
23 A.M.
24        (Whereupon, a short recess was
25 taken.)

---

34

S. G. DAVIES

1
2        THE VIDEOGRAPHER:  This is tape
3 1 of the deposition of Stephen
4 Davies.  We are now on the record.
5 The time is 10:03 A.M.
6 EXAMINATION BY
7 MR. RATLIFF:
8    **Q.**   Doctor, I have a few questions
9 for you.
10        MR. RATLIFF: I'd like the Court
11 Reporter to mark as Davies Exhibit
12 No. 2 a multipage document that I'll
13 represent is a copy of Dr. Baldwin's
14 Declaration submitted in this case
15 dated June 15, 2016 with appended to
16 the Declaration the 14 exhibits to
17 Dr. Baldwin's Declaration.
18        MR. HU:  I will object to this
19 because I think it's -- think. I
20 know it's beyond the scope of the
21 direct. We did not show him Dr.
22 Baldwin's -- Professor Baldwin's
23 Declaration.  We did not examine him
24 on it.
25        MR. RATLIFF II:  You can finish

---

35

S. G. DAVIES

1
2 marking the Exhibit.
3        (Whereupon, the aforementioned
4 Declaration of Steven Worth Baldwin,
5 Ph.D, was marked as Davies Exhibit 2
6 for identification as of this date by
7 the Reporter.)
8    **Q.**   Doctor, I just handed before
9 you a copy of what has been marked as
10 Davies Exhibit No. 2.  Can you take a look
11 at it, please, and let me know if you've
12 seen it before?
13    **A.   It's the Declaration of Dr.**
14 **Baldwin.  I have seen it before.**
15    **Q.**   And earlier today, Counsel for
16 Emcure asked you whether or not you had
17 reviewed additional documents since
18 preparing your Declaration. Is this one of
19 the additional documents that you did
20 review?
21    **A.   Since preparing my Declaration**
22 **I did review this one and the, the Exhibits**
23 **attached to it.**
24    **Q.**   Now, I'd like to turn your
25 attention to page 3 of Exhibit No. 2, and

---

36

S. G. DAVIES

1
2 in particular looking at the section II,
3 which is entitled "A Person of Ordinary
4 Skill in the Art."  Do you see that?
5    **A.   I see that, yes.**
6    **Q.**   Did you review this section of
7 Dr. Baldwin's report?
8    **A.   I did, yes.**
9    **Q.**   And when you reviewed this
10 section of Dr. Baldwin's report did you
11 agree with everything that Dr. Baldwin
12 said?
13        MR. HU:  Objection. This is way
14 beyond the scope of anything we asked
15 him on direct.
16        MR. GUERRIERO:  I also object
17 to the form.
18        MS. HARDMAN:  And for clarity,
19 Teva joins in objections made by
20 other Counsel, Counsel for other
21 parties.
22    **A.   Can you repeat the question,**
23 **please?**
24    **Q.**   Sure.  When you reviewed Dr.
25 Baldwin's report, and in particular

37

S. G. DAVIES

1  reviewing section II entitled "A Person of
2  Ordinary Skill in the Art," did you agree
3  with everything that Dr. Baldwin said in
4  this section?
5     **A.   I did not agree with what Dr.**
6  **Baldwin has written in section II. I've**
7  **written my own, my report, Declaration.**
8  **I've listed my own view of a person with**
9  **ordinary skill in the art. This coming from**
10 **my experience of teaching such people and**
11 **interacting with such people of over more**
12 **than 40 years.  In fact, I didn't**
13 **understand parts of Dr. Baldwin's section**
14 **II at all.**
15    **Q.   Would you please explain your**
16 disagreement with section II and what you
17 didn't understand about Dr. Baldwin's
18 section II?
19    MR. HU:  Objection.  It's way
20     beyond the scope of direct.  Also,
21     object to the form of the question.
22    **A.   In particular, in paragraph 9**
23 **for example, I don't understand why -- what**
24 **he's trying to say when he says that his --**

39

S. G. DAVIES

1    MR. HU:  Objection. It's way
2     beyond the scope of direct. Seems to
3     me you want to try to put in another
4     Declaration, you can do it, but this
5     is not the forum to use the
6     deposition where your, your redirect
7     is limited to the subjects brought up
8     on cross, and I think it's totally
9     inappropriate, and also object to the
10    form of the question.
11    MS. HARDMAN:  What I meant by
12    my earlier statement is that I'm
13    joining in all objections made by
14    Counsel for other Defendants.
15    MR. RATLIFF:  Thank you.
16    **Q.   Dr. Davies, would you please**
17 let me know if when you reviewed section
18 III entitled "Stereochemistry" of Dr.
19 Baldwin's report if you had any
20 disagreements with what he said in this
21 section?
22    MR. HU:  I have the same
23    objection. This whole line of
24    questioning is totally out of bounds.

38

S. G. DAVIES

1  **"A person of ordinary skill in the art in**
2  **the context of the 372 patent, is a**
3  **scientist involved in the research and**
4  **development of new drugs who has a Ph.D.**
5  **and/or medical degree and several years of**
6  **experience in the field, with an amount of**
7  **postgraduate experience depending on the**
8  **level of formal education and particular**
9  **experience in the field."**
10    **Because that seems -- I don't**
11 **understand what the last part of that means**
12 **at all. It's almost as though he's missed**
13 **out a section in there that says with a**
14 **bachelor degree and with an amount of**
15 **postgraduate experience, depending on the**
16 **level, which would then make it equivalent**
17 **to the definition I put forth. I don't**
18 **understand it as it's written. What he's**
19 **trying to say.**
20    **Q.   Now, turning your attention to**
21 section III of Dr. Baldwin's report
22 entitled "Stereochemistry"?  Did you review
23 this section of his report?
24    **A.   I did.**

40

S. G. DAVIES

1     **A.   I set out in my report what I**
2  **think a person with ordinary skill would**
3  **understand, and that is very different to**
4  **what Professor Baldwin has put in his**
5  **report, and, so, yes, I do disagree with a**
6  **lot of the things he writes.**
7     **Q.   Do you believe his description**
8  of stereochemistry in paragraphs 10 through
9  26 is helpful to the court in understanding
10 the proper interpretation of Claim 14 of
11 the 372 patent?
12    MR. HU:  Objection to the form
13    of the question.  Object.  It's
14    beyond the scope of the direct and
15    seeks speculation as to what the
16    judge is going to think.
17    **A.   I believe what I've said in my**
18 **report is clearer than this. I think this**
19 **goes into, into aspects that are not going**
20 **to be helpful to the court to understand**
21 **the construction of Claim 14.**
22    **Q.   Turning your attention to**
23 paragraphs 27 of Dr. Baldwin's report, do
24 you believe what he said here in paragraph

41

S. G. DAVIES

1  
2  27 is helpful to the court?
3      MR. HU:  Objection.
4      Q.    In understanding the proper
5  construction of Claim 14 of the 372 patent?
6      MR. HU:  Same objections.  I'm
7      not going to say them again. To save
8      time here.
9      A.    I believe these could be
10  misleading. The statements I put in my
11  report I think are very clear on how to
12  construe Claim 14.
13      Q.    Turning your attention to
14  paragraph 28 of Dr. Baldwin's report, did
15  you review each of the documents that Dr.
16  Baldwin sites in paragraph 28 of his
17  report?
18      A.    I read them all.
19      Q.    And do you have any
20  disagreements with the documents that he
21  excited -- cited, or do you believe that
22  they would be helpful to the court in
23  determining the proper construction of
24  Claim 14?
25      MR. HU:  Same objection.

43

S. G. DAVIES

1  
2  simply and concisely.  And you're not
3  doing that, you're not doing that --
4      MR. HU: I just did.
5      MR. RATLIFF:  Okay. So continue
6  simply and concisely.
7      A.    I think that Dr. Baldwin is
8  mischaracterizing the way in which these
9  documents use structures, and so that's not
10  helpful to the court.
11      Q.    Please explain how in your view
12  he's mischaracterizing these documents that
13  he's cited in paragraph 28 of his
14  Declaration?
15      MR. HU:  Same objection:
16      Beyond the scope of the direct and
17      form of the question, and it seeks
18      speculation as to what the judge is
19      going to think.
20      A.    Well, some of these documents
21  use structural drawings to depict single
22  enantiomers and racemates alike, and the
23  implication here is that they depict just
24  racemates.
25      Q.    So do you disagree with the

42

S. G. DAVIES

1  
2      MS. HARDMAN:  And objection,
3  compound.
4      A.    I don't believe these documents
5  will be helpful to the court in
6  deterring -- determining how to construe
7  Claim 14.
8      Q.    Would you please explain why?
9      MR. HU:  Objection. This is not
10      the forum to go beyond the scope and
11      have him do a rebuttal when he wasn't
12      asked about this.
13      I don't know if I need to do
14      this here, but we're going to move to
15      strike this whole line of exam,
16      examination.
17      MR. RATLIFF:  That's, that's
18      fine.  You can write your brief.  You
19      don't have to interrupt the
20      deposition. I understand --
21      MR. HU:  It's an objection.
22      MR. RATLIFF:  Right.  Just make
23      your objection.
24      MR. HU: I did --
25      MR. RATLIFF: Just state it

44

S. G. DAVIES

1  
2  implication made by Dr. Baldwin with
3  respect to paragraph 28 of his Declaration?
4      MR. HU:  Same objection.
5      A.    I disagree.  Chemical structure
6  is used by, commonly by a chemist to depict
7  both single enantiomers, racemates, and any
8  mixture in between, not just racemates.
9      Q.    Drawing your attention to page
10  29 of Dr. Baldwin's Declaration. Did you
11  read this paragraph?
12      A.    I did read this --
13      MR. HU:  Same objection.  I'm
14      sorry.  Same objection.
15      Q.    Did you also read Exhibit 14
16  that's cited to within paragraph 29?
17      A.    I did read that, yes.
18      Q.    Do you believe --
19      MR. HU: Strike that.
20      Q.    Do you have any disagreements
21  with what Dr. Baldwin said with respect to
22  paragraph 29 of his Declaration?
23      MR. HU:  Same objection.
24      A.    I think he's mischaracterizing
25  the way that the inventors are using the

1  S. G. DAVIES
2  structures drawn in Exhibit 14. And again,
3  it's common practice for a chemist to use a
4  single structure to depict either an
5  enantiomer or the racemate, or any picture
6  in between, not just the racemate.
7  Q.   Turning your attention to
8  Section IV of Dr. Baldwin's Declaration
9  entitled "The 372 Patent." Let me know
10  when you have that, sir.
11  A.   I have that.
12  Q.   Did you review this section of
13  Dr. Baldwin's Declaration?
14  MR. HU:  Objection. It's
15  beyond the scope of direct. Totally
16  inappropriate.
17  A.   I did review this section, yes.
18  Q.   When you reviewed it did you
19  agree with everything that Dr. Baldwin said
20  in this section?
21  A.   I do not agree with many of the
22  things that Dr. Baldwin says in this
23  section. I don't believe that this analysis
24  is how a POSA would do the analysis to
25  construe Claim 14.

1  S. G. DAVIES
2  this portion of Dr. Baldwin's Declaration?
3  A.   I did read section V.
4  Q.   Do you believe that section V
5  would be helpful to the court in
6  understanding the proper interpretation of
7  Claim 14 of the 372 patent?
8  A.   I do not think it would be
9  helpful because it's not put in the context
10  of the 372 patent.
11  MR. HU:  I'm sorry. I object
12  to that, obviously.
13  MR. RATLIFF:  Well, lead.
14  MR. HU:  Yeah, maybe. There are
15  enough of them before that. I think
16  the point is made.
17  MR. RATLIFF:  You have to
18  object to each question. That's how
19  it works.
20  MR. HU:  Thank you for the
21  lesson --
22  MR. RATLIFF:  If you have a
23  proper objection.
24  Q.   Dr. Davies, if we have a
25  Markman Hearing in this case and the judge

1  S. G. DAVIES
2  Q.   Would you please explain in
3  more detail why you believe that the
4  analysis that Dr. Baldwin set forth in
5  section IV of his Declaration is not how a
6  POSA would do the analysis in terms of
7  understanding Claim 14 of the 372 patent?
8  MR. HU:  Same objection.
9  A.   Well, a POSA would look at
10  Claim 14 and see the structure there. I
11  mean read the specification of the patent.
12  And in the specification of the patent, in
13  Example 1-(a) through (e), it is very clear
14  that that Claim 14 is referring to
15  Lurasidone. Lurasidone's an enantiomer,
16  racemate, and any mixture in between, and
17  that is not the analysis that Professor
18  Baldwin has done.
19  Q.   Turning your attention to
20  section V of Dr. Baldwin's Declaration
21  entitled "Acid Addition Salts." Let me know
22  when you have that, sir.
23  MR. HU:  Same objection.
24  A.   I have it.
25  Q.   Did you read -- did you read

1  S. G. DAVIES
2  asked you whether or not you have
3  disagreements with Dr. Baldwin's opinions
4  as set forth in his report, would you be
5  happy to explain to the judge your
6  disagreements with Dr. Baldwin's opinions?
7  MR. HU:  Objection. Same
8  objection.
9  A.   I would be very happy to
10  explain to the court, and my disagreements
11  with Dr. Baldwin, and I would explain to
12  the court how I think a person with
13  ordinary skill in the art would actually
14  construe Claim 14.
15  Q.   And, Doctor, if any of the
16  Defendants represented here, either Emcure,
17  InvaGen, or Teva have any questions
18  whatsoever regarding your disagreements
19  with Dr. Baldwin's Declaration would you be
20  happy to try to answer their questions here
21  today?
22  A.   Of course.
23  MR. RATLIFF:  I have no further
24  questions for you, sir, at this time.
25  FURTHER EXAMINATION BY

# EXHIBIT 12

# United States Patent [19]

## Roth

| | |
|---|---|
| [11] | **Patent Number:** **4,681,893** |
| [45] | **Date of Patent:** **Jul. 21, 1987** |

[54] **TRANS-6-[2-(3- OR 4-CARBOXAMIDO-SUBSTITUTED PYRROL-1-YL)ALKYL]-4-HYDROXYPY-RAN-2-ONE INHIBITORS OF CHOLESTEROL SYNTHESIS**

[75] Inventor: **Bruce D. Roth**, Ann Arbor, Mich.

[73] Assignee: **Warner-Lambert Company**, Morris Plains, N.J.

[21] Appl. No.: **868,867**

[22] Filed: **May 30, 1986**

[51] Int. Cl.[4] ..................... **A61K 31/40; A61K 31/35; C07D 207/327**

[52] U.S. Cl. ................................... **514/422;** 514/423; 546/256; 546/275; 548/517; 548/537

[58] Field of Search ............... 548/517, 537; 514/422, 514/423

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,983,140 | 9/1976 | Endo et al. | .......................... | 549/292 |
| 4,049,495 | 9/1977 | Endo et al. | .......................... | 435/125 |
| 4,137,322 | 1/1979 | Endo et al. | ...................... | 548/344 X |
| 4,198,425 | 4/1980 | Mitsui et al. | ......................... | 514/460 |
| 4,255,444 | 3/1981 | Oka et al. | ......................... | 549/292 X |
| 4,262,013 | 4/1981 | Mitsui et al. | ..................... | 549/292 X |
| 4,375,475 | 3/1983 | Willard et al. | ...................... | 514/460 |

## OTHER PUBLICATIONS

Singer, et al.; Proc. Soc. Exper. Biol. Med.; vol. 102, pp. 370–373, (1959).

Hulcher; Arch. Biochem. Biophys., vol. 146, pp. 422–427, (1971).

Brown, et al.; New England Jour. of Med., vol. 305, No. 9, pp. 515–517, (1981).

Brown, et al.; J. Chem. Soc. Perkin I, (1976), pp. 1165–1170.

Journal of the Americas Medical Assoc.; (1984), vol. 251, pp. 351–364, 365–374.

*Primary Examiner*—Joseph Paul Brust
*Attorney, Agent, or Firm*—Jerry F. Janssen

[57] **ABSTRACT**

Certain trans-6-[2-(3- or 4-carboxamido-substituted pyr-rol-1-yl)alkyl]-4-hydroxypyran-2-ones and the corresponding ring-opened acids derived therefrom which are potent inhibitors of the enzyme 3-hydroxy-3-methylglutaryl-coenzyme A reductase (HMG CoA reductase and are thus useful hypolipidemic or hypo-cholesterolemic agents. Pharmaceutical compositions containing such compounds, and a method of inhibiting the biosynthesis of cholesterol employing such pharmaceutical compositions are also disclosed.

**9 Claims, No Drawings**



4,681,893

**1**

## TRANS-6-[2-(3- OR 4-CARBOXAMIDO-SUBSTITUTED PYRROL-1-YL)ALKYL]-4-HYDROXYPYRAN-2-ONE INHIBITORS OF CHOLESTEROL SYNTHESIS

### BACKGROUND OF THE INVENTION

The present invention is related to compounds and pharmaceutical compositions useful as hypocholesterolemic and hypolipidemic agents. More particularly, this invention concerns certain trans-6-[2-(3- or 4-carboxamidosubstitutedpyrrol-1-yl)alkyl]-4-hydroxypyran-2-ones and the corresponding ring-opened acids derived therefrom which are potent inhibitors of the enzyme 3-hydroxy-3-methylglutaryl coenzyme A reductase (HMG CoA reductase), pharmaceutical compositions containing such compounds, and a method of inhibiting the biosynthesis of cholesterol employing such pharmaceutical compositions.

High levels of blood cholesterol and blood lipids are conditions involved in the onset of arteriosclerosis. It is well known that inhibitors of HMG-CoA reductase are effective in lowering the level of blood plasma cholesterol, especially low density lipoprotein cholesterol (LDL-C), in man (cf. M. S. Brown and J. L. Goldstein, *New England Journal of Medicine*, 305, No. 9, 515–517 (1981). It has now been established that lowering LDL-C levels affords protection from coronary heart disease (cf. *Journal of the American Medical Association*, 251, No. 3, 351–374 (1984).

Moreover, it is known that certain derivatives of mevalonic acid (3,5-dihydroxy-3-methylpentanoic acid) and the corresponding ring-closed lactone form, mevalonolactone, inhibit the biosynthesis of cholesterol (cf. F. M. Singer et al., *Proc. Soc. Exper. Biol. Med.*, 102: 370 (1959) and F. H. Hulcher, *Arch. Biochem. Biophys.*, 146: 422 (1971)).

U.S. Pat. Nos. 3,983,140; 4,049,495 and 4,137,322 disclose the fermentative production of a natural product, now called compactin, having an inhibitory effect on cholesterol biosynthesis. Compactin has been shown to have a complex structure which includes a mevalonolactone moiety (Brown et al., *J. Chem. Soc. Perkin* I (1976) 1165.

U.S. Pat. No. 4,255,444 to Oka et al. discloses several synthetic derivatives of mevalonolactone having antilipidemic activity.

U.S. Pat. Nos. 4,198,425 and 4,262,013 to Mitsue et al. disclose aralkyl derivatives of mevalonolactone which are useful in the treatment of hyperlipidemia.

U.S. Pat. no. 4,375,475 to Willard et al. discloses certain substituted 4-hydroxytetrahydropyran-2-ones which, in the 4(R)-trans-stereoisomeric form, are inhibitors of cholesterol biosynthesis.

Published PCT application No. WO 84/01231 discloses certain indole analogs and derivatives of mevalonolactone having utility as hypolipoproteinemic and antiatherosclerotic agents.

### SUMMARY OF THE INVENTION

In accordance with the present invention, there are provided trans-6-[2-(3- or 4-carboxamido-substituted pyrrol-1-yl)alkyl]-4-hydroxypyran-2-ones and the corresponding ring-opened hydroxy-acids derived therefrom which are potent inhibitors of cholesterol biosynthesis by virtue of their ability to inhibit the en-

**2**

zyme 3-hydroxy-3-methylglutaryl coenzyme A reductase (HMG-CoA reductase).

In particular, in its broadest aspect the present invention provides compounds of structural formula I



wherein X is —CH₂—, —CH₂CH₂—, —CH₂CH₂C-H₂— or —CH₂CH(CH₃)—.

$R_1$ is 1-naphthyl; 2-naphthyl; cyclohexyl; norbornenyl; 2-, 3-, or 4-pyridinyl; phenyl, phenyl substituted with fluorine, chlorine, bromine, hydroxyl; trifluoromethyl; alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoyloxy of from two to eight carbon atoms.

Either $R_2$ or $R_3$ is —CONR₅R₆ where R₅ and R₆ are independently hydrogen; alkyl of from one to six carbon atoms; 2-, 3-, or 4-pyridinyl; phenyl; phenyl substituted with fluorine, chlorine, bromine, cyano, trifluoromethyl, or carboalkoxy of from three to eight carbon atoms; and the other of $R_2$ or $R_3$ is hydrogen; alkyl of from one to six carbon atoms; cyclopropyl; cyclobutyl; cyclopentyl; cyclohexyl; phenyl; or phenyl substituted with fluorine, chlorine, bromine, hydroxyl; trifluoromethyl; alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoyloxy of from two to eight carbon atoms.

R₄ is alkyl of from one to six carbon atoms; cyclopropyl; cyclobutyl; cyclopentyl; cyclohexyl; or trifluoromethyl.

Also contemplated as falling within the scope of the present invention are the hydroxy acids, and pharmaceutically acceptable salts thereof, derived from the opening of the lactone ring of the compounds of structural formula I above.

In another aspect of the present invention, there is provided a method of preparing the compounds of structural formula I above which comprises the steps of (a) first reacting a substituted [(pyrrol-1-yl)alkyl]aldehyde compound of the formula



with the dilithio or sodio-lithio salt of methyl acetoacetate to form a compound of the structure

4,681,893

3

(b) reducing the product of step (a) with a trialkylborane compound such as tributylborane in the presence of sodium borohydride in an inert solvent;

(c) oxidizing the product of step (b) with alkaline aqueous hydrogen peroxide solution to produce a compound of the formula



and

(d) cyclizing the product step (c) to a lactone of formula I above by heating in an inert solvent such as toluene or, alternatively converting the product of step (c) to a pharmaceutically acceptable salt by conventional methods.

In yet another aspect, the present invention provides pharmaceutical compositions useful as hypolipidemic or hypocholesterolemic agents comprising a hypolipidemic or hypocholesterolemic effective amount of a compound in accordance with this invention as set forth above, in combination with a pharmaceutically acceptable carrier.

In another aspect, the present invention provides a method of inhibiting cholesterol biosynthesis in a patient in need of such treatment by administering an effective amount of a pharmaceutical composition as defined above.

## DETAILED DESCRIPTION

The compounds of the present invention comprise a class of trans-6-[2-(3- or 4-carboxamidosubstituted pyrrol-1-yl)alkyl]-4-hydroxypyran-2-ones in which the pyran-2-one moiety is attached, through an alkyl chain, to the substituted pyrrole nucleus at the nitrogen, or 1- position, of the pyrrole. The alkyl group may be methylene, ethylene, propylene, or methylethylene. The preferred alkyl chain linking the substituted pyrrole nucleus and the 4-hydroxypyran-2-one ring is ethylene.

The compounds of structural formula I above possess two asymmetric carbon centers, one at the 4-hydroxy position of the pyran-2-one ring, and the other at the 6-position of the pyran-2-one ring where the alkylpyrrole group is attached. This asymmetry gives rise to four possible isomers, two of which are the R-cis- and S-cis-isomers and the other two of which are the R-trans- and S-trans-isomers. This invention contemplates only the trans- form of the compounds of formula I above.

In the compounds of the present invention, position 2 of the substituted pyrrole nucleus is substituted with 1-naphthyl; 2-naphthyl; cyclohexyl; norbornenyl; 2-, 3-, or 4-pyridinyl; phenyl, phenyl substituted with fluorine, chlorine, bromine, hydroxyl; trifluoromethyl; alkyl of from one to four carbon atoms, alkoxy of from one to eight carbon atoms, or alkanoyloxy of from two to eight carbon atoms. Preferred substituent groups at the 2-position of the pyrrole nucleus are phenyl and substituted phenyl.

In the compounds of this invention, position 5 of the pyrrole nucleus is substituted with alkyl of from one to six carbon atoms; cyclopropyl; cyclobutyl; cyclopentyl; cyclohexyl; or trifluoromethyl. Preferred substituents

4

are alkyl or trifluoromethyl with isopropyl being particularly preferred.

The preferred reaction sequence which is used to prepare compounds of the present invention involves the cycloaddition of a disubstituted acetylene, in which one substituent is carboxamido or N-substituted carboxamido, to an appropriately substituted N-acylaminocarboxylic acid to form a substituted pyrrole. This addition may occur in either of two ways, leading to a substituted pyrrole addition product in which the carboxamido substituent resides on either carbon 3 or 4 of the pyrrole nucleus.

Thus, in compounds of the present invention, the substituent at either position 3 or 4 of the pyrrole nucleus is $-CONR_5R_6$ where $R_5$ and $R_6$ are independently hydrogen; alkyl of from one to six carbon atoms; 2-, 3-, or 4-pyridinyl; phenyl; phenyl substituted with fluorine, chlorine, bromine, cyano, trifluoromethyl, or carboalkoxy of from three to eight carbon atoms and the other of the two positions is unsubstituted or is substituted with alkyl of from one to six carbon atoms; cyclopropyl; cyclobutyl; cyclopentyl; cyclohexyl; phenyl; or phenyl substituted with fluorine, chlorine, bromine, hydroxyl; trifluoromethyl; alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoyloxy of from two to eight carbon atoms.

Preferred groups for $R_5$ and $R_6$ are hydrogen, phenyl, or substituted phenyl. In a particularly preferred group of compounds within the present invention, $R_5$ is hydrogen and $R_6$ is phenyl or substituted phenyl.

The compounds of this invention are prepared by the general reaction scheme outlined in Reaction Sequence 1 which takes advantage of the chemistry of mesionic compounds of the type described originally by R. Huisgen et al., *Ang. Chem. Int. Ed.*, 3: 136 (1964).

The known, or readily prepared, α-haloesters of structural formula II are reacted with the known 2-[1-(2-aminoalkyl)]-1,3-dioxalane, III, in the presence of an acid scavenger such as triethylamine to produce the N-alkyl-α-aminoesters, IV. The aminoesters, IV are

### REACTION SEQUENCE 1

4,681,893

**5**

-continued
REACTION SEQUENCE 1



**6**

known in the art, and subsequently further purified, if desired, by recrystallization. On the other hand, in the case where $R_4$ is 1-methylethyl, the cyclo-addition reaction yields predominantly one product which can be purified by recrystallization alone.

Hydrolysis of the acetal function of compounds VIIa and VIIb in aqueous acid solution affords the aldehydes VIIIa and VIIIb. The aldehydes, VIII, are further converted to compounds of the present invention by processes depicted in Reaction Sequence 2.

The aldehyde compounds, VIII, are reacted with the dilithium or lithio-sodio salt of methyl acetoacetate to produce the corresponding 7-(substituted-pyrrolyl)-5-hydroxy-3-oxoheptanoates, IX. The heptanoates, IX, are dissolved in a polar solvent such as tetrahydrofuran, through which a small amount of air has been bubbled. A slight excess of a trialkylborane, such as tributylborane, is added to the mixture which is then cooled to a temperature of preferably between about 0° C. and −78° C. after which sodium borohydride is added.

The mixture is stirred for about one to two hours and then oxidized by the addition of basic aqueous hydrogen peroxide solution. The reaction produces the 7-(substituted-pyrrolyl)-3,5-dihydroxyheptanoic acids,

REACTION SEQUENCE II



acylated with an acid halide and subsequently hydrolyzed in aqueous base solution to produce the N-acyl-N-alkyl aminoacids, V.

The N-acyl-N-alkyl aminoacids, V, are reacted with the appropriately substituted carboxamido acetylenic compounds, VI, in the presence of an acid anhydride to produce a mixture of the isomeric substituted pyrrole compounds VIIa and VIIb. Depending upon the substituents present, this cyclo-addition reaction affords differing ratios of the two products. For example, in the situation where $R_4$ is trifluoromethyl, the reaction yields roughly equimolar amounts of the two isomeric products. In such situations, the two isomeric products are separated by chromatographic techniques well

X, in which the product contains a predominance of the desired $R^*,R^*$ configuration at carbon atoms three and five which bear the hydroxy groups.

The acids may be converted to a corresponding pharmaceutically acceptable salt by conventional means, if desired, or cyclized to the trans-6-[2-(substituted-pyrrol-1-yl)alkyl]pyran-2-ones, I, by dehydration in an inert solvent such as refluxing toluene with azeotropic removal of water. This cyclization step has been found to produce material containing from 85–90% of the desired trans-configuration of the 4-hydroxy group relative to the 6-(substituted-pyrrol-1-yl)alkyl group on the pyran-2-one lactone ring.

4,681,893

7

The ring-opened hydroxy acids of structural formula II above are intermediates in the synthesis of the lactone compounds of formula I and may be used in their free acid form or in the form of a pharmaceutically acceptable metal or amine salt in the pharmaceutical method of the present invention. These acids react to form pharmaceutically acceptable metal and amine salts. The term "pharmaceutically acceptable metal salt" contemplates salts formed with the sodium, potassium, calcium, magnesium, aluminum, iron, and zinc ions. The term "pharmaceutically acceptable amine salt" contemplates salts with ammonia and organic nitrogenous bases strong enough to form salts with carboxylic acids. Bases useful for the formation of pharmaceutically acceptable nontoxic base addition salts of compounds of the present invention form a class whose limits are readily understood by those skilled in the art.

The free acid form of compounds of the present invention may be regenerated from the salt form, if desired, by contacting the salt with a dilute aqueous solution of an acid such as hydrochloric acid.

The base addition salts may differ from the free acid forms of the compounds of this invention in such physical characteristics as solubility and melting point, but are otherwise considered equivalent to the free acid form for the purposes of this invention.

The compounds of the present invention may exist in solvated or unsolvated form. In general, the solvated forms with pharmaceutically acceptable solvents such as water, ethanol and the like, are equivalent to the unsolvated forms for the purposes of this invention.

The compounds of this invention are useful as hypocholesterolemic or hypolipidemic agents by virtue of their ability to inhibit the biosynthesis of cholesterol through inhibition of the enzyme 3-hydroxy-3-methyl-glutaryl-coenzyme A reductase (HMG-CoA reductase).

The ability of compounds of the present invention to inhibit the biosynthesis of cholesterol was measured by two methods. A first method (designated CSI screen) utilized the procedure described by R. E. Dugan et al., *Archiv. Biochem. Biophys.*, (1972), 152, 21–27. In this method, the level of HMG-CoA enzyme activity in standard laboratory rats is increased by feeding the rats a chow diet containing 5% cholestyramine for four days, after which the rats are sacrificed.

The rat livers are homogenized, and the incorporation of cholesterol-$^{14}$C-acetate into nonsaponifiable

8

lipid by the rat liver homogenate is measured. The micromolar concentration of compound required for 50% inhibition of sterol synthesis over a one-hour period is measured, and expressed as an $IC_{50}$ value.

A second method (designated COR screen) employed the procedure detailed by T. Kita, et al., *J. Clin. Invest.*, (1980), 66: 1094–1100. In this method, the amount of $^{14}$C-HMG-CoA converted to $^{14}$C-mevalonate in the presence of a purified enzyme preparation of HMG-CoA reductase was measured. The micromolar concentration of compound required for 50% inhibition of cholesterol synthesis was measured and recorded as an $IC_{50}$ value.

The activity of several representative examples of compounds in accordance with the present invention appears in Table 1, and is compared with that of the prior art compound, compactin.

For preparing pharmaceutical compositions from the compounds of this invention, inert, pharmaceutically acceptable carriers can be either solid or liquid. Solid form preparations include powders, tablets, dispersable granules, capsules, cachets, and suppositories.

A solid carrier can be one or more substances which may also act as diluents, flavoring agents, solubilizers, lubricants, suspending agents, binders, or tablet disintegrating agents; it can also be an encapsulating material.

In powders, the carrier is a finely divided solid which is in a mixture with the finely divided active component. In tablets, the active compound is mixed with the carrier having the necessary binding properties in suitable proportions and compacted in the shape and size desired.

For preparing suppositories, a low-melting wax such as a mixture of fatty acid glycerides and cocoa butter is first melted, and the active ingredient is dispersed therein by, for example, stirring. The molten homogeneous mixture is then poured into convenient sized molds and allowed to cool and solidify.

Powders and tablets preferably contain between about 5 to about 70% by weight of the active ingredient. Suitable carriers are magnesium carbonate, magnesium stearate, talc, lactose, sugar, pectin, dextrin, starch, tragacanth, methyl cellulose, sodium carboxymethyl cellulose, a low-melting wax, cocoa butter, and the like.

The term "preparation" is intended to include the formulation of the active compound with encapsulating material as a carrier providing a capsule in which the active component (with or without other carriers) is

TABLE 1



| | | | | | $IC_{50}$ (Micromoles/liter) | |
|---|---|---|---|---|---|---|
| Compound | X | $R_1$ | $R_2$ | $R_3$ | $R_4$ | CSI | COR |
| 1 | $-CH_2CH_2-$ | | | $-CONH-$ | $-CH(CH_3)_2$ | 0.035 | 0.050 |

9                           4,681,893                          10

TABLE I-continued



| Compound | X | $R_1$ | $R_2$ | $R_3$ | $R_4$ | $IC_{50}$ (Micromoles/liter) CSI | COR |
|----------|---|-------|-------|-------|-------|------|-----|
| 2 | —$CH_2CH_2$— | | —CONH | | —$CF_3$ | 0.40 | 0.40 |
| 3 | —$CH_2CH_2$— | | —CONH | | —$CF_3$ | 0.018 | 0.020 |
| Compactin (Prior art) | | | | | | 0.026 | 0.028 |

surrounded by a carrier, which is thus in association with it. In a similar manner, cachets are also included. Tablets, powders, cachets, and capsules can be used as solid dosage forms suitable for oral administration.

Liquid form preparations include solutions suitable for oral or parenteral administration, or suspensions and emulsions suitable for oral administration. Sterile water solutions of the active component or sterile solutions of the active component in solvents comprising water, ethanol, or propylene glycol may be mentioned as examples of liquid preparations suitable for parenteral administration.

Sterile solutions may be prepared by dissolving the active component in the desired solvent system, and then passing the resulting solution through a membrane filter to sterilize it or, alternatively, by dissolving the sterile compound in a previously sterilized solvent under sterile conditions.

Aqueous solutions for oral administration can be prepared by dissolving the active compound in water and adding suitable flavorants, coloring agents, stabilizers, and thickening agents as desired. Aqueous suspensions for oral use can be made by dispersing the finely divided active component in water together with a viscous material such as natural or synthetic gums, resins, methyl cellulose, sodium carboxymethyl cellulose, and other suspending agents known to the pharmaceutical formulation art.

Preferably, the pharmaceutical preparation is in unit dosage form. In such form, the preparation is divided into unit doses containing appropriate quantities of the active component. The unit dosage form can be a packaged preparation, the package containing discrete quantities of the preparation, for example, packeted tablets, capsules, and powders in vials or ampoules. The unit dosage form can also be a capsule, cachet, or tablet itself, or it can be the appropriate number of any of these packaged forms.

In therapeutic use as hypolipidemic or hypocholesterolemic agents, the compounds utilized in the pharmaceutical method of this invention are administered to the patient at dosage levels of from 40 mg to 600 mg per day. For a normal human adult of approximately 70 kg

or body weight, this translates to a dosage of from about 0.5 mg/kg to about 8.0 mg/kg of body weight per day.

The dosages, however, may be varied depending upon the requirements of the patient, the severity of the condition being treated, and the compound being employed. Determination of optimum dosages for a particular situation is within the skill of the art.

The following examples illustrate particular methods for preparing compounds in accordance with this invention. These examples are illustrative and are not to be read as limiting the scope of the invention as it is defined by the appended claims.

## EXAMPLE 1

Preparation of
trans-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo2H-pyran-2-yl)ethyl]-pyrrole-3-carboxamide

Step A: Preparation of α-[[2-(1,3-dioxalan-2-yl)ethyl]amino]-4-fluorobenzeneacetic acid, ethyl ester

A solution of 26 g (220 mmol) of 2-[1-(2-aminoethyl)]-1,3-dioxalane in 50 ml of acetonitrile was added at room temperature with stirring to a solution of 200 mmol of α-bromo-4-fluorobenzeneacetic acid, ethyl ester (J. W. Epstein et al., J. Med. Chem., 24: 481–490 (1981)) and 42 ml (300 mmol) of triethylamine in 350 ml of acetonitrile. The resulting mixture was stirred at room temperature overnight and then poured into 500 ml of diethyl ether. The resulting suspension was extracted with 300 ml of water and then twice with 300-ml portions of 2M hydrochloric acid. The combined extracts were made basic with 25% aqueous sodium hydroxide solution and extracted twice with 500-ml portions of ethyl acetate. The ethyl acetate extracts were combined, washed successively with water and brine, and then dried over anhydrous magnesium sulfate. The drying agent was removed by filtration, and the residue concentrated to yield 49.5 g of α-[[2-(1,3-dioxalan-2-yl)ethyl]amino]-4-fluorobenzeneacetic acid, ethyl ester.

The 90 MHz proton magnetic resonance spectrum of the product in deuterochloroform exhibited signals at 1.18 (triplet, 3H, J=7 Hz); 1.85 (multiplet, 2H); 2.20

4,681,893

**11**

(broad singlet, 1H); 2.6 (multiplet, 2H); 3.85 (multiplet, 4H); 4.1 (quartet, 2H, J=7 Hz); 4.22 (singlet, 1H); 4.83 (triplet, 1H, J=4.5 Hz); and 6.8–7.3 (multiplet, 4H) parts per million downfield from tetramethylsilane.
Step B. Preparation of α-[[2-(1,3-dioxolan-2-yl)ethyl]-(2-methyl-1-oxopropyl)amino]-4-fluorobenzeneacetic acid, ethyl ester.

Thirty grams (100 mmol) of α-[[2-(1,3-dioxolan-2-yl)ethyl]amino]-4-fluorobenzeneacetic acid, ethyl ester from Step A were dissolved in 200 ml of dichloromethane together with 28.6 ml (205 mmol) of triethylamine and the resulting mixture was cooled to 0° C. under dry nitrogen. A solution of 11 ml (105 mmol) of isobutyryl chloride in 50 ml of dichloromethane was slowly added with stirring. After addition was complete, the mixture was stirred for an additional 60 minutes and then poured into 100 ml of diethyl ether. The ether solution was washed successively with portions of water, 2M hydrochloric acid, sodium bicarbonate solution, and brine, and then dried over anhydrous magnesium sulfate. Evaporation of the solvents yielded 35 g of α-[[2-(1,3-dioxolan-2-yl)-ethyl]-(2-methyl-1-oxopropyl)amino]-4-fluorobenzene-acetic acid, ethyl ester.

The 90 MHz proton magnetic resonance spectrum of a deuterochloroform solution of the product exhibited signals at 1.2 (multiplet, 9H); 1.7 (multiplet, 2H); 2.85 (multiplet, 1H); 3.35 (multiplet, 2H); 3.80 (multiplet, 4H); 4.20 (quartet, 2H, J=7 Hz); 4.60 (triplet, 1H, J=4.5 Hz); 5.81 (singlet, 1H); and 6.8–7.3 (multiplet, 4H) parts per million downfield from tetramethylsilane.
Step C. Preparation of α-[[2-(1,3-dioxolan-2-yl)ethyl]-(2-methyl-1-oxopropyl)amino]-4-fluorobenzeneacetic acid

A solution of 35 g (95.3 mmol) of the ester from Step B and 12 g (300 mmol) of sodium hydroxide in 480 ml of 5:1 methanol water was heated under reflux and stirred for two hours. The solution was cooled to room temperature, concentrated, and diluted by the addition of 500 ml of water. The resulting solution was extracted with ether and the aqueous layer was acidified with ice-cold 6M hydrochloric acid and then extracted twice with 300-ml portions of ethyl acetate.

The combined extracts were washed with brine, dried over anhydrous magnesium sulfate, and evaporated to yield 30 g of crude α-[[2-(1,3-dioxolan-2-yl)ethyl]-(2-methyl-1-oxopropyl)amino]-4-fluorobenzeneacetic acid which was used without further purification.

The 90 MHz proton magnetic resonance spectrum of a deuterochloroform solution of the product exhibited signals at 1.11 (doublet, 6H, J=7 Hz); 1.4–1.9 (multiplet, 2H); 2.85 (multiplet, 1H); 3.32 (multiplet, 2H); 3.75 (multiplet, 4H); 4.52 (triplet, 1H, J=4.5 Hz); 5.73 (singlet, 1H); and 6.8–7.3 (multiplet, 4H) parts per million downfield from tetramethylsilane.
Step D. Preparation of N,3-diphenylpropynamide

A solution of 171 mmol of dicyclohexylcarbodiimide in 250 ml of dichloromethane was added dropwise over a two hour period at 0° C. to a suspension of 171 mmol of propiolic acid, 179.6 mmol of aniline, and 5 mmol of 4-dimethylaminopyridine in 400 ml of dichloromethane. After addition was complete, the mixture was stirred for an additional 30 minutes and then diluted with diethyl ether. The resulting mixture was filtered through silica gel, concentrated, and the residue recrystallized to provide 30.5 g of N,3-diphenyl-2-propynamide, mp 122°–123° C.

**12**

Analyzed for $C_{15}H_{13}NO$: Calc.: C, 80.69%; H, 5.87%; N, 6.27%; Found: C, 80.54%; H, 5.58%; N, 6.52%.

The infrared spectrum of a KBr pellet of the compound showed principal peaks at 2215, 1630, 1595,1549, 1490, 1445, 1330, 756, and 691 reciprocal centimeters.
Step E. Preparation of 1-[2-(1,3-dioxalan-2-yl)ethyl]-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1H-pyrrole-3-carboxamide

A solution of 95 g (280 mmol) of α-[[2-(1,3-dioxolan-2-yl)ethyl]-(2-methyl-1-oxopropyl)amino]-4-fluorobenzeneacetic acid, prepared as described in Step C above, and 98 g (439 mmol) of N,2-diphenylpropenoic carboxamide, prepared as described in Step D above, was heated at 90° C. with stirring for four hours. (Vigorous gas evolution occurred for two hours.) After this time, the mixture was cooled to room temperature and chromatographed twice on silica gel, eluting with 4:1 hexane:ethyl acetate to separate the product ($R_f$=0.35) from the starting material ($R_f$=0.5).

Recrystallization of the product from isopropyl ether provided 59.5 g (119.3 mmol) of 1-[2-(1,3-dioxalan-2-yl)ethyl]-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1H-pyrrole-3-carboxamide, mp 159°–162° C.

Analyzed for $C_{31}H_{31}FN_2O_3$: Calc.: C, 74.68%; H, 6.27%; N, 5.62%; Found: C, 75.04%; H, 6.12%; N, 5.89%.
Step F. Preparation of 5-(4-fluorophenyl)-2-(1-methylethyl)-1-(3-oxopropyl)-N,4-diphenyl-1H-pyrrole-3-carboxamide

A solution of 59 g (118.3 mmol) of 1-[2-(1,3-dioxalan-2-yl)ethyl]-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1H-pyrrole-3-carboxamide, from Step E above, and 0.4 ml of concentrated hydrochloric acid in 1200 ml of anhydrous ethanol was heated under reflux with stirring for 24 hours. After this time the mixture was cooled to room temperature, concentrated, and the residue taken up in 1200 ml of 3:1 acetone:water and 5 g of p-toluenesulfonic acid was added. This mixture was heated under reflux with stirring for two days after which time the solution was cooled to room temperature and partitioned between 1 liter of diethyl ether and 200 ml of brine solution.

The organic phase was separated, washed successively with sodium bicarbonate solution and brine, dried over anhydrous magnesium sulfate and concentrated. The oil which resulted was dissolved in the minimum amount required of hot isopropyl ether. The crystals which formed upon cooling were collected by filtration to yiled 36.8 g of 5-(4-fluorophenyl)-2-(1-methylethyl)-1-(3-oxopropyl)-N,4-diphenyl-1H-pyrrole-3-carboxamide. A further crop of 9.8 g of crystals were obtained from the mother liquor.

Analyzed for $C_{29}H_{27}FN_2O_3$: Calc.: C, 76.63%; H, 5.99%; N, 6.16%; Found: C, 76.48%; H, 6.20%; N, 6.14%.
Step G. Preparation of 2-(4-fluorophenyl)-δ-hydroxy-5-(1-methylethyl)-β-oxo-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid, methyl ester

A solution of methyl acetoacetate (26.4 ml, 243 mmol) in 250 ml of anhydrous tetrahydrofuran was added dropwise to a stirred suspension of hexanewashed sodium hydride (6.4 g, 267 mmol) in 200 ml of tetrahydrofuran at 0° C. When gas evolution was complete, 97.2 ml of 2.5M n-butyl lithium was added dropwise over a period of 60 minutes.

The resulting solution was stirred for 30 minutes at 0° C. and then cooled to −78° C. after which a solution of

4,681,893

**13**

36.8 g (80.9 mmol) of 5-(4-fluorophenyl)-2-(1-methyle-thyl)-1-(3-oxopropyl)-N,4-diphenyl-1H-pyrrole-3-car-boxamide, from Step F above, in 100 ml of tetrahydro-furan was added over a period of thirty minutes. The resulting solution was stirred for 30 minutes at −78° C. and then warmed to 0° C. where it was held for an additional 60 minutes.

The mixture was then acidified by the dropwise addi-tion of 300 ml of ice-cold 3M hydrochloric acid, diluted with ether, washed successively with water and brine, dried over anhydrous magnesium sulfate, and concen-trated. Flash chromatography of the residue yielded 37.9 g of 2-(4-fluorophenyl)-δ-hydroxy-5-(1-methyle-thyl)-β-oxo-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid, methyl ester.

The 90 MHz proton magnetic resonance spectrum of the product exhibited signals at 1.50 (doublet, 6H, J=7 Hz); 1.8 (multiplet, 2H); 2.45 (doublet, 2H, J=7 Hz); 2.8 (broad, 1H); 3.33 (singlet, 2H); 3.5 (multiplet, 1H); 3.67 (singlet, 3H); 3.8–4.0 (multiplet, 2H); and 6.8–7.3 (multi-plet, 14H) parts per million downfield from tetrame-thylsilane.

Step H. Preparation of R*,R*-2-(4-fluorophenyl-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid and trans-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide

Air (60 ml) was bubbled via a syringe through a solu-tion of 2-(4-fluorophenyl)-δ-hydroxy-5-(1-methyle-thyl)-β-oxo-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid, methyl ester (48 g, 84.1 mmol) and 92.5 ml of 1M tributylborane in 100 ml of anhy-drous tetrahydrofuran. The mixture was stirred over-night at room temperature and then cooled to −78° C. Sodium borohydride (3.85 g, 101.8 mmol) was added to the cooled mixture in one portion. The mixture was allowed to warm slowly to 0° C. over a period of three hours, during which there was vigorous gas evolution.

The dry ice-acetone bath applied to the reaction ves-sel was replaced by an ice bath and 18.3 ml of glacial acetic acid were added dropwise, followed by 204 ml of 3M aqueous sodium hydroxide solution and 30.5 ml of 30% aqueous hydrogen peroxide solution.

The mixture was vigorously stirred while being al-lowed to warm to room temperature overnight. The mixture was then partitioned between diethyl ether and water and the aqueous layer was separated, acidified, and extracted with ethyl acetate.

The ethyl acetate extract was washed with brine, dried, and evaporated to yield crude R*,R*-2-(4-fluorophenyl-β,δ-dihydroxy-5-(1-methylethyl)-3-phe-nyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid which was used without further purification.

The crude acid was taken up in toluene and lacto-nized by heating under reflux for six hours. This mixture was chromatographed to provide 30 g of trans-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tet-rahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide as a foamy solid, mp 90°–97° C.

Analyzed for C$_{33}$H$_{33}$FN$_2$O$_4$: Calc.: C, 73.31%; H, 6.15%; N, 5.18%; Found: C, 73.46%; H, 6.31%; N, 5.28%.

This material was found by HPLC analysis to com-prise a 9:1 molar ratio of the cis- and trans-isomeric forms of the product. Recrystallization from toluene-ethyl acetate yield the essentially pure trans-form, mp 148°–149° C.

**14**

## EXAMPLE 2

### Preparation of

R*,R*-2-(4-fluoro-phenyl-β,δ-dihydroxy-5-(1-methyle-thyl)-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid, sodium salt

A mixture of trans-5-(4-fluorophenyl)-2-(1-methyle-thyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide (10 g, 18.5 mmol) and 0.74 g (18.5 mmol) of sodium hydroxide in 90 ml of a 1:2 mixture of tetrahydrofuran-water was cooled to 0° C. This mixture was allowed to warm slowly to 25° C., after which time it was concentrated and the residual solid dried under vacuum.

The infrared spectrum of the product exhibited prin-cipal absorption peaks at 3400, 1651, 1598, 1565, 1511, 1438, 1412, 1316, 1224, 1159, 844, 754, and 702 recipro-cal centimeters.

The 90 MHz proton magnetic resonance spectrum of a hexadeutero dimethylsulfoxide solution of the product exhibited signals at 1.34 (doublet, J=7 Hz, 6H); 1.5 (multiplet, 4H); 1.80 (doublet of doublets, J=15, 8 Hz, 1H); 1.99 (doublet of doublets, J=15, 4 Hz, 1H); 3–4 (multiplet, 8H); 6.9–7.3 (multiplet, 12H); 7.50 (doublet, J=8 Hz, 2H); and 9.85 (singlet, 1H) parts per million downfield from tetramethylsilane.

## EXAMPLES 3 AND 4

### Preparation of

trans-2-(4-fluorophenyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-5-(trifluorome-thyl)-pyrrole-3-carboxamide

and

trans-5-(4-fluorophenyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-2-(trifluorome-thyl)pyrrole-3-carboxamide

Step A. Preparation of α-[[2-(1,3-dioxalan-2-yl)ethyl]amino]-4-fluorobenzeneacetic acid.

α-[[2-(1,3-Dioxolan-2-yl)ethyl]amino]-4-fluoroben-zeneacetic acid, ethyl ester (36.5 g, 122.8 mmol, pre-pared as described above in Example 1, Step A) was dissolved in 1500 ml of a 5:1 mixture of methanol-water together with 7.6 g of sodium hydroxide. This mixture was heated under reflux for a period of two and one-half hours after which time the solvents were removed under vacuum.

The solid residue was taken up in 325 ml of water and a mixture of 14 ml of glacial acetic in 28 ml of water was added with stirring. After stirring for a time, an addi-tional 3 ml of glacial acetic acid were added and the mixture was chilled for 75 minutes. The solids were collected by filtration, washed with water and then ethyl acetate and dried to yield α-[[2-(1,3-dioxalan-2-yl)ethyl]amino]-4-fluorobenzeneacetic acid, mp 218°–220° C.

Step B. Preparation of a mixture of 5-(4-fluorophenyl)-1-(3-oxopropyl)-N,4-diphenyl-2-(trifluoromethyl)-1H-pyrrole-3-carboxamide and 2-(4-fluorophenyl)-1-(3-oxopropyl)-N,4-diphenyl-5-(trifluoromethyl)-1H-pyr-role-3-carboxamide

α-[[2-(1,3-Dioxalan-2-yl)ethyl]amino]-4-fluoroben-zeneacetic acid (6.06 g, 22.5 mmol) was dissolved in 45 ml of trifluoroacetic anhydride and 7.47 g (33.8 mmol) of N,3-diphenyl-2-propynamide (prepared as described above in Example 1, Step D) was added. The resulting mixture was heated under reflux for a period of five and one-half hours. The mixture was then cooled, and 1.74

**15**                    4,681,893                    **16**

ml of trifluoroacetic acid were added and the mixture was stirred overnight.

The excess trifluoroacetic anhydride was removed under vacuum, and water was added, followed by sufficient acetone to give a homogenous solution. This solution was stirred at room temperature for three hours. The mixture was seeded with N,3-diphenyl-2-propynamide, and a precipitate formed. After three hours, this precipitate was removed by filtration.

The acetone was removed from the filtrate under vacuum and the solid residue was taken up in ether, washed successively with two portions of water, two portions of sodium bicarbonate solution, and two portions of brine and dried over magnesium sulfate. The ether was removed under vacuum to yield a crude mixture of the two title compounds.

This mixture was separated by column chromatography on 600 g of silica gel, eluting with a 4:1 mixture of hexane-ethyl acetate.

The first fraction eluted was 5-(4-fluorophenyl)-1-(3-oxopropyl)-N,4-diphenyl-2-(trifluoromethyl)-1$\underline{H}$-pyrrole-3-carboxamide.

The 90 MHz proton magnetic resonance spectrum of a deuterochloroform solution of this material exhibited signals at 2.73 (triplet, J=7 Hz, 2H); 4.21 (triplet, J=7 Hz, 2H); 6.7–7.3 (multiplet, 5H); 7.40 (singlet, 5H), and 9.43 (singlet, 1H) parts per million downfield from tetramethylsilane.

The second compound eluted from the column was 2-(4-fluorophenyl)-1-(3-oxopropyl)-N,4-diphenyl-5-(trifluoromethyl)-1$\underline{H}$-pyrrole-3-carboxamide.

The 90 MHz proton magnetic resonance spectrum of a deuterochloroform solution of this material exhibited signals at 2.67 (triplet, J=7 Hz, 2H); 4.25 (triplet, J=7 Hz, 2H); 7.0–7.3 (multiplet, 14H); and 9.43 (singlet, 1H) parts per million downfield from tetramethylsilane.

Step C. Preparation of trans-2-(4-fluorophenyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2$\underline{H}$-pyran-2-yl)ethyl]-5-(trifluoromethyl)-pyrrole-3-carboxamide and trans-5-(4-fluorophenyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2$\underline{H}$-pyran-2-yl)ethyl]-2-(trifluoromethyl)-pyrrole-3-carboxamide

Employing the general methods detailed in Example 1, Steps G and H, the title compounds were prepared from the aldehyde compounds of this example, Step B.

The elemental analyses of the two title compounds were:

For trans-5-(4-fluorophenyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2$\underline{H}$-pyran-2-yl)ethyl]-2-(trifluoromethyl)-pyrrole-3-carboxamide:

Analyzed for $C_{31}H_{26}N_2O_4$: Calc.: C, 65.72%; H, 4.63%; N, 4.94%; Found: C, 65.82%; H, 4.91%; N, 4.69%.

The trans-2-(4-fluorophenyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2$\underline{H}$-pyran-2-yl)ethyl]-5-(trifluoromethyl)-pyrrole-3-carboxamide was found, upon recrystallization from toluene to contain 0.25 mols of toluene as solvent of crystallization, mp 106°–111° C.

Analyzed for $C_{31}H_{26}N_2O_4.0.25C_7H_8$: Calc.: C, 66.72%; H, 4.79%; N, 4.72%; Found: C, 66.81%; H, 4.86%; N, 4.60%.

I claim:

**1.** A compound of structural formula I



wherein

X is —CH₂—, —CH₂CH₂—, —CH₂CH₂CH₂—, or —CH₂CH(CH₃)—;

R₁ is
    1-naphthyl;
    2-naphthyl;
    cyclohexyl;
    norbornenyl;
    phenyl;
    phenyl substituted with
        fluorine,
        chlorine,
        bromine,
        hydroxyl,
        trifluoromethyl,
        alkyl of from one to four carbon atoms,
        alkoxy of from one to four carbon atoms, or
        alkanoyloxy of from two to eight carbon atoms;
either of R₂ or R₃ is —CONR₅R₆ where R₅ and R₆ are
    independently
        hydrogen;
        alkyl of from one to six carbon atoms;
        phenyl;
        phenyl substituted with
            fluorine,
            chlorine,
            bromine,
            cyano,
            trifluoromethyl, or
            carboalkoxy of from three to eight carbon atoms;
and the other of R₂ or R₃ is
    hydrogen;
    alkyl of from one to six carbon atoms;
    cyclopropyl;
    cyclobutyl;
    cyclopentyl;
    cyclohexyl;
    phenyl; or
    phenyl substituted with
        fluorine,
        chlorine,
        bromine,
        hydroxyl,
        trifluoromethyl,
        alkyl of from one to four carbon atoms,
        alkoxy of from one to four carbon atoms, or
        alkanoyloxy of from two to eight carbon atoms;
R₄ is
    alkyl of from one to six carbon atoms;
    cyclopropyl;
    cyclobutyl;
    cyclopentyl;
    cyclohexyl; or
    trifluoromethyl;
or a hydroxy acid or pharmaceutically acceptable salts thereof, corresponding to the opened lactone

4,681,893

**17**

ring of the compounds of structural formula I above.

2. A compound as defined by claim 1 wherein X is —CH$_2$CH$_2$—.

3. A compound as defined by claim 2 wherein R$_1$ is phenyl; or phenyl substituted with fluorine, chlorine, bromine, hydroxyl; trifluoromethyl; alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoyloxy of from two to eight carbon atoms.

4. A compound as defined by claim 2 wherein R$_4$ is alkyl of from one to six carbon atoms.

5. A compound as defined by claim 1 having the name trans-(±)-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide.

**18**

6. A compound as defined by claim 1 having the name trans-2-(4-fluorophenyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-5-trifluoromethyl-1H-pyrrole-3-carboxamide.

7. A compound as defined by claim 1 having the name trans-5-(4-fluorophenyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-2-trifluoromethyl-1H-pyrrole-3-carboxamide.

8. A pharmaceutical composition, useful as a hypocholesterolemic agent, comprising a hypocholesterolemic effective amount of a compound in accordance with claim 1 in combination with a pharmaceutically acceptable carrier.

9. A method of inhibiting cholesterol biosynthesis in a patient in need of such treatment by administering a pharmaceutical composition as defined by claim 8.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE

### CERTIFICATE EXTENDING PATENT TERM
### UNDER 35 U.S.C. § 156

| | | |
|---|---|---|
| PATENT NO. | : | 4,681,893 |
| ISSUED | : | July 21, 1987 |
| INVENTOR(S) | : | Bruce D. Roth |
| PATENT OWNER | : | Warner-Lambert Company |

This is to certify that there has been presented to the

### COMMISSIONER OF PATENTS AND TRADEMARKS

an application under 35 U.S.C. § 156 for an extension of the patent term. Since it appears that the requirements of the law have been met, this certificate extends the term of the patent for the period of

### 1,213 days

from May 30, 2006, the original expiration date of the patent, subject to the provisions of 35 U.S.C. § 41(b), with all rights pertaining thereto as provided by 35 U.S.C. § 156(b).

I have caused the seal of the Patent and Trademark Office to be affixed this 15th day of July 1998.

Bruce A. Lehman
Assistant Secretary of Commerce and
    Commissioner of Patents and Trademarks

US004681893C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (6392nd)

# United States Patent
## Roth

(10) **Number:**         **US 4,681,893 C1**

(45) **Certificate Issued:**         **Aug. 26, 2008**

(54) **TRANS-6-[2-(3- OR 4-CARBOXAMIDO-SUBSTITUTED PYRROL-1-YL)ALKYL]-4-HYDROXYPYRAN-2-ONE INHIBITORS OF CHOLESTEROL SYNTHESIS**

(75) Inventor: **Bruce D. Roth**, Ann Arbor, MI (US)

(73) Assignee: **Warner-Lambert Company**, Ann Arbor, MI (US)

**Reexamination Request:**
No. 90/008,727, Jul. 2, 2007

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **4,681,893** |
| Issued: | **Jul. 21, 1987** |
| Appl. No.: | **06/868,867** |
| Filed: | **May 30, 1986** |

(51) **Int. Cl.**
*C07D 405/00* (2006.01)
*C07D 405/06* (2006.01)

(52) **U.S. Cl.** ........................ **514/422;** 514/423; 546/256; 546/279.1; 548/517; 548/537

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,634,453 | A | * | 1/1972 | McManus et al. ........... 548/486 |
| 3,808,254 | A | | 4/1974 | Matthews |
| 3,931,173 | A | * | 1/1976 | Parker et al. ............... 544/148 |
| 3,965,129 | A | | 6/1976 | Perry et al. |
| 3,983,140 | A | | 9/1976 | Endo et al. |
| 4,072,698 | A | | 2/1978 | Hylton et al. |
| 4,137,322 | A | | 1/1979 | Endo et al. |
| 4,139,555 | A | | 2/1979 | Zerbes |
| 4,171,359 | A | | 10/1979 | Weinstock |
| 4,192,872 | A | | 3/1980 | Weinstock |
| 4,231,938 | A | | 11/1980 | Monaghan et al. |
| 4,281,132 | A | | 7/1981 | Ward |
| 4,282,155 | A | | 8/1981 | Smith et al. |
| 4,293,496 | A | | 10/1981 | Willard |
| 4,319,039 | A | | 3/1982 | Albers-Schonberg |
| 4,342,761 | A | | 8/1982 | Ward |
| 4,342,767 | A | | 8/1982 | Albers-Schonberg et al. |
| 4,346,227 | A | | 8/1982 | Terahara et al. |
| 4,374,829 | A | | 2/1983 | Harris et al. |
| 4,374,844 | A | | 2/1983 | McCombie |
| 4,375,475 | A | | 3/1983 | Willard et al. |
| 4,444,784 | A | | 4/1984 | Hoffman et al. |
| 4,474,971 | A | | 10/1984 | Wareing |
| 4,495,103 | A | | 1/1985 | Terashima et al. |
| 4,555,511 | A | | 11/1985 | Schnorrenberg et al. |
| 4,581,453 | A | * | 4/1986 | Ippen et al. ................. 544/331 |
| 4,611,067 | A | | 9/1986 | Volante et al. |
| 4,613,610 | A | | 9/1986 | Wareing |
| 4,647,576 | A | * | 3/1987 | Hoefle et al. ................ 514/422 |
| 4,681,893 | A | | 7/1987 | Roth |
| 4,697,036 | A | | 9/1987 | Giordano et al. |
| 4,739,073 | A | | 4/1988 | Kathawala |
| 4,743,450 | A | | 5/1988 | Harris et al. |
| 4,775,681 | A | | 10/1988 | Heifetz |
| 4,786,505 | A | | 11/1988 | Lovgren et al. |
| 4,853,230 | A | | 8/1989 | Lovgren et al. |

| | | | |
|---|---|---|---|
| 4,898,868 | A | 2/1990 | Bergmann et al. |
| 4,950,775 | A | 8/1990 | Heathcock et al. |
| 4,962,115 | A | 10/1990 | Van Daele |
| 4,976,949 | A | 12/1990 | Meyer et al. |
| 4,978,791 | A | 12/1990 | Völker et al. |
| 4,992,462 | A | 2/1991 | Hubsch et al. |
| 5,003,080 | A | 3/1991 | Butler et al. |
| 5,004,651 | A | 4/1991 | Becker |
| 5,006,530 | A | 4/1991 | Angerbauer et al. |
| 5,030,447 | A | 7/1991 | Joshi et al. |
| 5,045,321 | A | 9/1991 | Makino et al. |
| 5,055,484 | A | 10/1991 | Jendralla et al. |
| 5,061,722 | A | 10/1991 | Teetz et al. |
| 5,093,132 | A | 3/1992 | Makino et al. |
| 5,097,045 | A | 3/1992 | Butler et al. |
| 5,124,482 | A | 6/1992 | Butler et al. |
| 5,149,837 | A | 9/1992 | Butler et al. |
| 5,151,433 | A | 9/1992 | Fulbreth et al. |
| 5,208,258 | A | 5/1993 | Heathcock et al. |
| 5,216,174 | A | 6/1993 | Butler et al. |
| 5,245,047 | A | 9/1993 | Butler et al. |
| 5,273,995 | A | 12/1993 | Roth |
| 5,280,126 | A | 1/1994 | Butler et al. |
| 5,354,772 | A | 10/1994 | Kathawala |
| 5,378,729 | A | 1/1995 | Kohn et al. |
| 5,395,847 | A | 3/1995 | Weinstock et al. |
| 5,969,156 | A | 10/1999 | Briggs |
| 6,087,511 | A | 7/2000 | Lin et al. |
| 6,121,461 | A | 9/2000 | McKenzie et al. |
| 6,274,740 | B1 | 8/2001 | Lin et al. |
| 6,605,729 | B1 | 8/2003 | Byrn et al. |
| 5,969,156 | C1 | 9/2006 | Briggs et al. |
| 7,144,915 | B2 | 12/2006 | Byrn et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 601981 | 9/1990 |
| AU | 621874 | 3/1992 |
| CA | 1161380 | 1/1984 |
| CA | 1268768 | 5/1990 |
| CA | 1304080 | 6/1992 |
| CA | 1330441 | 6/1994 |
| CA | 2021546 | 4/1997 |
| CA | 2465565 | 12/2004 |
| DK | 0 171 588 | 12/1987 |
| DK | 171588 B1 | 2/1997 |
| EP | 0 024 348 | 3/1981 |

(Continued)

OTHER PUBLICATIONS

Reissue application and related papers, U.S. Appl. No. 11/653,830, filed Jan. 16, 2007 (Reissue of U.S. Patent 5,273,995).

(Continued)

*Primary Examiner*—Evelyn Huang

(57)                **ABSTRACT**

Certain trans-6-[2-(3- or 4-carboxamido-substituted pyrrol-1-yl)alkyl]-4-hydroxypyran-2-ones and the corresponding ring-opened acids derived therefrom which are potent inhibitors of the enzyme 3-hydroxy-3-methylglutaryl-coenzyme A reductase HMG CoA reductase and are thus useful hypolipidemic or hypocholesterolemic agents. Pharmaceutical compositions containing such compounds, and a method of inhibiting the biosynthesis of cholesterol employing such pharmaceutical compositions are also disclosed.

# US 4,681,893 C1
Page 2

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 114 027 A1 | 7/1984 |
| EP | 0 171 588 A1 | 2/1986 |
| EP | 0179 559 A2 * | 4/1986 |
| EP | 0 211 416 | 2/1987 |
| EP | 0 221 025 A1 | 5/1987 |
| EP | 0 232 997 | 8/1987 |
| EP | 0 247 633 | 12/1987 |
| EP | 0 251 625 | 1/1988 |
| EP | 0 259 086 | 3/1988 |
| EP | 0 319 856 A2 | 6/1989 |
| EP | 0 330 172 | 8/1989 |
| EP | 89103078.5 | 8/1989 |
| EP | 0 409 281 | 1/1991 |
| IE | 1197/87 L | 11/1987 |
| IE | 890391 | 8/1989 |
| JP | 2240/1982 | 1/1982 |
| JP | 10572/1983 | 5/1983 |
| JP | 62-289577 | 12/1987 |
| JP | 72652/1988 | 4/1988 |
| KR | 1987-5372 | 2/1994 |
| PT | 84975 | 6/1987 |
| PT | 89774 | 10/1989 |
| WO | WO 84/02131 | 6/1984 |
| WO | WO 88/07582 | 10/1988 |
| WO | WO 89/07598 | 8/1989 |
| WO | WO 90/00553 | 1/1990 |
| WO | WO 97/03959 | 2/1997 |
| WO | WO 99/47138 | 9/1999 |

## OTHER PUBLICATIONS

"Stipulated Amended Order of Final Judgement" dated Dec. 13, 2007 in Civil Action No. 07–138 (JJF), United States District Court for the District of Delaware.

Alberts Am.J.Cardiology vol. 62, 10J–15J (1988).

Alberts Proc Natl Acad Sci USA Jul. 1980;77(7):3957–61.

Ariëns et al. Cholinergic and Anticholinergic Drugs: Do they act on common receptors?, Ann NY Acad Sci, vol. 144, pp. 842–868 (1967).

Ariëns Stereochemistry and Biological Activity of Drugs, 11–53, 89–102, 161–185 (1983).

Ariëns Stereochemistry, a Basis for Sophisticated Nonsense in Pharmacokinetics and Clinical Pharmacology, Eur. J. Clin. Pharmacol., vol. 26, pp. 663–668 (1984).

Ariëns, E.J., "Implications of the Neglect of Stereochemistry in Pharmacokinetics and Clinical Pharmacology", Drug Intelligence and Clinical Pharmacy, (Oct. 1987), vol. 21, 827–829.

Ariëns, E.J., "Stereochemistry in the Analysis of Drug–Action. Part II.", Medicinal Research Reviews, (1987), vol. 7, No. 3, 367–387.

Ariëns, E.J., "Stereochemistry: A Source of Problems in Medicinal Chemistry", Medicinal Research Reviews, (1986), vol. 6, No. 4, 451–466.

Ariëns, Chirality in bioactive agents and its pitfalls, TIPS, Elsevier Publishers B.V., Amsterdam, p. 200–205 (1986).

Audebert Direct Resolution of Enantiomers in Column Liquid Chromatography, J. Liquid Chromatography, vol. 2, No. 8, 1063–1095 (1979).

Banitt, B.H. et al., "Resolution of Flecainide Acetate, N–(2–Piperidylmethyl)–2,5–bi5(2,2,2–trifluoroethoxy)benzamide Acetate, and Antiarrhythmic Properties of the Enantiomers", J. Med. Chem. (1986),29:299–302.

Berge et al. Pharmaceutical Salts, J. Pharm. Sci., vol. 66(1):1–19 (1977).

Braun, M et al., Tetrahedron Lett., 25, 5031–5034 (1984).

Brown, A.G. et al., "Crystal and Molecular Structure of Compactin, a New Antifungal Metabolite from *Penicillium brevicompactum*", J. Chem. Soc. Perkin I, (1976) 1165–1170.

Burger Medicinal Chemistry, Chapter 7, pp. 81–107 (1970).

Carey et al. "Advanced Organic Chemistry", 2nd Ed., Chapter 2 and p. 75 (1984).

Stinson Chemical and Engineering News, 70, Sep. 28, 46 (1992).

Stinson Chemical and Engineering News, 71, Sep. 27, 38 (1993).

Collet et al. Optical Resolution by Direct Crystallization of Enantiomer Mixtures, Chemical Reviews, vol. 80, No. 3, 215–230 (1980).

Conant et al. The Chemistry of Organic Compounds, A Year's Course in Organic Chemistry, 4th ed. Macmillan, New York, 1954, p. 234.

Cook Enantioselective Drug Analysis, Pharmacy International, vol. 6, No. 12, pp. 302–305 (1985).

Decamp Chirality, 1989, 1: 2–6.

Demerson et al. Resolution of Etodolac and Antiinflammatory and Prostaglandin Synthetase inhibiting Properties of the Enantiomers, J. Med. Chem., vol. 26, No. 12, 1778–1780 (1983).

Dotsevi, C. et al., "Chromatographic Optical Resolution through Chiral Complexation of Amino Ester Salts by a Host Covalently Bound to Silica Gel", J. Am. Chem. Soc., (1975), 97:1259–1261.

Dugan, R.E. et al., "Factors Affecting the Diurnal Variation in the Level of β–Hydroxy–β–Methylglutaryl Coenzyme A Reductase and Cholesterol–Synthesizing Activity in Rat Liver", Archiv. Biochem. Biophys., (1972), 152:21–27.

Eliel et al., Stereochemistry of Organic Compounds, Wiley, New York, 1994, pp. 329–331, and remainder of Section 7–3.

Eliel et al., Section 3–1—Compounds with One Asymmetric Carbon Atom, Stereochemistry of Carbon Compounds, McGraw–Hill Book Company, Inc. (1962).

Eliel et al., Section 4–4—Resolution of Racemic Modifications, Stereochemistry of Carbon Compounds, McGraw–Hill Book Company, Inc. pp. 47–74 (1962).

Endo, J Med Chem., 28: 401–405 (1985).

Endo, A. et al., "Biochemical Aspect of HMG CoA Reductase Inhibitors", Adv. in Enzyme Regulation, Proceedings of the 28 Symposium on Regulation of Enzyme Activity and Synthesis in Normal and Neoplastic Tissues held at Indiana University School of Medicine, Indianapolis, Indiana, (Oct. 2 and 3, 1988), vol. 28, p. 53–64.

Endo, A. et al., "Inhibition of Cholesterol Synthesis in vitro and in vivo by ML–236A and ML–236B, Competitive Inhibitors of 3–Hydroxy–3–methylglutaryl– Coenzyme A Reductase", Eur. J. Biochem., (1977), 77:31–36.

Endo, A., "Chemistry, Biochemistry, and Pharmacology of HMG–CoA Reductase Inhibitors", Klin. Wochenschr, (1988) 66:421–427.

Falck, J.R. et al., "Total Synthesis of (+)–Dihydromevinolin", Tetrahedron Letters, (1984), vol. 25, No. 33, pp. 3563–3566.

Fessenden et al. Section 4.10—Resolution of a Racemic Mixture, Organic Chemistry, 2nd Ed., Willard Grant Press, Boston (1982).

Fieser et al. Organic Chemistry, D. C. Heath, Boston, 2nd ed., 1950, pp. 267–274.

Fogassy, E. et al., "Pseudosymmetry and Chiral Discrimination in Optical Resolution via Diastereoisomeric Salt Formation. The Crystal Structures of (R)- and (S)-N-Methylamphetamine Bitartrates (RMERTA and SMERTA)", J. Chem. Soc. Perkin Trans. II, (1986) 1881–1886.

Gekkan-Yakuji, vol. 29, No. 10, pp. 23–26 (with English translation).

Goldman, M. et al., "Resolution of Chiral Olefinic Hydrocarbons and Sulfoxides by High–Performance Liquid Chromatography via Diastereomeric Platinum Complexes", J. Am. Chem. Soc., (1982) 104:1093–1095.

Gould, P.L., "Salt Selection for Basic Drugs", Int. J. Pharmaceutics, (1986), 33:201–217.

Greene Chapter 6—Preformulation, in Modern Pharmaceutics, Banker and Rhodes, Marcel Dekker Inc., New York.

Grieco, P.A. et al., "Convergent, Enantiospecific Total Synthesis of the Hypocholesterolemic Agent (+)—Compactin", J. Am. Chem. Soc., (1986) 108:5908–5919.

Grieco, P.A. et al., "Total Synthesis of the Hypocholesterolemic Agent (+)–Compactin", J. Am.Chem. Soc., (1983), 105:1403–1404.

Grundy, S.M., "HMG–CoA Reductase Inhibitors for Treatment of Hypercholesterolemia", N.E. J. Med., (Jul. 7, 1988), vol. 319, No. 1, pp. 24–33.

Guindon, Y. et al., "Preparation of ethyl 5(S),6–epoxy–3(R)–(methyoxmethoxy)hexanoate: A key chiral intermediate for mevinolin and compactin", Tetrahedron Letters, (1985), vol. 26, No. 9, pp. 1185–1188.

Heathcock et al. J. Med. Chem. 1987, 30, 1858–1873.

Heathcock et al. J. Med. Chem. 1989, 32, 197–202.

Helmchen et al, Agnew Chem. Int. Edn. 1979. 18, p. 63–65.

Hirama M. et al., "Chiral Total Synthesis of Compactin", J. Am. Chem. Soc., (1982), 104:4251–4253.

Hirama, M. et al., "Total Synthesis of (+)–Monacolin K (Mevinolin)", Tetrahedron Letters, (1983), vol. 24, No. 17, pp. 1811–1812.

Hoeg, J.M. et al., "3.–Hydroxy–3–Methylglutaryl–Coenzyme A Reductase Inhibitors in the Treatment of Hypercholesterolemia", JAMA, (Dec. 25, 1987), vol. 258, No. 24, p. 3532–3536.

Hoffman et al, J. Med. Chem., 29: 159–169 (Feb. 1986).

Hoffman, W.F. et al., "3–hydroxy–3–methylglutaryl–coenzyme A reductase inhibitors. 4. Side Chain Ester Derivatives of Mevinolin", J. Med. Chem. (1986) 29:849–852.

Hsu, C–T, et al., "Total Synthesis of the Hypocholesterolemic Agent Compactin", J. Am. Chem.Soc., (1983), 105:593–601.

Hubbard et al. Chiral Pharmacology and its Consequences for Therapeutic Monitoring, Clin. Biochem., vol. 19, pp. 107–112 (1986).

Jackson et al. Characterization and Antifertility Activity in Rats of S(+) α–Chlorohydrin Chem.–Biol Interactions, vol. 17, No. 1, 117–120 (1977).

Jacques et al Enantiomers, Racemates, and Resolutions, John Wiley & Sons, Toronto (1981).

Jacques et al. Types of Crystalline Racemates, Enantiomers, Racemates, and Resolutions, c.1, 3–23 (1981).

Jacques et al. Formation and Separation of Diastereomers, Enantiomers, Racemates, and Resolutions, c.5, 251–281 (1981).

Jacques et al Section 5.1.2—Resolution of Bases, Enantiomers, Racemates, and Resolutions, John Wiley & Sons, Toronto (1981).

Jacques et al. Experimental Aspects and Art of Resolutions, Enantiomers, Racemates, and Resolutions, c.7, 378–434 (1981).

Johnson et al. Tetrahedron Letters, vol. 29, No. 31, pp. 3757–3760, 1988.

Kalant et al Chapter 9—Drug Receptors, Principles of Medical Pharmacology, 4th ed,, University of Toronto Press, Toronto (1985).

Kalant et al Chapter 10—Specificity of Drug Action, Principles of Medical Pharmacology, 4th ed,, University of Toronto Press, Toronto (1985).

Kaneko et al. Eur. J. Biochem., 87:313–321 (1978).

Kathawala, E.G., "Exciting Developments in the Area of HMG–CoA Reductase Inhibitors", Trends in Medicinal Chemistry '88: Proceedings of the Xth International Symposium on Medicinal Chemistry, Budapest, Aug. 15–19, 1988, (disclosed at the conference in Aug. 1988, pp. 709–728 (textbook received at CISTI on Jun. 23, 1989).

Kemp et al. Organic Chemistry, Worth, New York, 1980, pp. 172 and 173.

Kim, Y.H. et al., Chiral Differentiation by the P–(+)–Hexahelicene–7–7'–dicarboxylic Acid Disodium Salt. Resolution of N–2,4–Dinitrophenyl–α–amino–acid Esters by High Performance Liquid Chromatography, J. Chem. Soc., Chem. Commun., (1982), p. 1336–1337.

Krause et al. Atherosclerosis, 117:237 (1995).

Lee, TIPS, 8:442–446 (1987).

Lee, T–J, "An expeditious chiral route to analogs of mevinolin and compactin", Tetrahedron Letters, (1985), vol. 26, No. 41, pp. 4995–4996.

Lee, T–J, et al., "Structural Modification of Mevinolin", J. Org. Chem., (1982), 47:4750–4757.

Lehmann et al. Stereoselectivity and Affinity in Molecular Pharmacology, Jucker, E. (ed), Progress in Drug Research, vol. 20, Birkhauser, Basel Stuttgard, pp. 101–142.

Lehmann Stereoselective Molecular Recognition in Biology. Cuatrecasas, P., Greaves M.F. (eds), Receptors and Recognition, vol. 5, Series A, Chapman and Hall, London, pp. 1–77 (1978).

Lim et al. Enantiomeric resolution of di–threo–methylphenidate, U.S.P. (Ritalin®), by high– performance liquid chromatography, J. Chromatography, vol. 328, 378–386 (1985).

Liu et al. Effect of Enantiomeric Purity on Solubility Determination of Dexclamol Hydrochloride, J. Pharm. Sci., vol. 67, pp. 636–638 (1978).

Lynch et al., Tetrahedron Letters, 28: 1385–1388 (1987).

Majewski et al. Tetrahedron Letters, vol. 25, No. 20 pp. 2101–2104, 1984.

Mantell, G., "Lipid Lowering Drugs in Atherosclerosis—The HMG–CoA Reductase Inhibitors", Clin. and Exper. Hyper.–Theory and Practice, (Jan. 1, 1989), vol. 11, Issue 5–6, 927–941.

March Methods of Resolution, in Advanced Organic Chemistry—Reactions, Mechanisms and Structure, 2nd Ed., McGraw Hill, New York 1977, pp. 108–111.

Martindale, The Extra Pharmacopoeia (ed. Reynolds 28th ed. 1982), p. 44.

McBlain et al. Facile Route to the Resolution of the Enantiomers of 1–Chloro–2–[2,2,2–trichloro–1–(4–chlorophenyl) ethyl]benzene (o,p'–DDT), J. Ag. Food Chem., vol. 25, No. 1, 59–63 (1977).

**US 4,681,893 C1**

Page 4

Meyers, A.I., et al., "Separation of Diastereomers Using a Low Cost Preparative Medium–Pressure Liquid Chromatograph", J. Org. Chem., (1979), vol. 44, No. 13, p. 2247–2249.

Morrison et al Section 7.9—Reactions of chiral molecules with optically active reagents. Resolution, Organic Chemistry, 3rd Ed., Allyn and Bacon, Inc., Boston (1973).

Nakamura et al. Biochemistry, 24:1364–1376 (1985).

Narasaka et al. Tetrahedron, 40, 223–2238 (1984).

Pirkle, W.H. et al., "Broad Spectrum Methods for the Resolution of Optical Isomers. A Discussion of the Reasons Underlying the Chromatographic Separability of Some Diastereomeric Carbamates", J. Org. Chem,(1977), vol. 42, No. 11, p. 1839–1844.

Portoghese Relationships between Stereostructure and Pharmacological Activities, Elliott, H.W., Cutting, W.C., Dreisbach, R.H. (eds), Annual Review of Pharmacology, vol. 10, Annual Reviews Inc., Palo Alto, CA, pp. 51–76 (1970).

Prasad, K. et al., "Asymmetric synthesis of (3R–trans)– and (3S–cis)–hydroxy–5–pentanolides", Tetrahedron Letters, (1984), vol. 25, No. 32, pp. 3391–3394.

Prugh et al., Tetrahedron Letters 23: 281–284 (1982).

Ravin Chapter 75—Preformulation, Remington's Pharmaceutical Sciences, 16th Ed., Philadelphia College of Pharmacy and Science (1980).

Repta et al. Utilization of an Enantiomer as a Solution to a Pharmaceutical Problem: Application to Solubilization of 1,2–Di(4–piperazine–2,6–dione)Propane, J. Pharm. Sci., vol. 65, pp. 238–242.

Robinson Absolute configurations of(–+–)– and (–)–1–amino–3–chloropropan–2–ol hydrochlorides, Chemistry and Industry, No. 15, p. 652 (1976).

Rosen, T. et al., "Tetrahedron Report No. 208—The Synthesis of Mevinic Acids", Tetrahedron, (1986), vol. 42, No. 18, pp. 4909–4951.

Roth et al. Tetrahedron Letters, vol. 29, No. 11, pp. 1255–1258 (1988).

Roth, Progress In Med. Chem., 40, 1–22 (2002).

Saigo, K. et al., "Optical Resolution of 2–Amino–1,2–diphenylethanol by Preferential Crystallization and Its Utilization in Fractional Crystallization and Enantioselective Reduction of Prochiral Ketones", Bull.Chem. Soc. Jpn., (1982) 55:1568–1573.

Schneider, C.S. et al., "Dopamine Autoreceptor Agonists: Resolution and Pharmacological Activity of 2,6–Diaminotetrahydrobenzothiazole and an Aminothiazole Analogue of Apomorphine", J. Med. Chem., (1987), 30:494–498.

Serizawa, N. et al., "Microbial Hydroxylation of ML–236B (Compactin) and Monacolin K (MG–530B)", J. Antibiotics, (May 1983), 36:604–607.

Shaw, CDER FDA Guideline for Submitting Supporting Documentation in Drug Applications for the Manufacture of Drug Substances (1987).

Slater, E.E. et al., "Mechanism of Action and Biological Profile of HMG CoA Reductase Inhibitors, A New Therapeutic Alternative", Drugs, (1988) 36 (Suppl. 3):72–82.

Sletzinger, M. et al., "A Diastereospecific, Non–Racemic Synthesis of a Novel β–Hydroxy–σ–Lactone HMG–CoA Reductase Inhibitor", Tetrahedron Letters, (1985), vol. 26, No. 25, pp. 2951–2954.

Stokker et al., J. Med Chem 28:347–358 (1985).

Stokker et al. J. Med. Chem. 1986, 29, 170–181.

Stokker et al. J. Org. Chem, 1986, 51, 4931–4934.

Stokker, G.E. et al., "3–Hydroxy–3–methylglutaryl– coenzyme A Reductase Inhibitors. 5. 6–(Fluoren–9–yl)– and 6–(fluoren–9–ylidenyl)–3,5–dihydroxyhexanoic acids and their lactone derivatives", J. Med. Chem., (May 1986), 29(5):852–855.

Streitwieser et al., Introduction to Organic Chemistry, Macmillan, New York, 3rd ed. 1985, p. 695.

Streitwieser Jr., A., "Stereoisomerism", Introduction to Organic Chemistry, Macmillan, New York, 3rd ed. 1985 Chapter 7, pp. 113–139.

Takano et al. Synthesis, Jul. 1989, vol. 7, p. 539–541.

The Merck Index, 10th Ed., (1983), entry 5949. N–Methylglucamine, p. 870–871.

The Merck Index, 12th Ed., (1996), entry 897. Atorvastatin, p. 146.

Tobert, J.A., "New developments in lipid–lowering therapy: the role of inhibitors of hydroxymethylglutarylcoenzyme A reductase", Circulation, (1987), 76, No. 3, 534–538.

Viret et al. Simple Optical Resolution of Terleucine, Tetrahedron Letters, vol. 27, No. 48, pp. 5865–5868 (1986).

Vollhardt Section 5–7—Resolution: The Separation of Enantiomers, in Organic Chemistry, W.H. Freeman and Company, New York (1987).

Vriesema, B.K. et al., "Resolution of 2–amino–5–thiomethyl pentanoic acid (homomethionine) with aminopeptidase from *pseudomonas putida* or chiral phosphoric acids.", Tetrahedron Letters, (1986), vol. 26, No. 18, p. 2045–2048.

Walking, D. et al., "Decision Analysis in Drug Product Development", Drug & Cosmetic Industry, (1973) 112(3):39–41.

Weissbuch, I. et al., "Design of Polymeric Inhibitors for the Control of Crystal Polymorphism. Induced Enantiomeric Resolution of Racemic Histidine by Crystallization at 25° C.", J. Am. Chem. Soc., (1987) 109:1869–1871.

Wells Pharmaceutical Preformulation: The Physicochemical Properties of Drug Substances—Chapter 2 (1988).

Whilen Topics in Stereochemistry, 6, 107–176 (1971).

Wilen et al. Tetrahedron, 33, 2725–2736 (1977).

Williams, K.M., "Chirality: Pharmacokinetics and Pharmacodynamics in 3 Dimensions", Clinical and Experimental Pharmacology and Physiology, (Jun. 1989), vol. 16, No. 6, pp. 465–470.

Witiak et al., Pharmaceuticals, Optically Active, Encyclopedia of Chemical Technology, 3ed, vol. 17, 311–345 (1982).

Wong, C–H. et al., "Mutual Resolution of (±)–ephedrine and Z–DL–Amino Acid Induced by Seeding Chiral Salt", Tetrahedron Letters No. 40, (1978), pp. 3813–3816.

Yang, Y–L., et al., "Mevinic Acids and Analogues: Preparation of a Key Chiral Intermediate", Tetrahedron Letters, (1982), vol. 23, No. 42, pp. 4305–4308.

Yoshino et al. Diabetes Research and Clinical Practice 2 (1986) 179–181.

*Pfizer Inc, et al.* v. *Ranbaxy Pharmaceuticals Limited, et al.,* 457 F. 3d 1284 (Fed. Cir. 2006) (Exhibit 1 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

*Pfizer Inc, et al.* v. *Ranbaxy Pharmaceuticals Limited, et al.,* 405 F. Supp. 2d 495 (D. Del. 2005) (Exhibit 2 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

"Pfizer's Proposed Findings of Fact", CA No. 03–209–JJF (Exhibit 3 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

"Pfizer's Proposed Supplemental Findings of Fact", CA No. 03–209–JJF (Exhibit 4 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

"Pfizer's Proposed Conclusions of Law", CA No. 93–209–JJF (Exhibit 5 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

"Pfizer's Proposed Supplemental Conclusion of Law", CA No. 03–209–JJF (Exhibit 6 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

"Opening Proposed Findings of Fact and Conclusions of Law of Defendants Ranbaxy Laboratories Limited and Ranbaxy Pharmaceuticals Inc.", CA No. 03–209–JJF (Exhibit 7 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

"Petition for Panel Rehearing and Petition for Rehearing En Banc by Defendants–Appellants Ranbaxy Laboratories Limited and Ranbaxy Pharmaceuticals Inc." No. 2006–1179 (Exhibit 8 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

"Plantiff–Appellee's Response to Petition for Rehearing and Rehearing En Banc", No. 2006–1179 (Exhibit 9 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

"Order" denying Request for Panel Rehearing and Rehearing En Banc (Exhibit 10 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

"Pfizer's Post–Trial Opening Brief", CA No. 03–209–JJF (Exhibit 11 to Preliminary Amendmen in copending U.S. Appl. No. 11/653,830).

"Opening Post–Trial Brief of Defendants Ranbaxy Laboratories Limited and Ranbaxy Pharmaceuticals Inc.", CA No. 03–209–JJF (Exhibit 12 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

"Pfizer's Corrected Post–Trial Reply Brief", CA No. 03–209–JJF (Exhibit 13 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

"Defendant Ranbaxy Laboratories Limited's and Ranbaxy Pharmaceuticals Inc.'s Opposition Post–Trial Brief", CA No. 03–209–JJF (Exhibit 14 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

Summaries of Non–United States Proceedings Involving Counterparts to U.S. Pat. No. 5,273,995, including: i) List of Countries (3 sheets); ii) Table of Foreign Lawsuits (5 sheets); and iii) Lipitor Canada Enantiomer Cases Document Schedules (28 sheets) (Exhibits 15, 15A and 15B in copending U.S. Appl. No. 11/653,830).

"Brief of Defendants–Appellants Ranbaxy Laboratories Limited and Ranbaxy Pharmaceuticals, Inc." No. 06–1179 (Exhibit 16 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

"Brief of Plaintiffs–Appellees, Pfizer Inc." No. 06–1179 (Exhibit 17 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

"Reply Brief of Defendants–Appellants Ranbaxy Laboratories Limited and Ranbaxy Pharmaceuticals, Inc." No. 06–1179 (Exhibit 18 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

Sanofi–Synthelabo et al. v. Apotex, Inc. et al., No. 06–1613 (Fed. Cir. Dec. 8, 2006) (Exhibit 20 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

US 5,273,995 prosecution history, marked as Defendant's Trial Exhibit 139 in CA No. 022–209 (D. Del.) and comprising pages stamped RA0147320–RA014884 (Exhibit 22 to Preliminary Amendment in copending U.S. Appl. No. 11/653,830).

CA 1,330,441 file history which includes Canadian Patent Application No. 590,367 as filed Feb. 7, 1989.

CA 2,021,546 file history.

European Patent Application 87 107 847.3 file history.

European Patent Application 90 113 986.5 Claims (part of EP 0409281 file history C152).

European Patent Application 90 113 986.5 Claims as granted (part of EP 0409281 file history C152).

European Patent Application 90 113 986.5 (Jan 25, 2000 Communication) (part of EP 0409281 file history C152).

European Patent Application 90 113 986.5 Refusal (Sep. 5, 1998) (part of EP 0409281 file history C152).

European Patent Application 90 113 986.5 file history.

EP 0409281 file history.

US 4,618,893 file history.

US 5,003,080 file history.

"Petition for a Writ of Certiorani," Ranbaxy Laboratories Limited et al. v. Pfizer Inc. et al., No. 06–1179, Jan. 22, 2007. (Exhibit 23 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Pfizer Opposition to Ranbaxy Petition for Certiorani, Feb. 26, 2007. (Exhibit 24 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Hall and Roush, J. Org. Chem., 47: 4611–4621 (1982).

Roush and Gillis, J. Org. chem., 47: 4825–4829 (1982).

Sit et al., J. Med. Chem., 33:2982 (1990).

Amin et al., J. Pharmacology 46:13 (1992).

Underberg et al., J. Pharm. Biomed Anal. 8(8–12): 681–683 (1990).

Stinson, Chemical and Engineering News, 70(39): 46–79 (1992).

Stinson, Chemical and Engineering News, 71(39): 38–64 (1993).

Burlinson, Tablets and Tabletting, William Heinemann medical Books Ltd.: London, 1968.

Casy, A.F. Stereochemistry and Biological Activity. Medicinal Chemistry, Wiley: New York, 1970.

Rawlings, Bentley's Textbook of Pharmaceutics, 8th Ed., Bailliere Tindall: London, 1977.

Seeman, P. Drug Receptors. Kalant H. et al. eds., Principles of Medical Pharmacology, 4th Edition, University of Toronto Press: Toronto, 1985.

Lachman et al., Proformulation. The Theory and Practice of Industrial Pharmacy, 3rd Edition, Lea & Febiger: Philadelphia, 1986.

Lieberman et al., eds. Pharmaceutical Dosage Forms Tablets, 2nd Edition (vol. 1), Marcel Dekker: New York, 1989.

Gennaro, Remington's Pharmaceutical Sciences, 18th Ed., Mack Printing Company: Easton, Pennsylvania, 1990.

Banker, Rhodes, eds., Modern Pharmaceutics, 3rd Edition, Marcel Dekker, Inc.: New Yor, 1996.

Kibbe, A.H., ed., Handbook of Pharmaceutical Excipients, 3rd Ed., Pharmaceutical Press: London, 2000.

The Merck Index, 10th Edition (1983), entry 5949: N–Methylglucamine, pp. 870–871.

The Merck Index, 12th Edition (1996), entry 897: Atorvastatin, p. 146.

Transcript of evidence given by Dr. Scallen in US trial of Pfizer, Inc., et al. v. Ranbaxy Laboratories Limited et al., Court file No. 03–209–JJF, on Dec. 3, 2004.

Guideline for Submitting Supporting Documentation in Drug Applications for the Manufacture of Drug Substances, Feb. 1987.

Stein et al., The Lovastatin–Niacin Trial: Effects on Lipoproteins. *Arteriosclerosis and Thrombosis* 11: 1458a (1991).

Dujovne et al ., The Lovastatin–Niacin Trial: Adverse Events. *Arteriosclerosis and Thrombosis* 11: 1458a (1991).

Frost, P.H. et al., Lipid Metabolism. In PA Fitzgerald, Ed., *Handbook of Clinical Endocrinology*, 2nd Edition, Appleton and Lange, 1991.

Frost, P.H. et al., Lovastatin–Niacin Comoparative Trial. *JACC* 19, 374A, 1992.

Lovastatin Study Groups I through IV. Lovastatin 5–year safety and efficacy study. *Arch. Intern. Med.* 153: 1079–1087 (1993).

Illingworth, D.R. et al., Comparative effects of lovastatin and niacin in primary hypercholesterolemia: A prospective trial. *Arch. Intern. Med.* 154: 1586–1595 (1994).

Stein, E.A. et al., Efficacy and tolerability of low–dose simvastatin and niacin, alone and in combination, in patients with combined hyperlipidemia: a prospective trial. J. *Cardiovasc. Pharmacol. Therapeut.* 1: 107–116 (1996).

Frost, P.H. et al., Rationale for use of non–high–density lipoprotein cholesterol rather than low–density lipoprotein cholesterol as a tool for lipoprotein cholesterol screening and assessment of risk and therapy. *Am. J. Cardiol.* 81: 26B–31B (1998).

Havel, R.J. et al., The role of non–high–density lipoprotein cholesterol in evaluation and treatment of lipid disorders. *J. Clin. Endocrinology and Metabolism* 85: 2105–2108 (2000).

The Cholesterol Myth, *Atlantic Monthly*, Sep. 1989.

National Cholesterol Education Program Guideline III (2004 Update).

Results of the National Cholesterol Education (NCEP) Program Evaluation Project Utilizing Novel E–Technology (Neptune) II Survey and Implications for Treatment under Recent NCEP Writing Group Recommendations.

Chaper 1—Selling to Everyone High Cholesterol. In Moynihan R. and Cassels A., *Selling Sickness*, Avalon Publishing Group: 2005, pp. 1–21.

Letter dated Dec. 2, 2005 from Taylor Wessing to L. Caswell attaching expert reports of Dr. Newton dated May 27, 2005 and Jun. 17, 2005 that were filed in *Ranbaxy (UK) Limited* v. *Warner–Lambert Company*, HC–04C 02167, and said reports.

Trial transcripts taken on Jul. 18 to 22, 2005 and Jul. 25, 2005 in *Ranbaxy (UK) Limited* v. *Warner–Lambert Company*, HC–04C 02167.

Warner–Lambert Company Notices of Application court files T–507–05, T–1128–05.

English translation of Austrian decisions invalidating Austrian Patent No. 207,896.

Lipitor advertising placed in the Canadian Medical Association Journal, from 1997 to 2005.

Consensus Conference. Lowering Blood Cholesterol to Prevent Heart Disease. *JAMA* 253: 1080–2086 (1985).

Report on the National Cholesterol Education Program Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults. The Expert Panel. *Arch. Intern. Med.* 148: 36–69 (1988).

Canadian Consensus Conference on Cholesterol. Final Report, Canadian Consensus Conference on the Prevention of Heart and Vascular Disease by Altering Serum Cholesterol and Serum Lipoprotein Factors. *CMAJ* 139: 111–63 (1988).

Frolich et al., Rationale for and Outline of the Recommendations of the Working Group of Hypercholesterolemia and Other Dyslipidemias: Interim Report. *Can. J. Cardiol.* 14 (supp. A): 17A–21A (1988).

Fodor et al., for the Working Group on Hypercholesterolemia and Other Dyslipidemias: Recommendations for the Management and Treatment of Dyslipidemia. CMAJ 162 (10): 1441–1447 (2000).

Fodor et al., Recommendations for the management of dyslipidemia and the prevention of cardiovascular disease: 2003 update. *CMAJ* 168 (9): 921–924 (2003).

NHLBI News Release May 15, 2001, http://www.nhlbi.nih.gov/new/press/01–05–15.htm.

Manuel et al., The 2003 Canadian Recommendations for Dyslipidemia Management: Revisions are Needed. *CMAJ* 172: 1027–1032 (2005).

Documents compiled by the World Health Organization's Department of Essential Drugs & Medicines Policy published as http://www.drugpromo.info/read–reviews.asp?id=4 and http://www.drugpromo.info/read–reviews.asp?id=5.

Wazana, A., *JAMA* 283(3): 373–380 (2000).

Brophy et al., Statin wars following coronary revascularization—Evidence based clinical practice? *Can. J. Cardiol.* 22(1): 54–58 (2006).

Havel et al., A multicenter study of mevinolin (lovastatin) in treatment of heterozygous familial hypercholesterolemia. *Annals Int. Med.* 107: 609 (1987).

Lovastatin Study Group III. A multicenter comparison of lovastatin and cholestyramine in the therapy of severe primary hypercholesterolemia. *JAMA* 260: 359 (1988).

Defendants' Trial Exhibit 3323, "Data Provided to Patent Office in '995 Specification and Data from Experiment 107," from *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.*, US District Court, District of Delaware, 03–209–JJF.

Defendants' Trial Exhibit 3325 from *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.*, US District Court, District of Delaware, 03–209–JJF.

Defendants' Trial Exhibit 3325A from *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.*, US District Court, District of Delaware, 03–209–JJF.

Dietschy 1, CSI IC$_{50}$ values, from *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.*, US District Court, District of Delaware, 03–209–JJF.

Dietschy 2, COR IC$_{50}$ values, from *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.*, US District Court, District of Delaware, 03–209–JJF.

Dietschy 3, IC$_{50}$ values (nM) for head–to–head CSI and COR screens, from *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.*, US District Court, District of Delaware, 03–209–JJF.

Dietschy 4, AICS data, from *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.*, US District Court, District of Delaware, 03–209–JJF.

Defendants' Trial Exhibit 319 from *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.*, US District Court, District of Delaware, 03–209–JJF.

Defendants' Trial Exhibit 321 from *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.*, US District Court, District of Delaware, 03–209–JJF.

**US 4,681,893 C1**

Page 7

Roth et al., Inhibitors of cholesterol biosynthesis. 3. Tetrahydro–4–hydroxy–6–[2–(1H–pyrrol–1–yl)ethyl]–2H–pyran–2–one inhibitors of HMG–CoA reductase. 2. Effects of introducing substituents at positions three and four of the pyrrole nucleus. *J. Med. Chem.* 34(1): 357–366 (Jan. 1991).

Warner–Lambert Pharmaceutical Research Report No. RR–740–02620, Acute Inhibition of Cholesterol Synthesis in the Rat by the Calcium Salts (Racemic and Chiral) of CI–971, dated May 31, 1989, identified as DTX 11 in *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.,* US District Court, District of Delaware, 03–209–JJF.

Warner–Lambert/Parke–Davis memo to Oberkfell and Pieroni from Newton and Roth re: PD 134298–38A Product Profile A for HMG–Co–A Reductase Inhibitor, Jun. 1, 1989, identified as DTX 142 in *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.,* US District Court, District of Delaware, 03–209–JJF.

Warner–Lambert/Parke–Davis Pharmaceutical Research Report RR–740–01682, CSI (Cholesterol Synthesis Inhibitors): A Rapid Screen for Inhibitors of Cholesterol Synthesis in Crude Microsomal Preparations from Rat Liver, dated May 3, 1985, identified as DTX 271 in *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.,* US District Court, District of Delaware, 03–209–JJF.

Parke–Davis Memo re: Lead Compound Pharmacological Profile for CI–981 (PD 134298–38A) to Mr. H.F. Oberkfell and Mr. J. Peroni from Newton and Roth, dated Sep. 28, 1989, identified as DTX 4 in *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.,* US District Court, District of Delaware, 03–209–JJF.

Chemist's Binder of Biological Data, identified as DTX 552, in *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.,* US District Court, District of Delaware, 03–209–JJF.

CI–981 IND submitted to the FDA, identified as DTX 326 in *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.,* US District Court, District of Delaware, 03–209–JJF.

SIT et al., Synthesis, Biological Profile, and Quantitative Structure Activity Relationship of a Series of Novel 3–Hydroxy–3–methylglutaryl Coenzyme A Reductase Inhibitors. *J. Med. Chem.* 33: 2982–2999 (1990).

Warner–Lambert/Parke–Davis Pharmaceutical Research Report No. RR967–01212, PD 123832 (Anti–Atherosclerosis)—Preformulation Summary, identified as DTX 28 in *Pfizer, Inc et al.* v. *Ranbaxy Laboratories Limited, et al.,* US District Court, District of Delaware, 03–209–JJF.

Warner–Lambert Report, "Atherosclerotis Drug Discovery Team Report," Dec. 12, 1989, referred to at paragraph 351 of *Ranbaxy Australia Pty Ltd* v. *Warner–Lambert Company LCC (No. 2),* [2006]FCA 1787.

Warner–Lambert internal report dated Dec. 15, 1987, summarizing results of CSI 107, referred to at paragraph 291 of *Ranbaxy Australia Pty Ltd* v. *Warner–Lamberi Company LCC (No. 2),* [2006]FCA 1787.

Warner–Lambert internal memorandum dated Dec. 5, 1989, referred to at paragraph 341 of *Ranbaxy Australia Pty Ltd* v. *Warner–Lambert Company LCC (No. 2),* [2006]FCA 1787.

Forms IV. Lists for Atorvastatin Calcium in Canada.

US Orange Book entries for atorvastatin.

Letter of Aug. 19 1998 from US PTO to Francis J. Tinney regarding patent extension for Lipitor.

Letter of Nov. 7, 2005 from William Curatolo of Pfizer Global Research & Development and Stephen R Byrn of SSCI, Inc. to the Division of Dockets Management, food and Drug Administration, entitled Citizen Petition.

NOC listings for rosuvastatin, fluvastatin, pravastatin, lovastatin, atorvastatin, sinvastatin, cerivastatin.

Ranbaxy Reply in Support of Petition for Certiorari (Exhibit 25 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Supreme Court decision denying Certiorari (Exhibit 26 to Supplemental Communicationin copending U.S. Appl. No. 11/653,830).

Ranbaxy's Apr. 12, 2007 ANDA Notice Letter (Exhibit 27 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Pfizer Complaint (138 Delaware Action) (Exhibit 28 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Ranbaxy Amended Answer and Counterclaims (138 Delaware Action) (Exhibit 29 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Pfizer Reply to Ranbaxy's Amended Answer (138 Delaware Action) (Exhibit 30 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Pfizer Briefs in Support of Motions to Dismiss (138 Delaware Action) (Exhibit 31 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Ranbaxy Responses to Motions to Dismiss (138 Delaware Action) (Exhibit 32 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Teva ANDA Notice Letter (Exhibit 33 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

KSR decision (Exhibit 34 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Commissioner's Memorandum re: KSR decision (Exhibit 35 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Pfizer v. Apotex decision (Exhibit 36 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Order Denying Rehearing, and Dissents, in *Pfizer* v. *Apotex* decision (Exhibit 37 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Danish decision, English translation (Exhibit 38 to Supplemental Communication in copending U.S. Appl. No. 11/653, 830).

Australian decision, *Ranbaxy Australia* v. *Warner–Lambert Co. LLC* (Exhibit 39 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Canada decision, Docket T–507–05, dated Jan. 25, 2007 (Exhibit 40 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

*Pfizer Canada Inc.* v. *Canada (Minister of Health),* 2006 F.C. 1471 (Exhibit 41 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

EPO Technical Opinion (Exhibit 42 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Pfizer Complaint (Exhibit 43 to Supplemental Communication in copending U.S. Appl. No. 11/653,830).

Ranbaxy's Jan. 24, 2007 ANDA Notice Letter (from "Amendment and Response to First Reissue Office Action" in copending U.S. Appl. No. 11/653,830).

Teva's Answer (with affirmative defenses) (from "Amendment and Response to First Reissue Office Action" in copending U.S. Appl. No. 11/653,830).

## US 4,681,893 C1
Page 8

English Translation of Decision in Annulment Procedure in Spain (from "Amendment and Response to First Reissue Office Action" in copending U.S. Appl. No. 11/653,830).

English Translation of Decision in Invalidation Action in South Korea (from "Amendment and Response to First Reissue Office Action" in copending U.S. Appl. No. 11/653, 830).

Order Granting Request for Ex Parte Reexamination of '893 Patent (from "Amendment and Response to First Reissue Office Action" in copending U.S. Appl. No. 11/653,830).

*Forest Laboratories, et al.* v. *Ivax Pharmaceuticals, Inc. and Cipla, Ltd.,* 2007 WL 2482122 (Fed. Cir. 2007) (from "Amendment and Response to First Reissue Office Action" in copending U.S. Appl. No. 11/653,830).

*Aventis Pharma Deutschland GmbH and King Pharmaceuticals, Inc.* v. *Lupin, Ltd. and Lupin Pharmaceuticals, Inc.,* 2007 WL 2593791 (Fed. Cir. 2007) (from "Amendment and Response to First Reissue Office Action" in copending U.S. Appl. No. 11/653,830).

"Exhibit 53"—Record Support for the unexpected commercial and medical success of Lipitor® as a result of its outstanding efficacy (from "Amendment and Response to First Reissue Office Action" in copending U.S. Appl. No. 11/653,830).

"Exhibit 54"—Record Support for: (1) Lipitor®'s satisfaction of a long–felt need in the medical community to provide patients with more effective statins to help them achieve their LDL goals; and (2) unsuccessful efforts by others to satisfy the long–felt need in the medical community to provide patients with more effective statins (from "Amendment and Response to First Reissue Office Action" in copending U.S. Appl. No. 11/653,830).

"Exhibit 55"—Record Support for copying (e.g., by Ranbaxy) (from "Amendment and Response to First Reissue Office Action" in copending U.S. Appl. No. 11/653,830).

"Exhibit 56"—Declaration of James Thomas Sage ((from "Amendment and Response to First Reissue Office Action" in copending U.S. Appl. No. 11/653,830).

"Exhibit 57"—Outline of Appellant's Submissions (Appeal in Australian Proceedings) (from "Amendment and Response fo First Reissue Office Action" in copending U.S. Appl. No. 11/653,830).

"Exhibit 58"—Outline of Ranbaxy's Submissions (Appeal in Australian Proceedings) (from "Amendment and Response to First Reissue Office Action" in copending U.S. Appl. No. 11/653,830).

"Exhibit 59"—Outline of Appellant's Submissions in Reply (Appeal in Australian Proceedings) (from "Amendment and Response to First Reissue Office Action" in copending U.S. Appl. No. 11/653,830).

German Decision, Oct. 29, 2007 (English Translation).

Cobalt Pharmaceuticals, Paragraph IV Certification, Oct. 24, 2007.

*Takeda Chemical* v. *Alpha Pharm,* 06–1329 (Fed. Cir. 2007). Request for Reexamination of US 4,681,893.

English Language version of DK 171588 B1 (Feb. 10, 1997).

Exhibit 60—Opinion of Delaware District Court—Ranbaxy Caduet® Case (Nov. 29, 2007).

J. W. Hubbard et al.; Clinical Biochemistry, vol. 19, pp. 107–112 (Apr. 1986).

Exhibit 15C—Updates and Corrections to Previous Exhibits 15, 15A and 15B.

Complaint, Civil Action No. 07–790, United States District Court for the District of Delaware, Dec. 6, 2007 (without exhibits).

Complaint, Civil Action No. 1:07–cv–12257, United States District Court for the District of Massachusetts, Dec. 7, 2007 (without exhibits).

* cited by examiner

US 4,681,893 C1

1

## EX PARTE
## REEXAMINATION CERTIFICATE
## ISSUED UNDER 35 U.S.C. 307

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

2

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims 1–5 and 8–9 is confirmed.
Claims 6 and 7 were not reexamined.

* * * * *